STATE OF MISSISSIPPI
SEVENTEENTH CIRCUIT COURT DISTRICT
DESOTO COUNTY
MARCH 2013 GRAND JURY SESSION    CR 2013-0206 RCD

A-one Bail bonds, LLC
Licensed# 10176234

Bonding Company
Indemnitor

To Judge Gerald W. Chatham Sr. and the Jury:

Ann Jones
License # 10176234

John D. Watson                                    Accepted by

My name is Will Jomas Lee    speaking on the day in question

Tuesday 28th May 2013.  Mr. Willie Earl Cowans was doing some repair work on

his home, lasting 2 and a half months from May- July 2013.

To Judge Chamberlin,

I am filing this complaint on the state of Mississippi for using the same lies and false
allegations on me in the cases CR2013-0206RCD and CR-2014-353-GCD. The date on the civil
suite I filed on the State of Mississippi and sheriff department case number CV-2014-065-GCD.
I have a copy of the lies and false allegations. I also have a copy of the green card to show proof
that they received it. The state is using you as a scape goat to get out of paying me back for the
lies they told on me in the cases CR2013-0206RCD the same case you dismissed with no
prejudice. The state did not prove the lies or the false allegations. Judge Chamberlin, I Willie E.
Cowans want all the lies and false charges taking of the complaint off of my record. Judge I am
asking since the state did not prove any of the lies and false allegations; I want to
be compensated for everything I ask for in the case number CV- 2014-065-GCD. If they want to go
to trial on Dec. 16 then I want name a speedy jury. I want my name erased out of the system and the
possession of controlled substance that the states filed on me in case #  CR2014-0353GCD

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                          A TRUE BILL          CR2013-206RCD

WILLIE EARL COWANS

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

THIS CAUSE came on for hearing upon the motion of the State, ore tenus, to dismiss

this cause without prejudice.  And the court, being fully advised in the premises, is of the opinion

and so finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without

prejudice.

SO ORDERED this the 4th day of June, 2014

Susan M. Guerieri, ADA

Race/Sex:    Black/Male
DOB:         10/31/1951

Foreman of Grand Jury

FILED
DESOTO COUNTY, MISSISSIPPI
JUN 0 4 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

Youn Don Vilated my First memory straight

NAACP
4805 Mt. Hope Drive
Baltimore MD, 21215

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

Cause No. CR2013-206RCD

GERALD W. CHATHAM, SR.,
CIRCUIT JUDGE

TO  JUDGE  CHATHAM

CAUSE NUMBER  CR2014-0353GCD

**FILED** , 20___ day **AFTER**   ORDER DISMISSING

am 1AA

## SUMMONS
(Sheriff)

IN THE  Circuit Court  COURT OF  DESOTO  COUNTY, MISSISSIPPI

PLAINTIFF(S)

WILLIE E. COWANS

**FILED**
DESOTO COUNTY, MISSISSIPPI

DEC 29 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42006

VS.

CV-2014-065-GCd

CIVIL ACTION, FILE NO.

CR-2013-0206Rcd

STATE OF MISSISSIPPI,
DESOTO COUNTY, DESOTO COUNTY
SHERIFF'S DEPARTMENT, DESOTO
COUNTY METRO NARCOTICS

DEFENDANT(S)

## SUMMONS

THE STATE OF MISSISSIPPI

TO: State of Mississippi Sheriff Department  be served with process of this Court at
(insert the name and address of the person to be served)

911 W. South St  Hernando, Mississippi  38632

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654   **NOTICE TO DEFENDANT(S)**

The complaint which is attached to this summons is important and you must take immediate action to protect your rights.

You are required to mail or hand-deliver a copy of a written response to the Complaint to _____

Willie Earl Cowans  , for the Plaintiff(s), whose address is  6604 Center Hill Road
Olive Branch, MS 38654 .  Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other
things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this ____ day of 6-24-2014 .

Dale K Thompson Clerk of DeSoto County

2535 Highway 51 South
Address

Robert P. Chamberlin
Circuit Court Judge

Hernando Miss 38635
City        State        Zip Code

(SEAL)

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

Case# CR-2013-0206Rcd

STATE OF MISS., DESOTO COUNTY
**CERTIFIED A TRUE COPY**
1-8-2015
DALE K. THOMPSON, CIRCUIT CLERK
BY _____ D.C.

Sally Williams
Office of the Circuit Court Administrator
17th Circuit Court District for the State of Mississippi
(662) 469-8359

Your next Court appearance is Sept. 19, 2013  at
9:00 am at the DeSoto County Courthouse in Hernando, MS.

Failure to appear will result in a warrant for your arrest.
11-12-2013 Willie Earl Cowans 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

Willie Earl Cowans Attorney at Law

# MEMORANDUM OF COMPLAINT

Exhibit 3

Your Name: **Willie Earl Cowans**

Your Home Address: **6604 Center Hill Rd.** Olive Branch, MS 38654
City / State / Zip

Your Home Phone: **(901) 493-3543** Your Work Phone: **( )**

Your Employer: **SELF**

Your Work Address: **Susan M. Brewer** IN THE CIRCUIT COURT OF **DeSoto** COUNTY, MISSISSIPPI

Name of Lawyer: **ATTORNEY FOR THE STATE** FOR THE **17th** JUDICIAL DISTRICT

Address of Lawyer: **2535 High Way 51 South** Hernando / miss / 38632
City / State / Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

Cases: I Willie Cowans name

[stamp: MS. DALE K. THOMPSON DESOTO COUNTY CIRCUIT CLERK JURORS CALL — 662-469-8369 35 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370 WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK]

John Watson attic 662-393-9267
662-393-9295 Feb-10-214
CR 2013-0265
Rcd 9200
* Feb. 12, 2014 - plea 8:30am
Feb. 24, 2014 - trial

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

ATTORNEY FOR THE DEFENDANT

Cause No. CR2013-206RCD

Cause No. CR2013-206RCD

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Sheriff M. Cross
Sheriff Dep
311W South Stor
Hernando MS-SS
38632

2. Article Number 7013 1090 0001 4202 2079
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

3. Service Type
  [X] Certified Mail   [ ] Express Mail
  [ ] Registered   [ ] Return Receipt for Merchandise
  [ ] Insured Mail   [ ] C.O.D.
4. Restricted Delivery? (Extra Fee)   [ ] Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Mr Dale K Thomas
DeCounty CI RCuit Clerk
2535 Highway 51 South
Hernanda M-SS 38632

2. Article Number 7013 1090 0001 4202 2086
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

3. Service Type
  [X] Certified Mail   [ ] Express Mail
  [ ] Registered   [ ] Return Receipt for Merchandise
  [ ] Insured Mail   [ ] C.O.D.
4. Restricted Delivery? (Extra Fee)   [ ] Yes

WILLIE EARL COWANS    DId NOT file NO motion to reconsider.

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

**WILLIE E. COWANS**                                      **PLAINTIFF**

**VS.**                              NOT This

**MISSISSIPPI SHERIFF'S DEPARTMENT** →   Cause No. CR2013-206RCD

Honorable Robert P. Chamberlin    **ORDER OF DISMISSAL** ↗

THIS CAUSE has come on for hearing sua sponte by the undersigned for the above

jurisdiction and the Court finds as follows, to-wit:

1)    Honorable Robert P. Chamberlin dismissed the above cause without prejudice on

~~~~~~~~~~~~~~~~~ , in cause No. **CR2013-206RCD**

2)    The Plaintiff has caused certain papers to be filed since the Dismissal Order was

entered, which this Court treats as a motion to reconsider.

3)    Having reviewed the papers (Motion to Reconsider), the Court finds said motion

not well taken and does hereby overrule the same.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Reconsider is

hereby denied, and the case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 23 day of December, 2014.

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

_____
GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

STATE OF MISS., DESOTO COUNTY
CERTIFIED A TRUE COPY

DEC 3 0 2014

DALE K. THOMPSON, CIRCUIT CLERK

BY _____ D.C.

**FILED**
DESOTO COUNTY, MISSISSIPPI

DEC 29 2014

DALE K. THOMPSON, CIRCUIT CLERK

BOOK 2014 ENTRY 42066

STATE OF MISSISSIPPI
SEVENTEENTH CIRCUIT COURT DISTRICT
DESOTO COUNTY
MARCH 2013 GRAND JURY SESSION    CR 2013 - 0206 RCD



County of DeSoto
Dale K. Thompson, Circuit Court Clerk

2535 Highway 51 South
Hernando, MS 38632
662-469-8365

November 26, 2013

Willie Earl Cowans
6604 Center Hill Road
Olive Branch, MS 38654

RE:    Willie E. Cowans vs. State of Mississippi Sheriff Department
*W - E. C

Mr. Cowans: pl cases CR 2013 - 0206 Rcd
CONTINUE CR - 2013 - 390 - Rcd

We are in receipt of your complaint that you sent to the Clerk's Office for filing.
Before same can be filed, you will need to pay a $160.00 filing fee and prepare a Civil
Cover Sheet. For your reference I am enclosing a Civil Cover Sheet for you to complete.

Also enclosed, please find all documents that you sent to us for filing.

Sincerely,

Dale K. Thompson

Dale K. Thompson
DeSoto County Circuit Clerk

Enclosure:

WESTERN UNION MONEY ORDER        WESTERN UNION FINANCIAL SERVICES INC - ISSUER
Englewood, Colorado

14-702918131

$ 160.00

ONE HUNDRED SIXTY DOLLARS AND NO CENTS
PAYMENT FOR/ACCT. #
Thompson Circuit Court
Hernando miss 38632

MONEY ORDER RECEIPT - NON NEGOTIABLE

Try the new Western Union Payments service for all your bills
and get guaranteed proof of payment. To learn more and to
search over 10,000 billers, goto WesternUnionPayMyBills.com.

* 1 4 7 0 2 9 1 8 1 3 1 *

LOAD THIS DIRECTION, THIS SIDE UP
LOAD THIS DIRECTION, THIS SIDE

# MEMORANDUM OF COMPLAINT

ur Name: Willie Earl Cowans

ur Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
                                   City         State   Zip

our Home Phone: ( 901 ) 493-3543 Your Work P

our Employer: SELF    **IN THE CIRCUIT COURT OF** DeSoto **COUNTY, MISSISSIPPI**

our Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**

            **ATTORNEY FOR THE STATE** 2535 Highway 51 South

lame of Lawyer: ___

Address of Lawyer: ___         Hernando    m'95    38632
                             City      State   Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space



## County of DeSoto
### Dale K. Thompson, Circuit Court Clerk

2535 Highway 51 South
Hernando, MS 38632
662-469-8365

November 26, 2013

Willie Earl Cowans
6604 Center Hill Road
Olive Branch, MS 38654

    RE:    Willie E. Cowans vs. State of Mississippi Sheriff Department
         *W.E.C

Mr. Cowans:   Cases CR2013-0206 RCD   Cont CR-2013-309-RCd   Cont CR-2013-309-RCd
                         *C.V-2014-065-G.Cd

    We are in receipt of your complaint that you sent to the Clerk's Office for filing. Before same can be filed, you will need to pay a $160.00 filing fee and prepare a Civil Cover Sheet. For your reference I am enclosing a Civil Cover Sheet for you to complete.

    Also enclosed, please find all documents that you sent to us for filing.

                   Sincerely,

                   *Dale K. Thompson*

                   Dale K. Thompson
                   DeSoto County Circuit Clerk

Enclosure:

6-26-2014

# MEMORANDUM OF COMPLAINT

Your Name: __Willie Earl Cowans__ ( C V 2014-065-G Cd )

Your Home Address: __6604 Center Hill Rd. Olive Branch Ms 38654__
City    State    Zip

Your Home Phone: ( 901 ) 493-3543    Your Work ( )

Your Employer: __SElf__    IN THE CIRCUIT COURT OF __DeSoto__ COUNTY, MISSISSIPPI

Your Work Address: __Susan M. Brewer__ FOR THE __17th__ JUDICIAL DISTRICT
ATTORNEY FOR THE STATE

Name of lawyer: _____    __2535 Highway 51 south__

Address of Lawyer: _____    __Hernando    m'ss    38632__
City    State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

Willie E. Cowans
Vs.
State of Mississippi Sheriff Department

I am filling a complaint:

C-R-2013-206-Rcd • Violation of my wrights
C-R-2013-206-Rcd • ▬▬▬▬▬ x
CR-2013-206-RCd • False arrest
CR-2013-206-Rcd • False accuse of charges
CR-2013-206-Rcd • Slander my name
CR-2013-206-Rcd • A false warrant on me ▬▬▬▬

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

I want a peace bon on the State of Mississippi and the police Department. I feel that the State of Mississippi may have the police to stop me and plant drugs on me for revenge. I lost time off work; I want my name taking out of the computer for simple possession of marijuana I want my bell money back and I also want my lawyer fee back and I want punity damage.

November 26, 2013

Willie Earl Cowans  I'm asking the Judge for everything
5604 Center Hill Road  I asked for in the Civil Cover Sheet
Olive Branch, MS 38654  in or out of Court.    Willie E. Cowans.

*W.E.C TRue in ALL cases    Willie E. Cowans
RE:  Willie E. Cowans vs. State of Mississippi Sheriff Department    October 25, 2007
Mr. Cowans:  Cases CR 2013-0206 RCd New Cases Nomber CR-2014-065-RCd    June-26-2014
            CR-2013-309-Red

We are in receipt of your complaint that you sent to the Clerk's Office for filing. Before same can be filed, you will need to pay a $160.00 filing fee and prepare a Civil Cover Sheet. For your reference I am enclosing a Civil Cover Sheet for you to complete.

Also enclosed, please find all documents that you sent to us for filing. BRandi ShaRpe

Sincerely,    4-14-13    11-21-13    3-21-14

Dale K. Thompson

Dale K. Thompson
DeSoto County Circuit Clerk

Enclosure:

BRIAN PERKINS

V.S.

Willie CANNONS

V.S. 4-30-2014

B P VS WEC CR-2013-0206-RCd

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: New PaPeR Magine
   P.o Box 9628 Chattanooga
   Tenn. 37404

2. Article Number: 7013 1090 0001 4202 0037
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? □ Yes / □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Justic 2 CouRT
   DeSToR County
   9525 HighWay
   51 NoRTh Southaven
   38671

2. Article Number: 7013 1090 0001 4202 0014
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature   X ___ □ Agent / □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? □ Yes / □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

102595-02-M-1540

By

Indemnitor    82349

---

B = PVS WEC   CR-2013-0206-RCd

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: The CiRcuiT
   couRT oF DeSoTo CounT
   17 Judicial DistRict
   HighWay 51 Soot
   HeRNanda Miss 38632

2. Article Number: 7013 1090 0001 4202 0051
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature   X DandiShane   □ Agent / □ Addressee
B. Received by (Printed Name) DaNa ShaNe   C. Date of Delivery 5-5-201Y
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

102595-02-M-154

---

DeSoto County Justice Court
8525 Hwy. 51 N.
Southaven, MS 38671
pay by phone 662-469-8026
pay online www.desotocoitx.com

Affiant

Defendant

**Willie E. Cowans**
**Attorney at Law**
6604 Center Hill Road
Olive Branch, MS 38654

Judge Gerald W. Chatham SR
Sigture only the last time I
made the Doct The Judge Did not
receve Taken

2. Article Number
(Transfer from service label) 7014 2120 0002 5473 7089
PS Form 3811, July 2013 Domestic Return Receipt 1-26-2015 Willie Earl Cowa

*Willie Earl Cowans*
1-26-2015

GERALD W. CHATHAM,
SR., CIRCUIT COURT JUDGE
TO JUDGE CHATHAM
CAUSE NUMBER CR2Q14-0353GCD

DETAIL Use the back of this page or attach other pages for more space. I Willie Cowans have

MS. DALE K. THOMPSON
DESOTO COUNTY CLERK
JURORS-CALL — 662-469-8369
2535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

John Watson 662-393-9267
662-393-9295 Feb-10-214
or 2013-0265
Rcd

*Feb. 12, 2014 - plea 8:30am
Feb. 24, 2014 - trial

Youkil Don Vilated my First memory straight

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE
Cause No. CR2013-206RCD

NAACP
4805 Mt. Hope Drive
Baltimore MD 21215

GERALD W. CHATHAM,
SR., CIRCUIT COURT JUDGE
TO JUDGE CHATHAM
CAUSE NUMBER CR2Q14-0353GCD

Judge Chamberlin dismissed my criminal
case no. ~~~~~~~~~~~ not my
civil ~~~~~~~~~~~ which
~~~~~~~~~~~ has stated on this
dismissal filed ~~~~~~~~~~. The civil
case was not filed until ~~~~~~~~~~
20 days after the dismissal from ~~~~~~~~~~
~~~~~~~~~~ on ~~~~~~~~~~. New charge
stated for charges of marjuana was
charged saying that I was arrested
~~~~~~~~~~ but I was not arrested
on ~~~~~~~~~~, these are the charges
being brought back from the dismissed case
~~~~~~~~~~, with a new case no.
- same charges ??

# MEMORANDUM OF COMPLAINT

Exhibit 3

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch, MS 38654
City State Zip

Your Home Phone: ( 901 ) 493-3543   Your Work P.

Your Employer: SEIF   **IN THE CIRCUIT COURT OF** DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer:

Address of Lawyer: 2535 High Way 51 South Hernanda miss 38632
City State Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space. I Willie Cowans have

MS. DALE K. THOMPSON
DESOTO COUNTY CIRCUIT CLERK
JURORS CALL — 662-469-8369

2535 Highway 51 South / Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

John Watson 662-393-9267
662-393-0295  Fed -10-214
CR 2013-0205
Rcd 9:00
* Feb. 12, 2014 -plea 8:30am
Feb. 24, 2014 -trial

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

6604 Center Hill Rd
Olive Branch, MS 38654

I Willie Earl Cowans, ss# 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
I am asking for everything in all cases from 1983 up to
the Present date. On the cover sheet civil case filing form in
the cases with case numbers CR-2013-206-RCD that
Brandi Sharp signed on 03/21/14, 11/14/13, and 11/21/13
Green Certified Mail. I also want my Driver's License
reinstated with my name Willie Earl Cowans(ss# 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)
I want a Peace Bond on everyone listed in this case#
( CR-2013-206-RCD) with the exception of Judge Robert P.
Chamberlin. I only want the Peace Bond on the State of
Mississippi Sheriff Department DeSoto Metro Narcotics 6604 Center Hill Rd
I Willie Earl Cowans, (ss# 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) Olive Branch, MS
38654

I am asking for these things out of court. If you won't do
it and we go to court, I am asking 3 times what's on
the Civil Case filing Form.      Willie Earl Cowans: 06/26/14
$7000 Every day the Prolong
this Matter.                       Willie Earl Cowans
                                    6-26-2014

2-4-2015 PRETRIAL SCHEDULING ORDER

Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

NoT GiLTY

Comes now the above-named Defendant who was brought before the Court Administrator being
represented by counsel, Mr. Willie E. Cowans and acknowledges service of the indictment in this cause.

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                    NUMBER CR2014-0353GCD

WILLIE EARL COWANS

### MOTION TO DISMISSING CAUSE WITHOUT PREJUDICE

THIS CAUSE came on for hearing upon the motion of the State, ore tenus, to dismiss

this cause without prejudice. And the court, being fully advised in the premises, is of the opinion

and so finds that said motion is well taken and should be granted.

IT IS THEREFORE ~~ORDERED~~ that this cause be and hereby is dismissed without

prejudice.

SO ~~ORDERED~~ this the 4th day of Feb, 2014 5

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

Susan M. Guerieri, ADA

**FILED**
DESOTO COUNTY, MISSISSIPPI
DEC 29 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42066

Mr. Dale K. Thompson
DESOTO COUNTY CIRCUIT CLERK
2535 Highway 51 South
Hernando, Mississippi 38632

**FILED**
DESOTO COUNTY, MISSISSIPPI
Feb 0 4 2015

STATE OF MISS., DESOTO COUNTY
**CERTIFIED A TRUE COPY**
DEC 3 0 2014
DALE K. THOMPSON, CIRCUIT CLERK
BY V. Griffin D.C.

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

Willie Earl Cowans
1-8-2015
Name of Lawyer:
Address of Law

*** IF THE DEFENDANT IS CURRENTLY INCARCERATED, HIS SIGNATURE ON THIS ORDER IS
REQUIRED AND CONFIRMS HIS AGREEMENT WITH THE REQUESTED CONTINUANCE AND
TOLLING OF RIGHT TO A SPEEDY TRIAL.

A     JURORS

State ev...
D

DEFENDANT

AGREED:

ATTORNEY FOR THE STATE

ATTORNEY FOR THE DEFNAACP

Willie E. Cowans
Attorney at Law
4805 Mt. Hope Drive
Baltimore MD 2121...

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISS.

STATE OF MISSISSIPPI

VS. to be filed (Motion to Dismissal) the Court CAUSE NUMBER CR2014-0353GCD

WILLIE EARL COWANS

CERTIFICATE OF SERVICE

I, Willie E. Cowan Attorney for Defendant, Willie E. Cowan, hereby certify that I have

this day mailed, postage fully prepaid a true and correct copy of Motion to **ORDER DISMISS**

Willie E. Cowan    GAUSE NUMBER CR2014-0353GCD
6604 Center Hill Road
Olive Branch, MS 38654

This the ___4___ day of ___FEBROARY___, 2005.

_Willie Cord Cowens_

WILLIE E. COWAN,

EVeR Thing ThaT I ASK FoR in ~~CAUSE NO. CR2014-0353~~ be granted.

1807781.1/00000.00000

RYAN PERKINS

VS.

8284

Will.e Cowans

SUIT CR 2013-0206-RCd

FILED MAY-19 2014

ConT CR-2013-390-RCd
CR-2013-206-RCd

**DeSoto County Justice Court**
8525 Hwy. 51 N.
Southaven, MS 38671
pay by phone 662-469-8026
pay online www.desotocotix.com

Affiant

Defendant

---

CR-2013-0206-RCd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New PaPeR Magine

PB Box 9628 Chottanooga
Tenn 37402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 1090 0001 4202 0037

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

CR-2013-0206-RCd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Court
8525 Highway
51 North Southaven
38671

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 1090 0001 4202 0044

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

TO JUDGE CHATHAM *is the Judge on the False Charges*

**To Judge Chamberlin**, An The 17TH JUD DISTICT CIRCURT COURT DeS.County The Judge Danied Me A JURY Trial help The State Still Produce in Feb-12-2014 plea Trial-Feb-24-2014

I am filing this complaint on the State of Mississippi for using the same lies and false allegations on me in the cases CR-2013-0**13**-GCD and CR-2014-35**1**-GCD. The date on the civil suite I filed on the State of Mississippi and sheriff department case number CV-2014-065-GCD. I have a copy of the lies and false allegations. I also have a copy of the green card to show proof that they received it. The state is using you as a scape goat to get out of paying me back for the lies they told on me in the cases CR-2013-0**26**-GCD, the same case you dismissed with no prejudice. The state did not prove the lies or the false allegations. Judge Chamberlin, I Willie E. Cowans want all the lies and false charges taking of the complaint off of my record. Judge I am asking since the state did not prove any of the lies and false allegations; I want to be compensated for everything I ask for in the case number CV-2014-065-GCD. If they want to go to trial on Dec. 16 then I want a speedy jury. I want my name erased out of the system and the possession of controlled substance that the states filed on me in case # CR-2013-0**13**-GCD.

Willie Earl Cowans

*Willie Earl Cow*

Dec-23-2014

*John Watson* 662-393-9267  CR-2013-026 Rcd
662-393-0295  CR-2014-0353-GCd
CR 2013-026  Feb-10-214
Rcd  9:00  **NOT GILTY**

* Feb. 12, 2014- plea 8:30am
Feb. 24, 2014- trial

Report back
Oct. 31, 2014
9:00 a.m.

Plea- Feb. 4, 2015
Tral- Feb. 23, 2015
CR-2013-0206-Gcd
NOT Gilty C-R-2014-353-GCd
9:00 a.m.

Report back
Dec. 16, 2014
9:00 a.m

Same False CHARGES
**NoT GilTY**

Suzanne Lowrie
662-469-8314
2535 Hwy 51 South
Hernando, MS 38632

CV 2014-065-GCD

A Blind man can See This
is A HigH PROFile PremeDitated
ConspiRacy

Sally Williams
Office of the Circuit Court Administrator
17TH Circuit Court District for the State of Mississippi
(662) 469-8359
Your next Court appearance is Sept. 10, 2013 at
9:00 am at the DeSoto County Courthouse in Hernando, MS.
Failure to appear will result in a warrant for your arrest.

Judge **Robert P. Chamberlin** , I want everybody to know that ever since I filed a complaint on the State of Mississippi and the sheriff on the cases **CR-2013-206-RCD**,**CR-2013-309-RCD,CV-2014-065-GCD,CO-98-477,DOC-7-194-1,84-12-961,05-11-1798.**

5TH of March 2014 everybody knows that I am dealing with a high profile premeditated conspiracy. The sheriff's department has been riding back and forth by my address. People have been telling me that when they ride by my address the police be sitting in my drive way. On the day of Tuesday 29th 2014 some people told me that the police was looking for me and they asked a minor where do I stay and where about do I hang out at. I am letting everybody know that I am going to send a copy of this case **CR-2013-206-RCD** and **CV-2014-065-GCD** to the channel 3, 13, 5, 24, and channel 30 news to the FBI in Oxford. I will also send a copy to the FBI in Washington DC to investigate these cases. I want to immediately put a peace bond on everybody in this case and in the other cases except the judge **Robert P. Chamberlin** and my lawyer **John Watson**. Now I feel that the State of Mississippi has got the sheriff's department harassing me by sitting in my drive way asking about where I stay and slandering my name. That makes me feel that my life is being threatened, because every time I ride with someone when they stop the car and plant false evidence they only arrest me. If they decide to go to court with this I want a jury trial. *Willie Earl Cowans* Jan-2-2015

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City — State — Zip

Your Home Phone: (901) 493-3543   Your Work [   ]

Your Employer: SEIF   **IN THE CIRCUIT COURT OF** _____ DeSoto _____ COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer, FOR THE ___17th___ JUDICIAL DISTRICT

Name of Lawyer: _____   **ATTORNEY FOR THE STATE**

Address of Lawyer: _____
City — State — Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.   I Willie Cowans have Cuses

MS. DALE K. THOMPSON
DESOTO COUNTY CIRCUIT CLERK

JURORS CALL — 662-469-8369

535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

Report back
Oct. 31, 2014
9:00 a.m.

Report back
Dec. 16, 2014
9:00 a.m —

Judge **Robert P. Chamberlin**, I want everybody to know that Ever since I filed a complaint on the State of Mississippi and the sheriff on the cases **CR-2013-206-RCD,CR-2013-309-RCD CV-2014-065-GCD,CO-98-477,DOC-7-194-1,84-12-961,05-11-1798.**

5TH of March 2014 everybody knows that I am dealing with a high profile premeditated conspiracy. The sheriff's department has been riding back and forth by my address. People have been telling me that when they ride by my address the police be sitting in my drive way. On the day of Tuesday 29th 2014 some people told me that the police was looking for me and they asked a minor where do I stay and where about do I hang out at. I am letting everybody know that I am going to send a copy of this case **CR-2013-206-RCD** and **CV-2014-065-GCD** to the channel 3, 13, 5, 24, and channel 30 news to the FBI in Oxford. I will also send a copy to the FBI in Washington DC to investigate these cases. I want to immediately put a peace bond on everybody in this case and in the other cases except the judge **Robert P. Chamberlin** and my lawyer **John Watson.** Now I feel that the State of Mississippi has got the sheriff's department harassing me by sitting in my drive way asking about where I stay and slandering my name. That makes me feel that my life is being threatened, because every time I ride with someone when the stop the car and plant false evidence they only arrest me. If they decide to go to court with this I want a jury trial.

#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

**Willie Earl Cowans**

6604 Center Hill Road

Olive Branch MS 38654

CV-2014-065-G.Cd

Vicky

662 469-8361

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
    City          State    Zip

Your Home Phone: (901) 493-3543    Your Work Phone:

Your Employer: SEIF    **IN THE CIRCUIT COURT OF** _DeSoto_ **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
    **ATTORNEY FOR THE STATE**

Name of Lawyer:

Address of Lawyer:
    City          State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space. I Willie Cowans have

MS. DALE K. THOMPSON
DESOTO COUNTY CIRCUIT CLERK
JURORS CALL — 662-469-8369
2535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

Report back
Oct. 31, 2014
9:00 a.m.

Report back
Dec. 16, 2014
9:00 a.m —

To **Judge Chamberlin,**

    I am filing this complaint on the state of Mississippi for using the same lies and false allegations on me in the cases **CR-2013-0206-RCD** and **CR-2014-359-GCD**. The date on the civil suite I filed on the State of Mississippi and sheriff department is case number **CV-2014-065-GCD**. I have a copy of the lies and false allegations. I also have a copy of the green card to show proof that they received it. The state is using you as a scape goat to get out of paying me back for the lies they told on me in the cases **CR- 2013-0206-RCD**, the same case you dismissed with no prejudice. The state did not prove the lies or the false allegations. Judge Chamberlin, I Willie E. Cowans want all the lies and false charges taking of the complaint off of my record. Judge I am asking since the state did not prove any of the lies and false allegations; I want to be compensated for everything I ask for in the case number **CV- 2014-065-GCD**. If they want to go to trial on Dec. 16 then I want a speedy jury. I want my name erased out of the system and the possession of controlled substance that the states filed on me in case # **CR-2013-0206-RCD**.

IT Ben 180 Days sence 6-24-2014
11-10-2014    They Recerve This Summons
Willie Earl Cowans
Willie Earl Cowans S.L.T is out

                                    ROBERT P. CHAMBERLIN
                                    CIRCUIT COURT JUDGE

CV-2014-065-GCD

Vicky

662 469-8361

**MEMORANDUM OF COMPLAINT**

Exhibit one

Your Name: Willie Earl Cowans (CK-2014-065-GCD) Exhibit 3

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City / State / Zip

Your Home Phone: (901) 493-3543   Your Work P _____

Your Employer: SEIF   **IN THE CIRCUIT COURT OF** DeSoto **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer: _____

Address of Lawyer: 2535 High way 51 South   Hernanda   miss   38632
City / State / Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.   I Willie Cowans have

Cwes:

**MS. DALE K. THOMPSON**
DESOTO COUNTY CIRCUIT CLERK

JURORS CALL — 662-469-8369

2535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
W W W . D E S O T O M S . C O M / O F F I C I A L S / C I R C U I T - C L E R K

John Watson 662-393-9267
662-393-0295   Feb-10-214 CR 2013-02b5 Rcd 9:00
* Feb. 12, 2014 - plea 8:30am
Feb. 24, 2014 - trial

**ROBERT P. CHAMBERLIN**
**CIRCUIT COURT JUDGE**

**ATTORNEY FOR THE DEFENDANT**

---

Judge **Robert P. Chamberlin** , I want everybody to know that ever since I filed a complaint on the State of Mississippi and the sheriff on the cases **CR-2013-206-RCD,CR-2013-309-RCD,CV-2014-065-GCD,CO-98-477,DOC-7-194-1,84-12-961,05-11-1798.**

$5^{TH}$ of March 2014 everybody knows that I am dealing with a high profile premeditated conspiracy. The sheriff's department has been riding back and forth by my address. People have been telling me that when they ride by my address the police be sitting in my drive way. On the day of Tuesday $29^{th}$ 2014 some people told me that the police was looking for me and they asked a minor where do I stay and where about do I hang out at. I am letting everybody know that I am going to send a copy of this case **CR-2013-206-RCD** and **CV-2014-065-GCD** to the channel 3, 13, 5, 24, and channel 30 news to the FBI in Oxford. I will also send a copy to the FBI in Washington DC to investigate these cases. I want to immediately put a peace bond on everybody in this case and in the other cases except the judge **Robert P. Chamberlin** and my lawyer **John Watson.** Now I feel that the State of Mississippi has got the sheriff's department harassing me by sitting in my drive way asking about where I stay and slandering my name. That makes me feel that my life is being threatened, because every time I ride with someone when the stop the car and plant false evidence they only arrest me. If they decide to go to court with this I want a jury trial.

Willie Earl Cowans
# 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
**Willie Earl Cowans**

**6604 Center Hill Road**   7-30-2014

**Olive Branch MS 38654**

Sally Williams
Office of the Circuit Court Administrator
17th Circuit Court District for the State of Mississippi
(662) 469-8359

Your next Court appearance is Sept. 19, 2013 at
9:00 am at the DeSoto County Courthouse in Hernando, MS.

Failure to appear will result in a warrant for your arrest.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City  State  Zip

Your Home Phone: (901) 493-3543  Your Work Phone:

Your Employer: Self  **IN THE CIRCUIT COURT OF** DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer FOR THE 17th JUDICIAL DISTRICT
**ATTORNEY FOR THE STATE**

Name of Lawyer: 2535 Highway 51 South

Address of Lawyer: Hernando Miss 38632
City  State  Zip

State exactly what the <u>lawyer</u> has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

---

John Watson 662 393-9361
662 393-9295

Vs.
Willie E. Cowans

State of Mississippi Sheriff Department

Tole Him that I have Some True Books about To Shove The Court

I am filling a complaint:

1. Tole me To make copy on Bring them To court— Feb-18-2014
   • Violation of my wrights CR-2013-0206-Rcd
   • Trust Passing CR-2013-0206-Rcd
   • False arrest CR-2013-0206-Rcd
   • False accuse of charges CR-2013-0206-Rcd
   • Slander my name CR-2013-0206-Rcd
   • A false warrant on me over 3yrs. ago CR-2013-0206 Rcd

I want a peace bon on the State of Mississippi and the police Department. I fell that the State of Mississippi may have the police to stop me and plant drugs on me for revenge. I lost time off work; I want my name taking out of the computer for simple possession of marijuana I want my bell money back and I also want my lawyer fee back and I want punity damage.

Willie Earl Cowans is letting Via circuit court That The false charges Case number CR-2013-0206-Rcd is not the same as The continue number is CR-2013-0206 R.C.D hope this is not one off the state miss Conspersy Stunt I Willie Earl Cowans want Reckter that mail to then by evidtive mail Date They Recive them → 11-14-2013 Be _____ → 11-21-2013

To the 17th District Circuit court Willie E. Cowans in my efence to A. 13 Jorral of The exont To Go To Trial If Willie Earl Cowans is askin at ever thing I ask for in the old case name CR-2013-0206 R.C.D Be ARrowared in county true case number CR-2013-390- Rcd I Willie Earl Cowans asking that my livellsen Be Restain So I can Drive ✓ on get me some fn

Willie Earl Cowans lotr.

* Feb. 12, 2014- plea 8:30am
* Feb. 24, 2014- Trial

Willie Earl Cowans I have him while saying the date ask Ah By The State Got them working on my case CR 2013-0206 Red
e Side Yes I ask him have he ever win Enny cases
2 Side A Fere I ask him hoo can
3 Hiden a case as such is This

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd Olive Branch miss 38654
                    City                    State    Zip

Your Home Phone: (901) 517-3865    Your Work Phone: (Same)

Your Employer: _____

Your Work Address: _____
                    City         State    Zip

Name of Lawyer: Olive Branch US Postal Service Certified mail

Address of Lawyer: Olive Branch miss-3865 49998 - 273786023 4 - 0096
662-895-5966                        Olive Branch   miss   38654
                                    City            State  Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space. I Willie Earl Cowans payed The U.S. Postal Service certified mail To a delivery some very inp mail Go my civel Action sute Case nom. CV-2014-65-G-cd Judge Robert P Chamberlin Dismissal my civil sute cases Because The us postal service delivery To The wrong person I wrote on The Green card Judge Robert P chamberlin sigture only on 12-1-2014 I sent some very inp Doctement us postal service it was recevel BY V. Embrex 12-2-2014 an also The same true Doctement 12-8-2014 Judge Robert P chamberlin sigture only it it was recevel BY Brand Johnson I pervide a sigture of Judge Robert P chamerlin

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

Also case nomber all The Green card

sence The us postal service Did not deliver Anlet The Judge sigture They is Ro For my dases Be Dismissal I am asking $150,000 out court If Youal want Go To court I am asking 3 Time $ 150,000 with a Jury Tral Here is a copy of The Green cart an cose CV2014-65-G-cd on Top of The Green cart an also on The Div patched If I dont a Rep in 7 wark Days I will File This in The Circuit court From This Date-1- 2015

**NOTE:** You have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE: Willie Earl Cowans        DATE: 1-13-2015

WILLIE EARL COWANS   DID NOT file NO motion to reconsider.

# IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

**WILLIE E. COWANS**                                              **PLAINTIFF**

**VS.**                                    ~~hoT This~~

**MISSISSIPPI SHERIFF'S DEPARTMENT** ⟶ Cause No. CR2013-206RCD

~~Honorable Robert P. Chamberlin~~   **ORDER OF DISMISSAL**

THIS CAUSE has come on for hearing sua sponte by the undersigned for the above

jurisdiction and the Court finds as follows, to-wit:

1)   ~~Honorable Robert P. Chamberlin dismissed the above cause with prejudice on~~ ~~CR2013-206RCD~~

2)   The Plaintiff has caused certain papers to be filed since the Dismissal Order was

entered, which this Court treats as a motion to reconsider.

3)   Having reviewed the papers (Motion to Reconsider), the Court finds said motion

not well taken and does hereby overrule the same.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Reconsider is

hereby denied, and the case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 23 day of December, 2014.

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

_____
GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

CIRCUIT COURT OF DESOTO · MISSISSIPPI

STATE OF MISS., DESOTO COUNTY
CERTIFIED A TRUE COPY
DEC 3 0 2014
DALE K. THOMPSON, CIRCUIT CLERK
BY _____ D.C.

FILED
DESOTO COUNTY, MISSISSIPPI
DEC 2 9 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42066

Case CV-2014-065-C

MINUTE BOOK ___366___ PAGE _263_

said 60 acre tract; thence S 89°34'33" E along the north line of said 60 acre tract 417.27' to a ½ re-bar (found); thence N 89°27'50" E along the north line of said 60 acre tract being the south line of the S&M III LLC, tract as recorded in quit claim deed book 356 page 119 a distance of 732.52' to a ½" conduit pipe & metal "T" post (found); thence S 1°13'24" E along the west line of said S&M III LLC tract 1001.97' to a ½" conduit pipe (found); thence continuing along said west line S 0°18'19" W 665.04' to a ½ re-bar (found) at the northeast corner of the Earnest Hearn 40 acre tract as recorded in deed book 36 page 484; thence N 89°23'06" W along the south line of said 60 acre tract 944.24' to 3/8" re-bar (set) at the southeast corner of the Julius Guy 3 acre tract as recorded in warranty deed book 116 page 636; thence N 0°51'20" W along the east line of Julius Guy's 3 acre tract 209.00' to a 3/8" re-bar (set); thence N 89°22'44" W along the north line of said Julius Guy's 3 acre tract passing a ½" re-bar (found) at 90.5' and continuing for a total distance of 155.29' to a 3/8" re-bar (set) at the south east corner of lot 2, section "B", Emmitt Gibbs subdivision as recorded in plat book 19 page 32; thence N 0°04'01" W along the east line of said lot 2 a distance of 209.66' to a ½" re-bar (found); thence N 89°19'56" W along the north line of said lot 2 passing a ½" re-bar (found) a 432.58' and continuing for a total distance 474.61' to a mag nail (set) in the west line of said section 33; thence N 0°51'20" W along the west line of said section 33 a distance of 253.91' to the point of beginning containing 1,836,546.18 sq. ft. Or 42.16 acres.

Subject to DeSoto County subdivision and zoning regulations.
Subject to right-of-way in Center Hill Road.
Subject to any easements for utilities.

H.      That the legal description as surveyed by Thomas W. King, Jr., land surveyor, for the

3.0 acre tract which shall be and is hereby divided in kind and of which Willie Earl Cowan shall be

and is hereby the sole fee simple owner is described more particularly as follows:

Description of a 3.0 acre tract in the northwest 1/4 of section 33, T-1-S, R-5-W, DeSoto County, MS being part of the Minnie Gibbs 60 acre tract as recorded in quit claim deed book 175 page 77 in the chancery clerk's office of DeSoto County, being more described as follows: Beginning at a Mag nail (set) in the west line of said section 33, S 0°51'20" E 1980.00' from the northwest corner of said section 33 as measured along the west line of said section 33; thence S 89°34'33" E along the noth line of said 60 acre tract 428.20' to a 3/8" re-bar (set); thence S 0°51'20" E 298.51' to 3/8" re-bar (set) in the north line of the Ronnie Carl Jamison 5 acre tract as recorded in deed book 363 page 591; thence S 88°37'00" W along the north line of said 5 acre tract 428.11' to a mag nail (set) in the west line of said section 33; thence N 0°51'20" W along the west line of said section 36 a distance of 312.01' to the point of beginning, containing 130,680.0 sq. Ft. or 3.0 acres.

NOTICE OF PUBLIC HEARING

**Hollingsworth Properties, LLC** has filed an application with the DeSoto County Planning Commission to request a Rezoning of 11.5 acres of property from Planned Unit Development (PUD) to R-20, identified as Parcel #1-05-8-33-00-0-00016-00. Subject property is located on the south side of Goodman Road and west of Center Hill Road in Section 33, Township 1, Range 5 and is zoned PUD. (District 1)

This application will be heard by the DeSoto County Planning Commission on Thursday, January 2, 2014 at 6:30 p.m. in the 3rd floor

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd    Olive Branch    MS

City    State    Zip

Your Home Phone: (901) 901 517-3865    Your Work Phone: (    )

Your Employer: Self

Your Work Address: Same as above

City    State    Zip

Name of Lawyer: Set Acts in own defense

Address of Lawyer: Same as above

City    State    Zip

N.C.E Power mail Add, Po Box #05 B.N. Physical 4600 Hit way Olive Branch miss 38654

State exactly what the [____] has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

To whom it may concern,

I Willie Earl Cowans, am filing a memorandum of complaint on North Central N-E-P-A, for removing trees and cutting right away's on A and B section of land that I have owned ever since 1984. I have real property information document that proves it. I have property tax receipts showing that I have paid property taxes since 1984 up until the present date. They should be on record in the the record department in Desoto court house, unless someone has destroyed them, they should still be on record. I want North Central Electrical Company to show me a true Notarized document showing that I have approved that they could make the right a ways on A and B section. Any other right away document that is not notarized, authorized, or signed by me is falsified documents. I want North Central Electrical Company to pay me, Willie Earl Cowans, ($300,000) three hundred thousand dollars for every house that has been built from 1984 up to the present date on A and B section of land. Parcel # 105-8-33-00-0 Lot #00011 00 Legal description 33-1-5 PT W ½. Deeds Book 175 page 00077 date 0/19/84. I see that Desoto County court house has taken forty-one and a half acres that I have been paying taxes on in 1984 up until the present date. I own the 44 and a half acres and the section 33 township 1 Range 5. For all of the right a ways they have cut on A and B section, I want a million dollars (1,000,000) from each year from 2004 up until the present date, on each house on A and B section of land out of court. If I have to go to court, I want THREE times the amount of everything I ask for. I also want a jury trial and I want to be present when they pick one. I am giving you all seven working days to respond on this matter. I will summons you all to court if I don't hear anything with in the allotted time frame. I also want a peace bond put on the whole North Central Electrical Association and Desoto County record department. I feel that I am dealing with a premeditated conspiracy, if anything happens or any type of accident happens to me I want North Central and Desoto County to be held responsible.

**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE: Willie Earl Cowans    DATE: Oct 13 - 2014

N. E. C.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans    CK-2014-065 dcd

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654

Your Home Phone: 901, 493-3543    Your Work

Your Employer: SEIF

Your Work Address:

IN THE CIRCUIT COURT OF    DeSoto    COUNTY, MISSISSIPPI

Name of Lawyer: Susan M. Brewer    FOR THE    17th    JUDICIAL DISTRICT
ATTORNEY FOR THE STATE

Address of Lawyer:    2535 Highway 51 South

Hernando    Miss    38632
City    State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space    Willie Earl Cowans CR 2013-026 dcd

Real Property Search by Section/Township/Range    Page 1 of 1

33 - 1 - 5

## Real Property Land Information Display

| PARCEL#: | 1 | 05 | 8 | 33 | 00 | 0 | 00011 | 00 |
|---|---|---|---|---|---|---|---|---|

TAX DISTRICT: 1000
LOT SIZE:

**LANDOWNER INFO:**
COWAN WILLIE
GIBBS MINNIE ESTATE
6604 CENTER HILL RD
OLIVE BRANCH MS
386540000

**LEGAL DESCRIPTION:** 33-1-5
PT W1/2

**DRAINAGE**
CODE:
BENEFIT: .00 .00 .00
SUPV. BEAT: 1

| DEEDS | BOOK: | PAGE: | DATE: |
|---|---|---|---|
| | 175 | 00077 | 6/19/84 |
| | 00000 | 0/00/00 | |
| | 00000 | 0/00/00 | |

APPRAISED LAND VALUE: 22,028
APPRAISED IMP. VALUE: 28,242
APPRAISED TOTAL VALUE: 50,270
ASSESSED TOTAL VALUE: 5,378

PROPERTY LOCATION: 6604 CENTER HILL RD
OLIVE BRANCH

DEEDED ACRES: 44.50
CALC. ACRES: 44.50

SECTION: 33
TOWNSHIP: 01
RANGE: 05

## Improvements

| Imp# | Building Type | Construction | Base Area | Adj. Area | Yr. Built |
|---|---|---|---|---|---|
| 01 | RESIDENTIAL | BRICK VENEER | 1,692 | 1,708 | 49 |
| 02 | WD/CB W/FLOOR | | 144 | 144 | 49 |

6-26-2014    Willie Earl Cowan

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cavens CV-2014-065-GCd

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38004
                                                    City        State        Zip

Your Home Phone: (901) 493-3543    Your Work

Your Employer: SEIF        IN THE CIRCUIT COURT OF ___ DeSoto ___ COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer    FOR THE ___ 17th ___ JUDICIAL DISTRICT

**ATTORNEY FOR THE STATE**                    2535 Highway 51 South

Name of Lawyer: ___

Address of Lawyer: ___                         Hernando    miss    38632
                                               City        State        Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

## Records Index Inquiry

| Docket/Book/Page: | **S/ 18/ 36** | | No Image |
|---|---|---|---|
| Instrument Type  Plat | Date Recorded 03 / 11 / 80 | Referenced By: | |
| Number of Pages 1 | Date Filed      03 / 11 / 80 | Docket/Book/Page | |
| Comments | Date Signed    06 / 06 / 79 | Status: | |

### Grantor(s)

| Name: | Alpha Index: | Address: |
|---|---|---|
| EMMITT GIBBS | GIBBS EMMITT | |

| Name: | Alpha Index: | Address: |
|---|---|---|
| MINNIE GIBBS | GIBBS MINNIE | |

### Grantee(s)

| Name: | Alpha Index: | Address: |
|---|---|---|
| EMMITT GIBBS SEC A | EMMITT GIBBS SEC A | |

| Name: | Alpha Index: | Address: |
|---|---|---|
| EMMITT GIBBS SEC A | GIBBS EMMITT SEC A | |

### Land Descriptions

| Section: | 33 | Plat Book#: | 0 | Subdivision Code: | 0.00 0.00.00.0 |
|---|---|---|---|---|---|
| Township: | 01 | Plat Book Beg. Page#: | 0 | Subdivision Desc: | MINOR LOT - NOT A PLATTED SUBDIVISIO |
| Range: | 05 | Plat Book End Page#: | 0 | | |
| Description: | LOT 1 | | | Lot Number: | 0 |
| | | | | Qtr Section: | NE X NW X SE |

6 - 26 - 2014

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowan  CV-2014-065-G cd

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
                    City       State   Zip

Your Home Phone: 901 493-3543  Your Work P: (     )

Your Employer: SEIF  **IN THE CIRCUIT COURT OF** DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Blewer  FOR THE 17th JUDICIAL DISTRICT

Name of Lawyer: **ATTORNEY FOR THE STATE**  2535 Highway 51 South

Address of Lawyer:  Hernando MS 38632
                    City    State   Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

# Records Index Inquiry

Start Over  Home

| Docket/Book/Page: W/ 475/ 342 | | Click For PDF Image |
|---|---|---|
| Instrument Type  Order | Date Recorded 06 / 25 / 04 | |
| Number of Pages 10 | Date Filed  06 / 25 / 04 | Related Instruments |
| Comments | Date Signed  06 / 22 / 04 | |

## Grantor(s)

| Name: | Alpha Index: | Address: |
|---|---|---|
| PERCY L LYNCHARD JR CHANCERY C | LYNCHARD PERCY L | |

| Name: | Alpha Index: | Address: |
|---|---|---|
| ANNIE JAMISON | JAMISON ANNIE | |

| Name: | Alpha Index: | Address: |
|---|---|---|
| WILLIE EARL COWAN | COWAN WILLIE EARL | |

## Grantee(s)

| Name: | Alpha Index: | Address: |
|---|---|---|
| ANNIE JAMISON ETAL | JAMISON ANNIE | |

| Name: | Alpha Index: | Address: |
|---|---|---|
| WILLIE EARL COWAN | COWAN WILLIE EARL | |

## Land Descriptions

| Section: | 33 | Plat Book#: | 0 | Subdivision Code: | 0.00.0.00.00.0 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Township: | 01 | Plat Book Beg. Page#: | 0 | Subdivision Desc: | MINOR LOT - NOT A PLATTED SUBDIVISIO | | | | |
| Range: | 05 | Plat Book End Page#: | 0 | | | | | | |
| Description: | 42.16 ACRES-ANNIE JAMISON | | | Lot Number: | 0 | | | | |
| | | | | Qtr Section: | | NE | NW | X | SE |
| Section: | 33 | Plat Book#: | 0 | Subdivision Code: | 0.00.0.00.00.0 | | | | |
| Township: | 01 | Plat Book Beg. Page#: | 0 | Subdivision Desc: | MINOR LOT - NOT A PLATTED SUBDIVISIO | | | | |
| Range: | 05 | Plat Book End Page#: | 0 | | | | | | |
| Description: | 3.00 ACRES-WILLIE EARL COWAN | | | Lot Number: | 0 | | | | |
| | | | | Qtr Section: | | NE | NW | X | SE |

6-26-2014

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans  CV-2014-0650-cd

Your Home Address: 6604 Center Hill Rd.  Olive Branch  MS  38654
City  State  Zip

Your Home Phone: (901) 493-3543  Your Work P

Your Employer: SEIF  **IN THE CIRCUIT COURT OF** DeSoto  COUNTY, MISSISSIPPI

Your Work Address: Susan M Brewer FOR THE 17th JUDICIAL DISTRICT

**ATTORNEY FOR THE STATE**

Name of Lawyer: _____  2535 Highway 51 South

Address of Lawyer: _____  Hernando  MS  38632
City  State  Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space  CR-2013-0206-Rcd

## McFall Law Firm
7105 Swinnea Rd., Suite 1
P.O. Box 269
Southaven, MS 38671
Telephone (662) 349-7780
Fax (662) 349-7781
Licensed in Mississippi and Tennessee

George McFall
Attorney at Law

Lisa Lanamand
Paralegal

Cindy White
Real Estate

May 22, 2001

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Mr. W. A. Sanders, III
C/O W.A. Sanders Construction Company
P.O. Box 444
Hernando, MS 38632

　　　RE:  Property Located at 6604 Centerhill Road
　　　　　Olive Branch, Mississippi

Dear Mr. Sanders:

　　　Please be advised that this law firm represents Mr.
Willie Cowan in reference to the recent removal of dirt
from his property located at 6604 Centerhill Road, Olive
Branch, Mississippi. Mr. Cowan has informed me that he
advised you that you were trespassing on his property and
that you allowed your crew to continue removing dirt from
his property. I have taken the liberty of enclosing several
photographs which depict Mr. Cowan's fence which was
knocked down and your equipment on his property.

　　　I would ask that you contact me to discuss this matter
in further detail. I look forward to hearing from you in
the immediate future.

This is what Thig starts all about The dirt
From my PRoty To Bill The school on center
in Fire statson The state mss Tring To Get
ut of Payen me Fore my dirt They O me From max-22-2001
ip To The Pregent n--

Respectfully,

George McFall
George McFall
Attorney At Law

6-26-2014

# MEMORANDUM OF COMPLAINT

*CR-*
*CR-2013-353-Ocd*

Your Name: Willie Earl Cowans    All The Cases - in CR-2013-206 Rcd

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City    State    Zip

Your Home Phone: (901) 493-3543    Your Work ☐

Your Employer: Self    IN THE CIRCUIT COURT OF DeSoto    COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer    FOR THE    17th    JUDICIAL DISTRICT
ATTORNEY FOR THE STATE

Name of Lawyer:    2535 Highway 51 South

Address of Lawyer:    Hernando    miss    38632
City    State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space    Case CR-2013-206-Rcd

---

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

| In the | Court of | County — | Judicial District |
|---|---|---|---|

**Origin of Suit (Place an "X" in one box only)**

☒ Initial Filing  ☐ Reinstated  ☐ Foreign Judgment Enrolled  ☐ Transfer from Other court  ☐ Other
☐ Remanded  ☐ Reopened  ☐ Joining Suit/Action  ☐ Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual    Cowans    Willie    E
Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

✓ Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter:
Estate of
Check ( x ) if individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter:
D/B/A or Agency

Business
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff: 6604 Center Hill RD    OB MS 38654

Attorney (Name & Address): Willie Earl Cowans    Self    MS Bar No.

☒ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: X

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual    Offer Sugg    State of Miss    SherFF Dep
Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

Check ( x ) if individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of
Check ( x ) if individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if business Defendant is filing in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known    MS Bar No.

**Damages Sought:** Compensatory $ 12 Billion Punitive $ 7 million    Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet
All Out Of Court Settlements

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Real Property | |
|---|---|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) | ☐ Adoption - Contested | ☐ Adverse Possession |
| ☐ Child Support | ☐ Business Dissolution | ☐ Adoption - Uncontested | ☐ Ejectment |
| ☐ Contempt | ☐ Debt Collection | ☐ Consent to Abortion Minor | ☐ Eminent Domain |
| ☐ Divorce:Fault | ☐ Employment | ☐ Removal of Minority | ☐ Eviction |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment | ☐ Other | ☐ Judicial Foreclosure |
| ☐ Domestic Abuse | ☐ Garnishment | **Elections** | ☐ Lien Assertion |
| ☐ Emancipation | ☐ Replevin | ☐ Elections | ☐ Partition |
| ☐ Modification | ☐ Other | ☐ Expungement | ☐ Tax Sale: Confirm/Cancel |
| ☐ Paternity | **Probate** | ☐ Habeas Corpus | ☐ Title Boundary or Easement |
| ☐ Property Division | ☐ Accounting (Probate) | ☐ Post Conviction Relief/Prisoner | ☐ Other |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction | ☐ Other | **Contract** |
| ☐ Termination of Parental Rights | ☐ Commitment | **Contract** | ☐ Bad Faith |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship | ☐ Breach of Contract | ☒ Fraud |
| ☐ Other | ☐ Guardianship | ☐ Insurance | ☐ Loss of Consortium |
| **Appeals** | ☐ Heirship | ☐ Specific Performance | ☐ Malpractice - Legal |
| ☐ Administrative Agency | ☐ Intestate Estate | ☐ Other | ☐ Malpractice - Medical |
| ☐ County Court | ☐ Minor's Settlement | **Civil Rights** | ☐ Mass Tort |
| ☐ Hardship Petition (Driver License) | ☐ Muniment of Title | ☐ Bond Validation | ☐ Negligence - General |
| ☐ Justice Court | ☐ Name Change | ☐ Civil Forfeiture | ☐ Negligence - Motor Vehicle |
| ☐ MS Dept Employment Security | ☐ Testate Estate | ☐ Declaratory Judgment | ☐ Product Liability |
| ☐ Worker's Compensation | ☐ Will Contest | ☐ Injunction or Restraining Order | ☐ Subrogation |
| ☐ Other | ☐ Other | ☐ Other | ☐ Wrongful Death |
| | | | ☐ Other  Stolen property |

Your Name: __Willie Earl Cowan__    (C.V-2014-065-GCd)

Your Home Address: __6604 Center Hill Rd. Olive Branch Ms 38654__
                    City        State    Zip

Your Home Phone: (901) 493-3543   Your Work [    ]    _____

Your Employer: __SEIF__    **IN THE CIRCUIT COURT OF** __DeSoto__ COUNTY, MISSISSIPPI

Your Work Address: __Susan M. Brewer__ FOR THE ___17th___ JUDICIAL DISTRICT

Name of Lawyer: **ATTORNEY FOR THE STATE**    __2535 Highway 51 South__

Address of Lawyer: _____    __Hernando     m'ss    38632__
                                                City        State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space    dR-2019-0202-Rcd

### IN THE CHANCERY COURT OF DESOTO COUNTY
#### MISSISSIPPI CIVIL DIVISION

January 1, 2006

WILLIE E. COWAN                        PETITIONER

VS.                                    CAUSE NO. 05-11-1798

ANNIE JAMISON, ET, AL DESOTO COUNT CHANCERY COURT    CAUSE NO. 01-5-656B

Judge, your honor, I am asking the court order the amount of money which is I am seeking in the case of Willie E. Cowan vs. Annie Jamison et, al DeSoto County Chancery Court Cause # 01-15-656B for cause # 05-11-1798.

(1) ½ and ½ million dollars for W. A. Sander Construction Company for retrieving soil from the said property of 6604 Center Hill Road which in turns belong to said Willie E. Cowan on May 22, 2001 to build an elementary school and fire station on Center Hill Road.

(2) Also seeking the court to evict everyone in the cause # 01-5-656B within 30 days from today's date.

(3) Seeking the court to order the State of Mississippi to pay me ½ million dollars for every house that is issued in cause # 01-5-656B

(4) I am also seeking compensation for every home built on Section B section 33 Township 01 Range 05 for Lot 2 ½ million dollars for each year from 1984 to the present date.

(5) Seeking the court to order Bronze Construction Co. to imburse me $50 million for removal of trees, dirt and grave from Lot 2 Section 33 Township 01 Range 05.

(6) I am asking the court to make the State of MS be held reliable for this case, because if the state's employee had not falsified the documents said suit would not be taking place.

(7) Also asking the court to make the State of MS pay a partial payment to Willie E. Cowan in the sum of ¼ million dollars within 72 hours from today's date and 30 days to pay the rest and if this debt is not paid in full in 30 days, I am seeking the court to order them to pay 150,000.00 a week until debt is paid in full.

_____

Judge Melvin McClure Jr.

_____

Willie E. Cowan

__Willie E. Cowans 7-30-2014__

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans    Case CV-2014-065-Ccd

Your Home Address: 6604 Center Hill Rd.    Olive Branch MS 38654
City    State    Zip

Your Home Phone: (901) 493-3543    Your Work F

Your Employer: Self    IN THE CIRCUIT COURT OF    DeSoto    COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer    FOR THE    17th    JUDICIAL DISTRICT

Name of Lawyer: ATTORNEY FOR THE STATE    2535 Highway 51 South

Address of Lawyer:    Hernando    M'SS    38632
City    State    Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. DESCRIBE YOUR COMPLAINT IN DETAIL. Use the back of this page or attach other pages for more space

Cases CR 2013-206 RCd

### IN THE COUNTY COURT OF DESOTO COUNTY
### MISSISSIPPI CIVIL DIVISION

January 16, 2006

WILLIE E. COWAN                         PLAINTIFF

VS.                                     CAUSE NO. 05-11-1798

ANNIE JAMISON                          DEFENDANTS

#### ORDER TO DISMISS TRANSFER

THIS MOTION came on to be heard by the undersigned Chancellor and the Court being well advised in the premises finds as follows to wit:

Defendants filed a partition of land about 22 June 2004 W. E. Davis Clerk a deed of Irene to Emmitt C. Gibbs dated Feb. 29, 1952 recorded in warranty deed book 39 page 32 conveying sixty (60) acres of property being described as the north 60 acres of the west, one hundred twenty (120) acres of the south, two hundred (200) acres of the west half of section 33 Township I south range 5 West DeSoto County state of Mississippi. This cause no. 01-5-656-B is filed in the same way James Woods filed in the Chancery Court of DeSoto County State of Mississippi, about December 11, 1984 when I was served with a summons on said date of Dec. 11, 1984. My complaints are so stated below.

1.  My rights have been violated from 1983 to the present date.

2.  I have been discriminated against from 1983 to the present date.

3.  I have been falsely accused from 1983 to the present date.

4.  I have been falsely arrested from 1987 to 1999 because of said property dispute.

5.  I have had false drugs charges trumped up against me in Cause # CO-98-0477.

6.  After hiring 7 different attorneys with signed contracts, all that I have gotten is misrepresentation from 1987 to the present, where I am now acting in my own defense.

7.  After reviewing my own case, I have discovered that I am dealing with a conspiracy. I have documentation showing that my hired attorney was conspiring against me with the defendant attorneys.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that an Order be entered to NOT TRANSFER this matter to be heard by the Honorable Percy L. Lynchard, Jr.

ORDERED AND ADJUDGED, this the _____ day of _____ 2006

_____
CHANCELLOR

WILLIE E. COWAN

6604 Center Hill Road    Olive Branch MS 38654

6-26-2014

# MEMORANDUM OF COMPLAINT

Your Name: __Willie Earl Cowans__      __CK-2014-065-GCd__

Your Home Address: __6604 Center Hill Rd. Olive Branch MS 38654__
                        City          State    Zip

Your Home Phone: (__901__) __493-3543__   Your Work P____ (          )

Your Employer: __SELF__   **IN THE CIRCUIT COURT OF** __DeSoto__ COUNTY, MISSISSIPPI

Your Work Address: __Susan M. Brewer__ FOR THE __17th__ JUDICIAL DISTRICT
                   **ATTORNEY FOR THE STATE**
Name of Lawyer: ____   __2535 Highway 51 South__

Address of Lawyer: ____   __Hernando    MS    38632__
                              City      State   Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

## IN THE COUNTY COURT OF DESOTO COUNTY MISSISSIPPI CIVIL DIVISION

January 24, 2006

WILLIE E. COWAN                          PETITIONER

                                    CAUSE NO. 05-11-1798

I, Willie E. Cowan appeared in the DeSoto Chancery Court on January 3, 2006 and Annie Jamison and her lawyers, Watk[ ] Ludlam & Stennis, P.A. did not appear. I was present from 8:30 AM until 3:00 PM on said date and no one showed up. I w[ ] before the Honorable Melvin McClure Jr. and he advised me that this law firm filed a **Motion for a Transfer**. He also stated t[ ] I needed to file a **Motion for a Denial of Transfer.** I filed on said date of January 19, 2006 by certified mail to The Chanc[ ] Court and Watkins Ludlam Winter & Stennis, P.A. along with 250 signed true documents. I am also asking the Chancery Co[ ] and Watkins Ludlam Winter & Stennis that when they notify me with literature concerning the case, that they also CC the U[ ] Court of Appeals for the Federal Circuit, Howard T. Markey National Courts Building, @ 717 Madison Place N. Washington, D.C. 20439 and also News Channel 3, @ 803 Channel 3 Drive, Memphis TN 38103. I am having some[ ] from the U.S. Court of Appeals to investigate this matter immediately, and asking the U.S. Court of Appeals to investi[ ] everyone involved in cause # 01-5-656B. I have been calling the Chancery Court for the past five days to find out what deci[ ] was rendered on cause# 05-11-1798 to no avail. I also forwarded a copy of the documents that I sent to the Watkins Law F[ ] and the Chancery Court by certified mail to the **U.S. Court of Appeals for the Federal Circuit** and to News Channel[ ] advise them of the conspiracy that has been in motion against me since 1983.

Humbly Submitted

_Willie E Cowan_

Willie E. Cowan

**FILED**

JAN 3 1 2006

W E DAVIS, **CLERK**

__6-26-2014__

# MEMORANDUM OF COMPLAINT

Your Name: __Willie Earl Cowans__

Your Home Address: __6604 Center Hill Rd. Olive Branch Ms 38654__
City        State        Zip

Your Home Phone: ( __901__ ) __493-3543__   Your Work P_____ (        )

Your Employer: __SElF__          IN THE CIRCUIT COURT OF ___DeSoto___ COUNTY, MISSISSIPPI

Your Work Address: __Susan M. Brewer__ FOR THE __17th__ JUDICIAL DISTRICT

Name of Lawyer: __ATTORNEY FOR THE STATE__   __2535 Highway 51 south__

Address of Lawyer: _____   __Hernando    m'ss    38632__
City        State        Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. DESCRIBE YOUR COMPLAINT IN
DETAIL. Use the back of this page or attach other pages for more space

*I would like for you to get in touch with all of these four people. I am going to*

*give them 10 days to show that they paid Emitt Gibbs,   a check or money*

*order for (Property).  JESSIE MAXWELL (662) 895-2068 LARRY INGRAM (662)*

*895-4994 ALFONZO GUY (662) 895-2600 JULIUS GUY. AND specify how much*

*they paid. if they can't show proof in 10 days, I want a court date set up for*

*them to prove that they are the owners of that property. and if they can't, I want*

*to sue the state of Mississippi, the contractor who built the house. And  I want*

*to sue the people who put the wells down.  and sue the people who put the*

*septic tank in. and also, the bank that has a lien on these property . from now*

*on out, for my record, I am going to send a copy to the Mississippi bar attorney*

*general, and also Channel 3,5,13,24,and 30. If I don't here what the out come*

*will be, I will be contacting   all the people that I listed above . I believe that my*

*case is a* **conspiracy** *by James E. Woods and Annie jamerson*

*Willie E. Cowans* 6-26-2014

*Willie E Cowans*

IN THE  CIRCUIT COURT

DeSoto County Circuit, Hernando, MS  FOR THE ____17th____ JUDICIAL DISTRICT

(Zip Code)
38632

WILLIE E. COWANS  Plaintiff(s)

v.

UNITED STATES POSTAL SERVICE  RaY RoBenTs

Defendant(s)

Case No. CAUSE NO. CV2015GCD

## SUMMONS
### (By Process Server)

To any Sheriff or any other person authorized by Rule 4(b)(2) of the Mississippi Rules of Civil Procedure:

You are hereby commanded to serve this Summons and a copy of the Complaint in this action

upon RaY RoBenTs Defendant, whose address is U.S PosTal SeRVice
oliVe BRanch M55 38654-49998-273786025 4-0096

by (A) promptly locating the said Defendant and handing to him/her a copy of this Summons and Complaint or, (B) in

the event you are unable to so proceed because the Defendant cannot be found, by leaving a copy of the Summons and

Complaint at the Defendant's usual place of abode with his/her spouse or some other person of Defendant's family

above the age of sixteen years who is willing to receive same.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IM-

MEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written Answer either admitting or denying each allegation in the

Complaint to Willie Earl Cowans _____, the attorney for the Plaintiff(s), whose address is
6604 Cancer Hill Road
Olive Branch, MS 38654

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY DAYS FROM THE DATE OF DELIV-

ERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST

YOU FOR THE MONEY OR OTHER THINGS DEMANED IN THE COMPLAINT.

You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

County of DeSoto
By:  Dale K. Thompson, Circuit Court Clerk

DATED 1-29-2015

2535 Highway 51 South
Hernando, MS 38632

NOTE: You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE Willie Earl Cowans  DATE: 1-29-2015

※ ※ ※

**IN THE CIRCUIT COURT OF** _____DeSoto_____ **COUNTY, MISSISSIPPI**

**FOR THE** _____17th_____ **JUDICIAL DISTRICT**

**STATE OF MISSISSIPPI**

**VS.**

Willie Cowans

CAUSE NO. CR _2013-390-RCD_

Defendant—_Plea Cases CR-2013-0206 RCd_

### ORDER TO CONTINUE

This cause came on to be heard upon the motion for continuance of the above styled and numbered cause.

The request for continuance is made by the **(MARK ONE)**:

   ✓ **State of Mississippi**
   ✓ **Defendant \*\*\***

The motion for continuance is **(MARK ONE)**:

   _____ **Opposed by party opposite**
   _____ **Unopposed \*\*\***
   ✓ **Agreed to by the parties \*\*\***

The reason for the requested continuance is as follows **(MUST BE COMPLETED IN DETAIL)**:
Defendant needs additional time I meet Willie E. Cowans letting Ever one That
The Continue case - CR 2013-390-Rcd The Plea is CR-2013-0206-Rcd I file my cases num.
Plea CR 2013-0206-Rcd on in cont. cases CR-2013-309-Rcd I Willie E. Cowans Given A
money okay $150 in plea CR 2013-0206 Rcd and continue case CR-2013-390-RCd ※ ※ ※

The statutory 270 day rule as well as the constitutional speedy trial time frames shall **(MARK ONE)**:
   _____ **Continue to run**
   ✓ **Is tolled until the next trial setting \*\*\***

**IT IS THEREFORE ORDERED** that the above styled and numbered cause is hereby continued for plea until
May 1 8ᵗʰ , 2014 at 9:00 A.M. and is continued for trial until May 19ᵗʰ , 2014 at 9:00 A.M.
at the DeSoto County Courthouse in Hernando , Mississippi. The Defendant is required to be
present in court on the plea date as well as the trial date if the case is not concluded before then. **A bench warrant will
be issued if the defendant fails to appear.**

**SO ORDERED this the** 12ᵗʰ **day of** February , 20 14

Robert P. Chamberlin
Circuit Court Judge
CIRCUIT COURT JUDGE

**\*\*\* IF THE DEFENDANT IS CURRENTLY INCARCERATED, HIS SIGNATURE ON THIS ORDER IS
REQUIRED AND CONFIRMS HIS AGREEMENT WITH THE REQUESTED CONTINUANCE AND
TOLLING OF RIGHT TO A SPEEDY TRIAL.**

DEFENDANT 14-702918 / #160

**AGREED:**

**ATTORNEY FOR THE STATE**

**ATTORNEY FOR THE DEFENDANT**



# HAYES
## LAW FIRM, PLLC

*Attorneys at Law*



LARRY VAUGHN

A TRUE BILL

February 6, 2015

*Via U. S. Mail*

Willie Cowans
6604 Center Hill Road
Olive Branch, MS 38654

Re:  *State vs. Willie Cowans*; Possession of Paraphernalia; In the Justice
Court of DeSoto County

Dear Mr. HAYES

In this case **Brian Perkins vs. Willie Cowan**, day in question on the 30th of April 2014. I brought this case **Brian Person vs. Willie Cowans** possession of paraphernalia a long with the case **State vs. Willie Cowans** possession of controlled substance. These cases were brought before **Judge Robert P. Chamberlin**. May 19, 2014, before **John Watson, lawyer** for the state Susan Berver. On day in question, **Brian Perkins versus Willie Cowans** possession of paraphernalia and the case **State vs. Willie Cowans**. Possession of Controlled substance both cases were dismissed without Prejudice in June 4, 2014. Whosoever hears this case, it is involved in the case that I filed on May 19, 2014, with Judge **Robert P. Chamberlin**. In the case number **CR-2013-0206-RCD** and case **CR-2014-0353-GCD. Officer Suggs** made the statement that him, the police, and all of the judges are going to work together to put me behind bars and make sure my foot does not hit the ground again. In the day in question, June 30, 2014, **Brian Perkins** falsely accused and arrested me on the charges of possession of paraphernalia. I filed a complaint to Judge **Robert P. Chamberlin** in the case **CR-2013-0206-RCD.** He dismissed both of the cases the **State vs. Willie Cowans**, possession of controlled substance and **Brian Perkins vs. Willie Cowans** possession of paraphernalia. These are the type of cases you would call a double jeopardy. Since I am involved in a case that I was charged with in the case number, **CR-2013-0206-RCD** that judge **Robert P. Chamberlin** dismissed on June 4, 2014 it is the same charges with different case numbers and a different judge. The judge name is Gerald W. Chatham Sr. with the case number **CR-2014-0353-GCD,** which I have to appear in court on April 9TH, 2015. The State appointed me lawyer Stacie; he is not representing me but reading and presenting what I want to the State. I am yet waiting to go to trial, on my case number **CV-2014-065-GCD.** I was denied my first amendment rights, to act in my own defense and to have a jury trial by Judge

**Robert P. Chamberlin.**                                   **Willie Earl Cowans 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**

*Willie Earl Cowans*

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cavans

Your Home Address: 6604 Center Hill Rd. Olive Branch, MS 38654
City        State    Zip

Your Home Phone: (901) 493-3543    Your Work P

Your Employer: SCIF    **IN THE CIRCUIT COURT OF** DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer: _____    2535 Highway 51 South

Address of Lawyer: _____    Hernando   M'ss   38632
City     State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

Willie E. Cowans
Vs.
State of Mississippi Sheriff Department

I am filling a complaint:

C-R-2013-206-RCd • Violation of my wrights
C-R-2013-206-RCd • ▇▇▇▇  x          ROBERT P. CHAMBERLIN
CR-2013-206-RCd • False arrest          CIRCUIT COURT JUDGE
CR-2013-206-RCd • False accuse of charges
CR-2013-206-RCd • Slander my name
CR-2013-206-RCd • A false warrant on me ▇▇▇▇▇ x

I want a peace bon on the State of Mississippi and the police Department. I fell that the State of Mississippi may have the police to stop me and plant drugs on me for revenge. I lost time off work; I want my name taking out of the computer for simple possession of marijuana I want my bell money back and I also want my lawyer fee back and I want punity damage.

November 26, 2013

Willie Earl Cowans
6604 Center Hill Road
Olive Branch, MS 38654

Willie E. Cowans
October 25, 2002
June-26-2014

RE: Willie E. Cowans vs. State of Mississippi Sheriff Department
W.E.C TRUE IN ALL cases
Mr. Cowans: Cases CR-2013-0206-RCd New Cases Number CR-2014-065-GCd
CR-2013-309-Rcd

We are in receipt of your complaint that you sent to the Clerk's Office for filing. Before same can be filed, you will need to pay a $160.00 filing fee and prepare a Civil Cover Sheet. For your reference I am enclosing a Civil Cover Sheet for you to complete.

Also enclosed, please find all documents that you sent to us for filing. Brandi Sharpe

Sincerely,    4-14-13   11-21-13   3-21-14

Dale K. Thompson
DeSoto County Circuit Clerk

Enclosure:



# HAYES
## LAW FIRM, PLLC

*Attorneys at Law*



**A TRUE BILL**

February 6, 2015

*Via U. S. Mail*

Willie Cowans
6604 Center Hill Road
Olive Branch, MS 38654

Re:    *State vs. Willie Cowans*; Possession of Paraphernalia; In the Justice
        Court of DeSoto County

Dear Mr. HAYES

In this case **Brian Perkins vs. Willie Cowan**, day in question on the 30th of April 2014. I

brought this case **Brian Person vs. Willie Cowans** possession of paraphernalia a long with the

case **State vs. Willie Cowans** possession of controlled substance. These cases were brought

before **Judge Robert P. Chamberlin**. May 19, 2014, before **John Watson, lawyer** for the state

Susan Berver. On day in question, **Brian Perkins versus Willie Cowans** possession of

paraphernalia and the case **State vs. Willie Cowans**. Possession of Controlled substance both

cases were dismissed without Prejudice in June 4, 2014. Whosoever hears this case, it is involved

in the case that I filed on May 19, 2014, with Judge **Robert P. Chamberlin**. In the case number

**CR-2013-0206-RCD** and case **CR-2014-0353-GCD**. **Officer Suggs** made the statement that

him, the police, and all of the judges are going to work together to put me behind bars and make

sure my foot does not hit the ground again. In the day in question, June 30, 2014, **Brian Perkins**

falsely accused and arrested me on the charges of possession of paraphernalia. I filed a complaint

to Judge **Robert P. Chamberlin** in the case **CR-2013-0206-RCD.** He dismissed both of the

cases the **State vs**. **Willie Cowans**, possession of controlled substance and **Brian Perkins vs**

**Willie Cowans** possession of paraphernalia. These are the type of cases you would call a double

jeopardy. Since I am involved in a case that I was charged with in the case number, **CR-2013-**

**0206-RCD** that judge **Robert P. Chamberlin** dismissed on June 4, 2014 it is the same charges

with different case numbers and a different judge. The judge name is Gerald W. Chatham Sr.

with the case number **CR-2014-0353-GCD**, which I have f ̶Ġ̶R̶e̶e̶n̶ ̶c̶a̶r̶d̶ ̶A̶n̶ ̶c̶o̶p̶y̶ ̶o̶F̶ ̶T̶h̶e̶ ̶o̶R̶d̶y̶

The State appointed me lawyer Stacie; he is not representing me but reading and presenting what

I want to the State. I am yet waiting to go to trial, on my case number **CV-2014-065-GCD.** I

was denied my first amendment rights, to act in my own defense and to have a jury trial by Judge

**Robert P. Chamberlin.**

                                               **Willie Earl Cowans 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**
                                               *Willie Earl Cowans Feb 14 - 2015*

Miss Ann
901-461-8507

Willie E. Cowans
**Attorney at Law**
6604 Center Hill Road
Olive Branch, MS 38654

To **Judge Chamberlin**, OR

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

    I am filing this complaint on the state of Mississippi for using the same lies and false allegations on me in the cases **CR-2013-0206-RCD** and **CR-2014-359-GCD**. The date on the civil suite I filed on the State of Mississippi and sheriff department is case number **CV-2014-065-GCD**. I have a copy of the lies and false allegations. I also have a copy of the green card to show proof that they received it. The state is using you as a scape goat to get out of paying me back for the lies they told on me in the cases **CR- 2013-0206-RCD**, the same case you dismissed with no prejudice. The state did not prove the lies or the false allegations. Judge Chamberlin, I Willie E. Cowans want all the lies and false charges taking of the complaint off of my record. Judge I am asking since the state did not prove any of the lies and false allegations; I want to be compensated for everything I ask for in the case number **CV- 2014-065-GCD**. If they want to go to trial on Dec. 16 then I want a speedy jury. I want my name erased out of the system and the possession of controlled substance that the states filed on me in case # **CR-2013-0206-RCD**.

IT Ben 180 DaYS sence 6-24-2014

11-10-2014    They Recere This SummoNs

Willie Earl Cowans

Willie Earl Cowans SLT Is ouT

**Appearance Bond**

No:   **H 11387**

Ann Jones Dollars $ 25.°

License # 1017-16234

Accepted by

**IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI**

**STATE OF MISSISSIPPI**

VS.       Willie Earl Cowans    **CR2013-206RCD**

5-19-2014

**WILLIE EARL COWANS**     NoT GiTY

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

    **THIS CAUSE** came on for hearing upon the Jmotion of the State, ore tenus, to dismiss this cause without prejudice. And the court, being fully advised in the premises, is of the opinion and so finds that said motion is well taken and should be granted.

    IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without prejudice.

    SO ORDERED this the 4th day of June, 2014

By _____ 8234
Indemnitor

_____
ATTORNEY FOR THE DEFENDANT
CR-2013-206-RCd

Robert P. Chamberlin
Circuit Court Judge

_____
ATTORNEY FOR THE STATE

_____
Susan M. Guerieri, ADA

**FILED**
DESOTO COUNTY, MISSISSIPPI

DEC 29 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42066

STATE OF MISS., DESOTO COUNTY
**CERTIFIED A TRUE COPY**
DEC 30 2014
DALE K. THOMPSON, CIRCUIT CLERK
BY _____ D.C.

**FILED**
DESOTO COUNTY, MISSISSIPPI

JUN 04 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838



# HAYES
## LAW FIRM, PLLC
*Attorneys at Law*


LARRY VAUGHN

February 6, 2015

*Via U. S. Mail*

Willie Cowans
6604 Center Hill Road
Olive Branch, MS 38654

Re:  *State vs. Willie Cowans*; Possession of Paraphernalia; In the Justice
Court of DeSoto County

Dear Mr. HAYES

Willie E. Cowans
Vs.
State of Mississippi Sheriff Department

I am filling a complaint:

- Violation of my wrights
- Trust Passing
- False arrest
- False accuse of charges
- Slander my name
- A false warrant on me 

I want a peace bon on the State of Mississippi and the police
Department. I fell that the State of Mississippi may have the police
to stop me and plant drugs on me for revenge. I lost time off work;
I want my name taking out of the computer for simple possession
of marijuana I want my bell money back and I also want my
lawyer fee back and I want punity damage.

Willie E. Cowans



**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your
legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE:                                            DATE: FeB. 14-2013

- False arrest
- A false warrant on me
- Violation of my wrights
- Slander my name
- False accuse of charges

VENTEENTH CIRCUIT COURT DISTRICT
ESOTO COUNTY

ARCH 2013 GRAND JURY SESSION     CR 2013 - 0206 RCD

# HAYES
## LAW FIRM, PLLC

*Attorneys at Law*



LARRY VAUGHN

February 6, 2015

Sally Williams
Office of the Circuit Court Administrator
17th Circuit Court District for the State of Mississippi
(662) 469-8359

*Via U. S. Mail*

Willie Cowans
6604 Center Hill Road
Olive Branch, MS 38654

Your next Court appearance is **Sept. 19, 2013** a
**9:00 am** at the DeSoto County Courthouse in Hernando, MS.

**Failure to appear will result in a warrant for your arrest.**

Re:  *State vs. Willie Cowans*; Possession of Paraphernalia; In the Justice
Court of DeSoto County

**DeSoto County Justice Court**
8525 Hwy. 51 N.
Southaven, MS 38671
pay by phone 662-469-8026
pay online www.desotocotix.com

Dear Mr. HAYES

Bryan Perkins

8234          VS.

Willie Cowans

SUIT  CR 2013 - 0206 RCD

FILED  MAY- 19      20 14
Cont CR-2013-390-Rcd
     CR-2013-206-Rcd

By  PBO
    Indemnitor

**Affiant**
Willie e Cowans
**Defendant**

Sincerely,

HAYES LAW FIRM, PLLC

Brigitte Davis
Legal Assistant

**Appearance
Bond**

No:  H 11387

Principal

A-one Bail bonds, LLC
Licensed# 10176234

Bonding Company

Indemnitor

Ann Jones
License # 10176234

Accepted by

*Licensed in Mississippi and Tennessee*

5740 Getwell Road • Building #9, Ste. A • Southaven, MS 38672 • T: 662.890.6909 • F: 662.890.6928
robbie@rhayeslaw.com • www.hayesmslawyer.com

ATTORNEY FOR THE DEFENDANT
CR - 2013 - 206 - R.Cd

IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

TE OF MISSISSIPPI

CR2013-206RCD

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

LLIE EARL COWANS

CR 2013 206 Rcd

Cause No. CR2013-206RCD

**ORDER DISMISSING CAUSE WITHOUT PREJUDICE**

# FILED
DESOTO COUNTY, MISSISSIPPI

JUN 04 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

A TRUE BILL

MEMORANDUM OF COURT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City       State   Zip

Your Home Phone: (901) 493-3543   517-3865   Your Work

Your Employer: SElf

IN THE CIRCUIT COURT OF _____ DeSoto _____ COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer FOR THE 17th JUDICIAL DISTRICT
ATTORNEY FOR THE STATE   CIRCUIT COURT JUDGE

Name of Lawyer:  *** IF THE DEFENDANT IS CURRENTLY INCARCERATED, HIS SIGNATURE ON THIS ORDER IS
Address of Law   REQUIRED AND CONFIRMS HIS AGREEMENT WITH THE REQUESTED CONTINUANCE AND
                 TOLLING OF RIGHT TO A SPEEDY TRIAL.

State event       JURORS
D
                                    DEFENDANT

AGREED:                                      Willie E. Cowans
                                             Attorney at Law
Susan M. Guerori                             ATTORNEY FOR THE DEF NAACP
ATTORNEY FOR THE STATE                       4805 Mt. Hope Drive
IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSI  Baltimore MD 21215

STATE OF MISSISSIPPI

VS: to filed (Motion to Dismissal), the Court CAUSE NUMBER CR2014-0353GCD

WILLIE EARL COWANS                           Willie E. Cowans
                                             Attorney at Law
2-4-2015  PRETRIAL SCHEDULING ORDER          6604 Center Hill Road
                                             Olive Branch, MS 38654
          NOT GILTY

Comes now the above-named Defendant who was brought before the Court Administrator being

represented by counsel, Mr. Willie E. Cowans and acknowledges service of the indictment in this cause.

IT IS ORDERED BY THE COURT that the Defendant

☒ Bond has been set by court other than Circuit Co
                                             GERALD W. CHATHAM, SR.,
☒ Bond is set in the amount of $1500 OCT 25-2012  CIRCUIT COURT JUDGE
                                             on MARCH-5 2013
☒ Bond is set in the amount of $1500 and is to be TO JUDGE CHATHAM

1. Article Addressed to: CIRCUIT COURT   D. Is delivery address different from item? ☒ Yes
   Judge Gerald W. Chatham SR          IF YES, enter delivery address below: ☐ No
   17Th 3ud DISTRICT 2535
   Eight Way 51 South                     Sally Williams
   Hernado miss 38632                   Office of the Circuit Court Administrator
   Judge Gerald W. Chatham SR         17th Circuit Court District for the State of Mississippi
   SicTure only the last Time I          (662) 469-8359
   make the Oct The Judge did not     Your next Court appearance is Sept. 19, 2013 at
   Receve Them                        9:00 am at the DeSoto County Courthouse in Hernando, MS.

2. Article Number 1-26 2015
   7014 2120 0002 5473 9089
PS Form 3811, July 2013    Domestic Return Receipt

TO JUDGE CHATHAM   ORDER OF DISMISSAL   CAUSE CR 2014-0353 Gdd
D)  Honorable Robert Chamberlin dismissed the above cause without prejudice on

the 4th day of June, 2014 CAUSE NUMBER CR2013-0206RCD
                                          2014    EVER Thaing That I ASK FOR
                         File 6-26-2014
En MY Civel SUT Case No.  CAUSE NO: CV-2014-0353

E Willie Earl Cowans Asking For A →   MS. DALE K. THOMPSON
                                       DESOTO COUNTY CIRCUIT CLERK
2-4-2015                               JURORS CALL - 662-469-8369

                                       2535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
                                       WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

EXHIBIT

469-8026

Cause No. CR2013-206RCD

CD 69 @ 1:00

82343

misd

**SHERIFF'S OFFICE/JAIL**
**RECEIPT**

State of Mississippi
**DESOTO COUNTY**

Case No. _Justice CR-2013-0206-RCd_

| | | |
|---|---|---|
| PROCESS FEES | $ | |
| CASH BONDS | | |
| BOND FEES | | 25.00 |
| PROFESSIONAL BONDSMEN FEES | | |
| DEFENDANT BOND FEES | | |
| EXECUTION FEES | | |
| VENDING COMMISSIONS | | |
| SALE OF PROPERTY | | |
| BANK INTEREST | | |
| PETTY CASH | | |
| FEEDING PRISONERS | | |
| SALES INCOME | | |

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without

prejudice. CR 2013-0206 RCD

SO ORDERED this the 4th day of June, 2014    8234

How Paid:    Cash        ✓        Payment received from _Cowans, Willie_
             Check                H11387        11387
             Money Order          the  1  day of  May  20 14
                                              Dollars $ 25.00
_Twenty-five_
                                   Rcd /61

_Brian Perkins_                    By  _PB_
                                       Indemnitor

                    vs.  4-30-2014   Ann Jones
_Willie Cowans_                     License # 10176234   _Ann Jones_

                                              Accepted by

SUIT _Case CR-2013-0206 RCd_        Principal

FILED _MAY-19_  20 14   A-one Bail bonds, LLC
       Robert P. Chamberlin         Licensed# 10176234
       Circuit Court Judge
                                   Bonding Company
IN THE CIRCUIT COURT JUDGE
                                   Appearance
COURT DATES _8/1/14_               Bond
       May-1-2014                  No:  H 11387
CR2013-205RCD
            _9am_

State of Mississippi
Office of the Circuit Court Administrator
17th Circuit Court District for the State of Mississippi
(662) 469-8359
Sally Williams
Your next Court appearance is Sept. 19, 2013,
9:00 am at the DeSoto County Courthouse in Hernando, MS.
Failure to appear will result in a warrant for your arrest.

**FILED**
DESOTO COUNTY, MISSISSIPPI
JUN 04 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch Ms 38654
City     State    Zip

Your Home Phone: (901) 493-3543    Your Work P[...]

Your Employer: SEIF    IN THE CIRCUIT COURT OF _____ DeSoto _____ COUNTY, MISSISSIPPI

Your Work Address: Susan M Brewer FOR THE     17th    JUDICIAL DISTRICT
ATTORNEY FOR THE STATE

Name of Lawyer: _____     2535 Highway 51 South

Address of Lawyer: _____     Hernando    m'ss    38632
City     State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

## DESOTO COUNTY SHERIFF

| Incident ID: 201200050856 | **Incident Data Sheet Report** | ORI Number: . DCSO |
| Page:   9 | | Printed On:   10/26/2012 14:05 (Fri) |

## Narrative

| Created Date: 10/26/2012 04:33 | By: FBR Import | Date Updated: 10/26/2012 04:33 | By: 1047 |
| Title: | | | Locked: ☐ |

Text:  R@I: 2012-50856
Reporting Date: 10-25-2012
Reporting Deputy: James Suggs# 1047

At approximately 2259 hours on the 25th day of October, I, Deputy James Suggs, was stationary in the median on Highway 78 observing eastbound traffic. I observed a Black Ford Ranger travelling eastbound without a working tag light. I pulled from the median in an attempt to catch up to the Ford Ranger.

As I caught up to the Ford, I observed the driver activate his right turn signal to exit onto Craft Road. The Ford did not exit onto Craft Road and continued to travel eastbound on Highway 78. I then noticed the Ford's headlights and rear lights turn off and travel approximately a quarter mile without any running lights. I then observed the vehicle to erratically change lanes cutting off other vehicles as the Ford's lights came back on.

At that time, I initiated my emergency lights in attempt to stop the Ford on Highway 78 just east of Craft Road. I gave dispatch the Mississippi tag information on DB9 894 as dispatch advised me that the vehicle comes back to Willie Cowans. I was familiar with Cowans through prior narcotics arrest. . While we continued eastbound, I observed the driver to be moving around and reaching into the driver side floorboard. I then activated my siren in attempt to stop the Ford Ranger. The vehicle continued eastbound as it exited off of Highway 78 onto Highway 302.

We exited off Highway 302 onto Interstate Blvd. The Ford came to a complete stop in the Taco Bell parking lot in the city of Olive Branch. I exited my patrol unit as I observed a black male exit the Ford Ranger. I immediately detained the black male due to the circumstances. I was met immediately by Deputy Perry and Sergeant Clingan. I immediately recognized the driver to be Mr. Willie Cowans as I arrested him earlier this year for possession of marijuana.

I could smell a very strong odor of marijuana coming from the vehicle as well as Mr. Cowans as I spoke with him. I asked Mr. Cowans if any marijuana was inside the vehicle and he replied that he believes there may be some roaches (marijuana cigarettes) inside the ash tray as he offered to retrieve them for me. I advised Mr. Cowans that I would retrieve them. As I began my search of the Ford, I observed several clear plastic baggies in the driver's seat along with a digital scale. As I continued my search, I located six cell phones along with excessive marijuana residue throughout the vehicle.

After a brief search of the vehicle, I turned my attention to Mr. Cowans and asked him if anything illegal was on his person as he continued to ask "huh" as I patted him down. I observed marijuana residue all over Mr. Cowans shirt as he became extremely nervous. As I lifted up Mr. Cowans right side pants leg, I noticed a bulge in his sock. I asked Mr. Cowans what was inside his sock and he

## Fugitive w/o warrant? MAKE THE RIGHT CALL - TURN THEM IN.





**KARI ALLEN**
ss of paraphernalia

**TADARIUS ALLMOND**
shoplifting under $250
resisting arrest



**SKYELOR ANDERSON**
public drunk



**TRENTIN ANDERSON**
shoplifting



**ERIC ASHFORD SR.**
careless driving
DUI - 1st offense



**RANDY ASKEW**
contempt of court



**HRISTIAN BARNER**
contempt of court
alse ID information



**JESSICA BEARD**
contempt of court



**LAVARIS BELL**
contempt of court
move over law



**ANGELA BLACK-PRESCOTT**
domestic violence -
simple assault



**JIMMY BOLDING**
shoplifting under $500



**SABRINA BOLDING**
failure to appear /
contempt



**MARY BRUCE**
contempt of court



**STEPHON BUCKING-HAM**
contempt of court



**BRYAN BURGESS**
contempt of court



**MICHAEL BURROWS**
DUI - 1st offense
no liability ins.



**COURTNEY CARROLL**
shoplifting



**SHANDRICKA CHIL-DRESS**
contempt of court

**CARLOS CLAYTON**
DUI - 1st offense

**JEREMY CLEMENTS**
DUI - 1st offense
running a stop sign

**SHEMEKA CONLEY**
unauthorized use of
EBT card x2

**KEVIN COOK**
DUI - sub section A

**LATOYA COOPER**
DUI - 1st offense
driving while susp

**WILLIE COWANS**
poss of paraphernalia



## ERS NEAR ISSISSIPPI

THE FOLLOWING ARE THE RESULTS FROM THE MISSISSIPPI SEX OFFENDER DATABASE OF A SEARCH FROM DESOTO COUNTY, MISSISSIPPI. THESE INDIVIDUALS MAY OR MAY NOT BE CHILD PREDATORS - THEY ARE ALL HOWEVER REGISTERED SEX OFFENDERS.

**JUST BUSTED EXCLUSIVE!**

al sex offender database on 5/11/2014. The information is
ncies, or errors should be brought to the attention of local law
responsible for maintaining and updating the state database.











**IS**
nowledge
der 14
ge.

**RANDY CRUNK**
any other offense committed in
another jurisdiction for which
registration is required

**JOHN COSPER**
child fondling

**RICKY COLE**
2nd degree stat rape / any other
offense committed in another
jurisdiction, registration is req.

**AARON CANTRELL**
touching of a child or a mentally
defective, incapacitated or physically
helpless person for lustful purposes

ALL PICTURED ARE PRESUMED INNOCENT UNTIL PROVEN GUILTY **23**

# MEMORANDUM OF COMPLAINT

Re: State of Mississippi v. WILLIE EARL COWANS
Cause No. CR2013-206RCD → 8 2 3 4

Your Name: Willie E Cowans

Your Home Address: 6604 Center Hill Rd   Olive Branch M.S 38654
901   517-3865

**STATE OF MISSISSIPPI**   FILED MAY-19   20 14

Robert P. Chamberlin
Circuit Court Judge
vs. Not-Gilty   CR 2013-0206 RCD

**WILLIE EARL COWANS**

Name of: Just Busted Newspaper/Magazine

Address of: P.O. Box 9620   Chattanooga   TN   37412

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without

FFeR UGG prejudice.

SO ORDERED this the 4th day of June, 2014   CR2013-206RCD

I Willie Cowans, am sending you all a copy of this "Just Busted" Magazine along with a copy of this Conspiracy Complaint of these false charges of Possessions of Controlled Substances and false Warrents. I believe you all and Shelby County are working together to exploit false Citations and false charges Warrents against me. I want a peace bond on every Criminal from the front to the back page of this magazine. Im asking for $1 Million Dollars out of court. If you all decide to go to Court about this matter, Im asking for $3 times as much. I am asking for a peace bond be on they/thes Relatives in this "Just Busted" Magazine If you all decide to go to court I want it held in the Federal Supreme Court in Washington D.C. I am sending ___ a copy of this to them also and the Lynn Wright ___ at external Affairs, the Channel 3, 5, 13, and 24, I,5 The Attorney General also. I Want them to pay My Lawyer fees and if I don't hear from you all within 7 Working days from the time of this letter being recieved I am going the ask for 15% (fifteen percent) extra of what Im asking for every day they dont settle out of court. I Want a peace bond to cover the Lawyers that I get to settle this case, increse If you all threatening them or trying to buy them out. I also went to court 9th day of November, Friday 2012 and when I arrived the Clerk told me I did not have court, I for sending this to prove I attended court when they asked me to. The way the State has the Warrent Number up is like I have already been convicted and didnt show up for my court hearing. If I am being picked

343 C161

VN PERKINS vs.   4-30-2014   FILED   Will E Cowans
DESOTO COUNTY, MISSISSIPPI
Willie E. Cowans   JUN 04 2014   DATE 11-12-2012
DALE K. THOMPSON, CIRCUIT CLERK
CD 69 @ 1:00   BOOK 014 ENTRY 34838

A-one Bail bonds, LLC   License# #0176234

Principal

Appearance Bond

No:

H 11387

License # 10176234

ATTORNEY FOR THE DEFENDANT

AGREED:   ATTORNEY FOR THE STATE   Susan M. Brewer

# MEMORANDUM OF COMPLAINT

Your Name: __Willie Earl Cowans__

Your Home Address: __6604 Center Hill Rd. Olive Branch Ms 38654__
City    State    Zip

Your Home Phone: (__901__) __493-3543__ Your Work P~~~~~~

Your Employer: __SEIF__    IN THE CIRCUIT COURT OF __DeSoto__ COUNTY, MISSISSIPPI

Your Work Address: __Susan M Brewer__ FOR THE __17th__ JUDICIAL DISTRICT

ATTORNEY FOR THE STATE

Name of Lawyer: _____ __2535 Highway 51 South__

Address of Lawyer: _____ __Hernando      miss      38632__
City    State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

STATE OF MISSISSIPPI

SEVENTEENTH CIRCUIT COURT DISTRICT

DESOTO COUNTY

MARCH 2013 GRAND JURY SESSION    CR __2013 - 0206 RCD__

## WARRANT

ROBERT P. CHAMBERLIN

CIRCUIT COURT JUDGE

__False Warrant not stamp__

### STATE OF MISSISSIPPI

**County of Desoto**

**Justice Court of DeSoto County**

Warrant No: CD-041295

To Any Lawful Officer:

This is to command you to forthwith to take the body of:

## WILLIE EARL COWANS

Race/Sex: M / B      DOB: 10/31/1951
6604 CENTER HILL
OLIVE BRANCH, MS 38654
Soc. Sec. No.: 587220459    OLN: 587220469

and have said person before the undersigned, a JUSTICE COURT OF DESOTO COUNTY Judge of said county to answer to the STATE OF MISSISSIPPI on a charge of:

## POSSESSION CONTROLLED SUBSTANCE

Section 41-29-139(c)(1) MISSISSIPPI ANNOTATED CODE 1972

Bond Amount
$ __15,000.00__

Witness my hand this the __26__ Day of __Oct : 202__

JUSTICE COURT OF DESOTO COUNTY
JUDGE

Certificate of Service

Warrant served this __26__ Day of __October__ __2012__ Time __0230__

Name of Officer Serving Warrant: __Luke Shepherd #5713__

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of DeSoto County thereof, duly elected, empaneled, sworn and charged to inquire in and for the County and State aforesaid, at the Grand Jury Session aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present:

That **WILLIE EARL COWANS**, Late of the County and State aforesaid, on or about the 25TH day of **October**, in the year of our Lord, **2012**, in the County and State aforesaid, and within the jurisdiction of this Court, did wilfully, unlawfully and feloniously, knowingly and intentionally possess a controlled substance, to-wit: Marihuana, more than thirty (30) grams but less than two hundred fifty (250) grams, in direct violation of Section 41-29-139, Mississippi Code 1972 Annotated, as amended, contrary to the form of the statute in such cases provided, and against the peace and dignity of the State of Mississippi.
(nmt 3 years &/or $3,000.00)

# MEMORANDUM OF COMPLAINT

Your Name: Willie E. Cowans    CR-2013-0206 Rcd.

Your Home Address: 6604 Center Hill Rd. Olive Branch, Ms. 38654
                                         City        State    Zip

Your Home Phone: (    )      Your Work Phone: (    )

Your Employer:

Your Work Address:
                                       City      State    Zip

Name of Lawyer: Judges, Judge, & Narcotics, State of Mississippi

Address of Lawyer:                  South Haven, Ms
                              City      State    Zip

**CR2013-206RCD**

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.   cause No. CR 2013-0206 Rcd

I Willie E. Cowans, Am sending you all a copy of this conspiracy that was committed against me. On the 26th day of October 2012, involving Officer Diggs. He illegaly searched My vehical, then he told another Officer that was coming him to search me also.he asked me to remove my shoes, Even though they did not find anything, I felt like they were harissing me the Officers were asking me all kinds of questions. Diggs perceed to call the Narcotic Officers. After he talked with them Diggs went to car and took out a black bag and placed paraphernalia scale, some plastic bags, a pint of whisky, a bag of what seemed to be Marijuana on the hood of his car. He then took My I.D. and placed it along with the other items and took picture. The Officers handcuffed me and put me in the back of the police car. One of the Narcotic Officers asked me to look at him, he then took a picture of me inside of the police car. Officer Diggs drove me to the jail. On the way there, he wanted me to talk to the Narcotic. When we arrived one Narcotics officer asked me did I want to work with them to get rid of the charges. I asked the officer what was he talking about. After I didn't go along with what they asked they started placing all kinds of charges on me. The officer had a judge sign off on these false charges and a false warrent.

**NOTE:** You may have limited (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE: Willie E. Cowans      DATE: OCT 29-2012

Then Officer Diggs told me that he stayed right down the street from me, that him and the other officers including the judge were going to work together to make sure that I will never get out of jail. Diggs also informed me that everytime he sees my vehicle he was going to stop me and place more false charges on me. Now I fear for my life. So if anything happens to me as far as me going to jail or having any other charges I feel that it all should be investigated and for you all to look at Officer Diggs, the other officers and the judge that signed the false warrants, charges against me. They are all working together to conspire against not only me, but all black males whom do not work for them.

I am also mailing a copy of the false charges and warrants to the Supreme court in Washington D.C. so that they may investigate. I am asking the Federal Supreme Court to enter a peace bond on officer Diggs, the other officers, the judge, and the State of Mississippi.

News Network 360 Anderson. CNN: Ch. 3 / Ch. 5 / 13 / Ch. 24 / Ch. 35 /. Dean Long, Bailsbondmen - Whecker bad my truck Oct. 26th 2012. The lady that bond me t of jail. On Oct. 26, 2012 Kent Rice Internals Affairs Federal Court in Oxford, Ms. If anything happens to me before or after the trial, I am holding everybody on this complaint responsible.

If anything happen to me I want my ther to file a complaint on everybody in this complaint 1#12 billion. I have talked to several attorneys in other tates that can handle cases in Mississippi. I have also hown them a copy this complaint that I am filing. I am also faxing a certain copy of this complaint, along with all the names I have mentioned to the Nhrep and the local news stations. The days that I was being released Judge Sanders replied no spoke to me saying she know me. She asked the bailer what I was in for. She also asked who the judge was. She then responded saying "good luck" on Oct 27th 2012. The bailer responded saying he won't go today. Because he made bail.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cavans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City       State   Zip

Your Home Phone: (901) 493-3543    Your Work [      ]

Your Employer: SEIF    **IN THE CIRCUIT COURT OF** DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer FOR THE 17th JUDICIAL DISTRICT

**ATTORNEY FOR THE STATE**   2535 Highway 51 South

Name of Lawyer:

Address of Lawyer:    Hernando m'ss 38632
City      State   Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

---

Rex Hollingsworth
MS Licence #10095078
d/b/a

Appearance
Bond

No: H 3635

# A-One Bail Bonds, LLC

**707 West Main Street**
**P.O. Box 7253**
**Tupelo, MS 38802**
**(662) 401-7694**

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE
CR 2013-206 Rcd
Cause No. CR2013-206RCD

**STATE OF MISSISSIPPI**

DeSoto County    CR2013-206RCD

Justice/Circuit Court

ATTORNEY FOR THE DEFENDANT
CR-2013-206-Rcd

We, Willie E. Cowans , Principal, and Rex Hollingsworth, d/b/a A-One Bail Bonds,

LLC, sureties, agree to pay the state of Mississippi Fifteen Thousand

dollars, unless the said Willie E. Cowans , shall appear at the next term of the

Justice/Circuit court of DeSoto county, and there remain

from day to day and term to term until discharged by law, to answer a charge of :

Poss. of Controlled Substance

If principal fails to appear, we will pay to the court listed above the sum of:

Fifteen Thousand dollars ($ 15000 ).

Principal should appear in court:

11:30 a.m. / p.m., 9 day of November , 20 12.

Witness our signature, this the 26 day of October , 20 12.

_____    _____
Indemnitor            Principal

Ann Jones           **A-one Bail bonds, LLC**
License # 10176234        **Licensed# 10176234**
_____    _____
Accepted by           Bonding Company

I Willie E. Cowans, am sending you all a copy of this conspiracy that was committed against me in the 26th day of October 2012, involving officer Suggs. He illegally searched my vehicle, then he told another officer that was accompanying him to search me also and He asked me to remove my shoes even though they did not find anything. I felt like they were harassing me. The officers were asking me all kinds of questions. Suggs proceeded to call the narcotic officers. After he talked with them, Suggs went to the car and took out a black bag and placed paraphernalia scale, some plastic bags, a pint of whisky, and a bag of what seemed to be marijuana on the hood of his car. He then took my I.D. and placed it along with the other items and took a picture of it. The officers handcuffed me and put me in the back of the police car. One of the narcotic's officers asked me to look at him, he them took a picture of me inside the police ar. Officer Suggs drove me to the jail. On the wary there, he wanted me to talk to the narcotics. When we arrived one narcotics officer asked me did I want to work with them to get rid of the charges. I asked the office what he was talking about. After I didn't go along with what they asked them started placing all kinds of false charges on me. The officer had a judge sign off on these false charges and a false warrant. Then officer Suggs told me that he stayed right down the street from me, that him and the other officers including the judge were going to work together to make sure that I will never get out of jail Suggs also informed me that every time he sees my vehicle he was going to stop me and place more false charges on me. Now I fear for my life. So if anything happens to me as far as me going to jail or having any other charges, I feel that it should be investigated and for you all to look at Officer Suggs, the other officers and the judge that sighed the false warrants and charges against me. They are all working together to conspire against not only me, but all black males who do not work for them.

e exactly what the lawyer has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN**
**AIL.** Use the back of this page or attach other pages for more space

**STATE OF MISSISSIPPI**
**SEVENTEENTH CIRCUIT COURT DISTRICT**
**DESOTO COUNTY**
**MARCH 2013 GRAND JURY SESSION** CR 2013 - 0206 RCD

I am also mailing a copy of the false charges and warrant to the Supreme Court in Washington

D.C. so that they may investigate. I am asking the Federal Supreme Court to enter a peace bond

on officer Suggs, the other officers, the judge, and the State of Mississippi.

News network 360 Anderson, CNN: ch. 3.,13,24, 35, and 30. Dean Long, Bail bonds men.

Wrecker pulled my truck Oct. 26$^{TH}$ 2012. The lady that dond me out of jail on Oct. 26$^{th}$ 2012.

Lent Rice internal affairs Federal court in oxford, MS.

If anything happens to me before or after the trial I am holding everybody on this complaint

responsible. If anything happen to me I want my mother to file a complaint on everybody in this

complaint for $12 billion. I have talked to several attorneys in other states that can handle cases

in Mississippi. I have also shown them a copy of this complaint that I am filing. I am also faxing

a certified copy of this complaint along withal the manes I have mentioned to the NAACP and

the local news stations.

The day that I was being released, Judge Sanders replied, no spoke to me saying she knew me.

She asked the bailer what I was in for. She also asked who the judge was. She then responded

saying "good luck" on Oct. 27$^{th}$ 2012. The bailer responded saying he won't go today because he

made bail.

### IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                                    **CR2013-206RCD**

**WILLIE EARL COWANS**

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

**THIS CAUSE** came on for hearing upon the Jmotion of the State, ore tenus, to dismiss

this cause without prejudice. And the court, being fully advised in the premises, is of the opinion

and so finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without

prejudice.

                                              AGREED:

SO ORDERED this the 4$^{th}$ day of June, 2014        _Susan M. Brewer_
                                              ATTORNEY FOR THE STATE

_____          _____
ATTORNEY FOR THE DEFENDANT       Robert P. Chamberlin
                                 Circuit Court Judge

_Susan M. Guerieri_
Susan M. Guerieri, ADA

**FILED**
DESOTO COUNTY, MISSISSIPPI
JUN 04 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6614 Center Hill Rd. Olive Branch MS 38654
City / State / Zip

Your Home Phone: (901) 493-3543    Your Work Phone: (___) _____

Your Employer: ~~_____~~ Denton's

~~_____~~ Bryan Perkins    Southaven    Miss    38671
City / State / Zip

Name of Lawyer: Desoto County Sheriffs dept. The Police that

Address of Lawyer: Made an arrest on ~~_____~~ 4/30/14

Arrested Me    City / State / Zip

CR2013-206RCD

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

Friend and I was coming from the Store from getting
s Something to eat. We noticed there was two
lice Cars facing opposite one another with their headligh
nd spot lights on bright. Me and the driver was just
alking and laughing, the driver said who is this coming
p on us this fast driving like a fool. The driver it is the
lice that's behind us. The Police turned the blue lights
n the driver. The driver pulled over and we sat there for
bout five minutes. The driver thought they were calling
ne tag number in. The officer stepped out of the car
d shinned the light in the driver face. They asked
e driver for proof of insurance and driver license. After
driver showed proof of license + Insurance, they asked the
driver to step out of the car. The officer shinned
he light in my face. The officer said "look who we got
ere", then he rushed around to the passenger side and started
Shatch me out of the car before I could unbuckle my
eat belt. They grabbed me by the seat of my pants and
ushed me to the back of the driver Car. The officer told me
o spread my legs and asked did I have drugs or weapons
on me. He began to search me. Infront of the driver and
the other Police officer, he found no drugs or weapons on
me or in my possession. He took all of my change and
dollar bills out of my pocket. He then put hand cuffs on me too
ight. He put me in his Squad car. The driver asked the
fficer, "what is he being charged with"? The officer said
will think of Something before he gets to Jail. Then the
fficer started talking to the driver. He told the driver
se have been profiling Willie Cowans every since 2006.
I told the driver all of the Desoto County Police + Narcotics
now where I stay and what house I live in. I asked the Police
hat am I being charged with? He stated, what ever I
write in the report. I told him I am suppose to be in court with
udge Robert P. Chamberlin in the morning. He asked me what am I
oing to court for He said what for a civil Suit. He then Said. IF, I got
othing to do with it you are not going to make it I want a peace bond
Put on the Police officer and the Sheriff's department.

---

**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE: Willie E Cowans    DATE: 5-19-2014

# MEMORANDUM OF COMPLAINT

Your Name: _Willie Earl Cowans_

Your Home Address: _6604 Center Hill Rd_  _Ohio Branch_  _miss_  _38654_
City — State — Zip

Your Home Phone: ( )  _J61_  Work Phone: ( )

Your Employer: _Brian Perkins_

Your Work Address: _Southaven_  _miss_  _98_
City — State — Zip

Name of Lawyer: _CR2013-206RCD_  _8525 Highway 51 North_

Address of Lawyer: _Willie Cowans_
City — State — Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

Officer Said, "You remember the Night that Officer Suggs pped you at Taco Bell?" I told him, I'm Not trying to. remember back that far (Oct 25, 2012). The officer Said, the d you, Everytime the Sheriff department See you driving vehicle, We are going to stop you and plant drugs on you, We fake warrent taken out on you, and if we stop another ehicle and if you are inside we are going to plant drugs n your car, But let the driver go, Just like I did tonight. We told you that the Sheriffs department, Narcotics and the State of Mississippi and all of the Judges are going to work together to put you behind bars, with these charges that we put on you. I want a Peace bond put on Every body in this Case except the Judge ert P Chamberlin, fired my attorney John Watson.

dge, I want the State of Mississippi to reinstate my license d take all of the false charges on me out of the System

**ROBERT P. CHAMBERLIN**
**CIRCUIT COURT JUDGE**

**ATTORNEY FOR THE DEFENDANT**

**CAUSE NUMBER CR 2013-206RCD**

**ROBERT P. CHAMBERLIN**
**CIRCUIT COURT JUDGE**

**GERALD W. CHATHAM, SR.,**
**CIRCUIT COURT JUDGE**

Cause No. CR2013-206RCD

TO JUDGE

**CAUSE NUMBER CR2014-0353GCD**

Honorable Robert P.

the Dove cause with

the 4 day of June, 201  **CAUSE NUMBER CR2013-0206RCD**

**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint

YOUR SIGNATURE _Willie Earl Cowans_  DATE: _5-21-2014_

# MEMORANDUM OF COMPLAINT

Your Name: _Willie Earl Cavans_

Your Home Address: _6604 Center Hill Rd._ _Olive Branch_ _MS_ _38654_
                                City        State   Zip

Your Home Phone: _(901) 493-3543_  Your Work [

Your Employer: _Self_   **IN THE CIRCUIT COURT OF** _DeSoto_ **COUNTY, MISSISSIPPI**

Your Work Address: _Susan M. Brewer_ **FOR THE** _17th_ **JUDICIAL DISTRICT**
          **ATTORNEY FOR THE STATE**

Name of Lawyer: _____   _2535 Highway 51 South_

Address of Lawyer: _____   _Hernando_ _Miss_ _38632_
                               City      State   Zip

State exactly what the <u>lawyer</u> has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

---

**Rex Hollingsworth**
**MS Licence #10095078**
**d/b/a**

**Appearance Bond**

No: **H 11387**

# A-One Bail Bonds, LLC

**707 West Main Street**
**P.O. Box 7253**
**Tupelo, MS 38802**
**(662) 401-7694**

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE
CR 2013-206-Rcd
Cause No. CR2013-206RCD

**STATE OF MISSISSIPPI**

_Desoto_ County    **CR2013-206RCD**

_Justice_ Court

ATTORNEY FOR THE DEFENDANT

C R - 2013 - 206 - R.cd

We, _Willie E. Cavans_, Principal, and Rex Hollingsworth, d/b/a A-One Bail Bonds, LLC, sureties, agree to pay the state of Mississippi _Five hundred_ dollars, unless the said _Willie E. Cavans_, shall appear at the next term of the _Justice_ court of _DeSoto_ county, and there remain from day to day and term to term until discharged by law, to answer a charge of : _Possession of Paraphunalia_

If principal fails to appear, we will pay to the court listed above the sum of: _Five hundred_ dollars ($ _500 00_ ).

Principal should appear in court:

_1:00_ a.m. ⓟ.m. _9_ day of _June_, 20 _14_.

Witness our signature, this the _1_ day of _May_, 20 _14_.

                                _Willie Cavans_
                                Principal

Indemnitor

Ann Jones
License # 10176234    _Ann Jones_

Accepted by

**A-one Bail bonds, LLC**
**Licensed# 10176234**

Principal

Bonding Company

The officer said, "You remember the night that officer Suggs stopped you at taco bell?" I told him, I am no trying to remember back that far (Oct 25, 2012). The officer said, "He told you, every time the sheriff department see you driving a vehicle, we are going to stop you and plant drugs on you, have false warrant's taken out on you, and if we stop another vehicle and you are inside, we are going to plant drugs on you and let the driver go just like I did tonight. We told you that the sheriff's department, Narcotics, and the State of Mississippi, along with all of the judges are going to work together to put you behind bar's with these charges that we that we put on you. I want a peace bond put on everybody in this case except the judge Robert P. Chamberlin and my attorney John Watson. Judge, I want the State of Mississippi, to reinstate my license an take all f the false charges on me out of the system.

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                                                 **CR2013-206RCD**

**WILLIE EARL COWANS**

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

**THIS CAUSE** came on for hearing upon the Jmotion of the State, ore tenus, to dismiss this cause without prejudice. And the court, being fully advised in the premises, is of the opinion and so finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without prejudice.

SO ORDERED this the 4th day of June, 2014

_____
Robert P. Chamberlin
Circuit Court Judge

_Susan M. Guerieri_
Susan M. Guerieri, ADA

AGREED:

_Susan M. Guerieri_
ATTORNEY FOR THE STATE

Yours very truly,

_John D. Watson_
John D. Watson
JDW:am

**FILED**
DESOTO COUNTY, MISSISSIPPI

JUN 04 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

**COMPLAINT**

Your Name: Willie E Cowans

Re: State of Mississippi v. WILLIE EARL COWANS
Cause No. CR2013-206RCD>8234

Your Home Address: 6609 Center Hill Rd   Olive Branch M.s 38654

901  517-3865

**STATE OF MISSISSIPPI**   FILED MAY-19   2014

Robert P. Chamberlin
Circuit Court Judge

vs. Not - Gilty   CR 2013 - 0206 RCD

**WILLIE EARL COWANS**

Name of → Just Busted Newspaper / Magazine

Address of → P.O. Box 9620   Chattanooga   TN 37412

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without prejudice.

SO ORDERED this the 4th day of June, 2014   **CR2013-206RCD**

I Willie Cowans, am sending you all a copy of this "Just Busted" Magazine along with a copy of this Conspiracy complaint of these false charges of prossesions of A-one Bail bonds, LLC Licensed #U176234 and Shelby County are working together to exploit false Accusations and false Charges Dilaments against me. I Want a peace bond on every criminal from the front to the back page of this magazine. I'm asking for $7 Million Dollars out of court. If you all decide to go to court about this Matter, I'm asking for $3times as much. I am asking for a peace bond be on every ones relatives in this "Just Busted" Magazine If you all decide to go to court I want it held in the Federal Supreme Court in Washington D.C. I am sending a copy of this to Lytem also and the Lynn Wright at Internal Affairs to Channel 3, 5, 13, and 24 + So the Attorney General also. I Want them to pay my Lawyer fee and if I dont hear from you all within 7 working days from the time of this letter being recieved I am going to ask for 15% (fifteen percent) extra Of What I'm asking for every day they dont settle out of court and I want a peace bond to cover the Lawyers that I get to settle this case, incase If you all threatening them or trying to bribe them out. I also went to court 9th day of November, friday 2012 and when I arrived the Clerk told me he did not have court. I am sending this to prove I attended court when they asked me to. the way the State has the Warrant number up is like all have already been convicted and didnt show up for my court hearing. If I am being picked

**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and counsel concerning your legal matters.

Lyn Perkins vs. 4-30-2014   **FILED**   Willie Cowans
DESOTO COUNTY, MISSISSIPPI

ID SIGNATURE Willie E. Cowans   JUN 04 2014   DATE 11-12-2012

CD 69 @ 1:00   DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

_(vertical margin text:)_ Principal   Appearance Bond   H 11387   No:   AGREED: ATTORNEY FOR THE STATE   ATTORNEY FOR THE DEFENDANT

rup for one of these false Charges al am asking
for $15 billion dollars.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City          State    Zip

Your Home Phone: ( 901 ) 493-3543    Your Work P...

Your Employer: SELF    **IN THE CIRCUIT COURT OF** DeSoto    **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer FOR THE 17th JUDICIAL DISTRICT
**ATTORNEY FOR THE STATE**

Name of Lawyer: ____    2535 Highway 51 South

Address of Lawyer: ____    Hernando m'ss 38632
City          State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

```
Reference: 03M2000007
Msg ID   : 03M2000007
Msg Key  : QH
Date/Time: 20121026000113
Ent Agy  :
Requester:
User     :
ORI      : MSNCIC000
Source   : NCIC
Dest     : 33116
Control  : MRI2071189
Summary  : QH: C, OFFC SUGGS 50856 NARC INVEST, COWANS, WILLIE E, M, B

TXT: 7L0100H5,MRI2071189
MS0170005
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/COWANS,WILLIE E SEX/M RAC/B DOB/19511031 SOC/587220459
 PUR/C
NAME                      FBI NO.        INQUIRY DATE
COWANS,WILLIE             560426JA0      2012/10/26

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   B    1947/01/07  511    155    BRO  BLK  N

BIRTH PLACE
MISSISSIPPI

FINGERPRINT CLASS      PATTERN CLASS
PM DI PM PM PO         UC UC UC UC UC UC UC UC UC UC
PM PO PO PI DI         UC UC UC UC UC UC UC UC UC UC
                      UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
COWANS,WILLIE EARL

OTHER
BIRTH DATES SOCIAL SECURITY
1951/10/31  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
            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

IDENTIFICATION DATA UPDATED 2012/05/06

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
MISSISSIPPI    - STATE ID/MS05315417
FBI            - FBI/560426JA0

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MRI 2071190 33116 0001 AT 00:01:13 10/26/12
```

May 1st, 2014 at 9:00 A.M. and is continued for trial until May 19th, 2014 at 9:00 A.M.

at the DeSoto County Courthouse in Hernando, Mississippi. The Defendant is required to be

present in court on the plea date as well as the trial date i

From The Bank

## General Affidavit

# STATE OF MISSISSIPPI

### Desoto County
### Justice Court of DeSoto County

confi. Case CR-2013-309-RCd
Case-CR-2013-0204-RCd

INCIDENT NO: 201200050856

Personally appeared before me, _____Gina Uber_____ of the Desoto County, Justice Court of DeSoto County, AGENT L. SHEPHERD, DCSD #5313 who makes oath that on or about the 25th day of October, 20 12, within the corporate limits of said county and in the jurisdiction of the Court.

WILLIE EARL COWANS was in violation of section 41-29-139(c)(1) of the MCA, 1972, in that said person committed the following act(s):

did willfully, unlawfully and feloniously possess a controlled substance on October 25, 2012, at 7500 Commerce Drive, Olive Branch, Mississippi 38654 by having in his possession a green leafy substance, alleged marijuana. TPW 44.0 grams. This in violation of Section 41-29-139(c)(1) MCA of 1972.

TO WIT: FELONY POSSESSION OF CONTROLLED SUBSTANCE

This in the Justice Court of DeSoto County, Desoto, in the State of Mississippi. Against the peace and dignity of the State of Mississippi and contrary to the Ordinances of said county in such cases made and provided, and the good order and peace thereof.

_____ #5313
Affiant

Sworn and subscribed before me this 26th Day of October 2012

_____
Signed

WARRANT NUMBER: CD-041295          AFFIDAVIT PREPARED BY ID #: DC5313

| Name | Defendant | Address |
|---|---|---|
| WILLIE EARL COWANS | | 6604 CENTER HILL |
| Sex/Race: M / B1    DOB: 10/31/1951 | | OLIVE BRANCH, MS 38654 |
| Soc. Sec. No.: 587220459 | | |
| OLN: 587220459 | | |

Case 3:15... WMP... M... Doc #... Filed 05/19/15 60 of 112 PageID #: 60

Your Name: Willie Earl Cavins

Your Home Address: 6604 Center Hill Rd. Olive Branch, Ms 38654
City    State    Zip

Your Home Phone: (901) 493-3543    Your Work [    ]

Your Employer: SEIF    IN THE CIRCUIT COURT OF    DeSoto    COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer    FOR THE    17th    JUDICIAL DISTRICT

Name of Lawyer: ___ ATTORNEY FOR THE STATE

Address of Lawyer: ___    2535 Highway 51 south
Hernando    miss    38632
City    State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch, MS 38654
City / State / Zip

Your Home Phone: (901) 493-3543   Your Work [ ]

Your Employer: SEIF   **IN THE CIRCUIT COURT OF** DeSoto **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**   2535 Highway 51 South

Name of Lawyer: ___

Address of Lawyer: ___   Hernando Miss 38632
City / State / Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

DETAILS:

1. At approximately 2315 hours on October 25, 2012 Agent Shepherd was notified that he was needed at a traffic stop on Hwy. 78 and Hwy. 302.

2. Agent Layson went to the scene and spoke with Deputy Suggs. Deputy Suggs informed Agent Layon that he had conducted a traffic stop, at approximately 2259 hours, on a black 1992 Ford Ranger, after observing that the vehicle did not have a working tag light. Before initially attempting to stop the Ford Ranger, the driver, Willie Earl Cowans, began driving erratically and driving without headlights or tail lights in an attempt to elude Deputy Suggs.

3. Deputy Suggs said that the Ford Ranger eventually pulled into the parking lot of the Taco Bell near the intersection of Interstate Blvd. and Hwy. 302.

4. Once the driver of the Ford Ranger, Willie Cowans, stopped he immediately exited the vehicle. Deputy Suggs then detained Cowans due to the circumstances.

5. While speaking with Cowans Deputy Suggs could smell a very strong odor of marijuana coming from the vehicle as well as Cowans person. Deputy Suggs then searched the vehicle and recovered several clear plastic baggies, six (6) cell phones, excessive marijuana residue, as well as a digital scale.

6. After searching the vehicle Deputy Suggs began speaking with Cowans asking him if he had anything illegal on his person, to which Cowans responded "huh". Deputy Suggs observed marijuana residue on Cowans shirt and Cowans became extremely nervous.

7. At approximately 2303 Deputy Suggs located two clear plastic baggies, containing alleged marijuana (Ex. 1 & Ex. 2), inside Cowans right sock.

8. Deputy Suggs weighed the alleged marijuana and it totaled 35.3 grams, in the field.

9. At approximately 2358 hours Agent Layson photographed and collected the items of evidence before transporting them to the DeSoto County Sheriff's Department, and processing them into evidence, where they will remain until hand-delivered to the State Crime Lab in Batesville, Mississippi for analysis.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cavans

Your Home Address: 6604 Center Hill Rd.   Olive Branch, MS 38654
                                            City        State    Zip

Your Home Phone: 901, 493-3543   Your Work [    ]

Your Employer: SEIF          **IN THE CIRCUIT COURT OF** ___DeSoto___ **COUNTY, MISSISSIPPI**

Your Work Address: _Susan M. Brewer_  **FOR THE** ___17th___ **JUDICIAL DISTRICT**
                    **ATTORNEY FOR THE STATE**    2535 Highway 51 South

Name of Lawyer: _____

Address of Lawyer: _____      Hernando    m'ss    38632
                                    City        State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical.  **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

### DESCRIPTION OF VEHICLE:

Year:       1992
Make:       Ford
Model:      Ranger
Tag #:      DB9 894
Tag State:  Mississippi
Color:      Black
V.I.N:      1FTCR10XXNTA67281

### DESCRIPTION OF DRUG EVIDENCE:

Ex 1 -   One clear heat-sealed plastic bag containing one plastic bag containing a green leafy substance, alleged marijuana, located by Deputy James Suggs and released to Agent Layson on the scene of the traffic stop. Agent Layson photographed and collected the exhibit before transporting it to the DeSoto County Sheriff's Department and processing it into evidence, where it will remain until hand delivered to the State Crime Lab in Batesville, Mississippi. The clear heat-sealed plastic bag is initialed "LS" and dated 10/25/12 on each end. TPW 34.5 grams.

Ex 2 -   One clear heat-sealed plastic bag containing one plastic bag containing a green leafy substance, alleged marijuana, located by Deputy James Suggs and released to Agent Layson on the scene of the traffic stop. Agent Layson photographed and collected the exhibit before transporting it to the DeSoto County Sheriff's Department and processing it into evidence, where it will remain until hand delivered to the State Crime Lab in Batesville, Mississippi. The clear heat-sealed plastic bag is initialed "LS" and dated 10/25/12 on each end. TPW 9.5 grams.

SEIZED ITEMS:      N/A

                                    #5313
                    Agent Luke Shepherd
                    DeSoto County Sheriff's Department
                    Special Investigations Division

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
                                   City        State    Zip

Your Home Phone: (901) 493-3543    Your Work [ ]

Your Employer: SEIF     **IN THE CIRCUIT COURT OF**    DeSoto    **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer **FOR THE**   17th   **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer:           2535 Highway 51 south

Address of Lawyer:        Hernando    m'55   38632
                             City        State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

## MISSISSIPPI CRIME LABORATORY

**ASCLD/LAB Accredited since 2003**

**Lab Case #: 12-022185**

Request: 0001
    Page 1 of 2
**DRUG ANALYSIS (BATESVILLE) Report**
**November 30, 2012**

North Mississippi Laboratory

P.O. Box 1385
BATESVILLE, MS 38606
662-563-6435
FAX: 662-563-6491

Agent Luke Shepard
DESOTO SHERIFF OFFICE NARCOTICS DIVISION
P. O. Box 806
Hernando, MS 38632
662-429-1386
**REFERENCE- Agency Case # 2012-50856**

**SUSPECT: Willie Earl Cowans**
CR-2013-353 GCd
CR-2013-206-Rcd
CAUSE NO. CR 2013-390-RCD

### REQUEST FOR ANALYSIS

On 11/5/2012 it was requested that the DRUG ANALYSIS (BATESVILLE) section perform the following analysis:
Examination for Controlled Substances (B). This examination was completed on 11/30/2012.

    Examine for the presence of a controlled substance.

### EVIDENCE

On 11/5/2012 at 2:27 PM, Forensic Scientist Steve Sanders received the following evidence from the DESOTO
SHERIFF OFFICE NARCOTICS DIVISION via Joseph Stanford:

    Evidence Submission 001      One heat sealed plastic bag containing a plastic bag containing a green leafy substance.

On 11/5/2012 at 2:35 PM, Forensic Scientist Steve Sanders received the following evidence from the DESOTO
SHERIFF OFFICE NARCOTICS DIVISION via Joseph Stanford:

    Evidence Submission 002      One heat sealed plastic bag containing a plastic bag containing a green leafy substance.

### EXAMINATIONS PERFORMED

    Test(s) performed on submission 001
        Gas Chromatography/Mass Spectrometry
        Microscopic Examination

    Test(s) performed on submission 002
        Gas Chromatography/Mass Spectrometry
        Microscopic Examination

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

DETAIL. Use the back of this page or attach other pages for mor... **CAUSE NUMBER CR**

MS. DALE K. THOMPSON
DESOTO COUNTY CIRCUIT CLERK
JURORS CALL — 662-469-8369    CONT'D:
2535 Highway 51 South • Hernando, MS 38632 • OFFICE 662-469-8365 • FAX 662-469-8370
WWW.DESOTOMS.COM/OFFICIALS/CIRCUIT-CLERK

You'll Don vilated my First memory Wright

Willie Earl Cowans
5-19-2014

NOT GILTY

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch, MS 38654
City                State        Zip

Your Home Phone: (901) 493-3543    Your Work P(                    )

Your Employer: SEIF    IN THE CIRCUIT COURT OF    DeSoto    COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer    FOR THE    17th    JUDICIAL DISTRICT
Name of Lawyer:    ATTORNEY FOR THE STATE    2535 Highway 51 South

Address of Lawyer:                                Hernando    miss    38632
City                State        Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN
DETAIL.** Use the back of this page or attach other pages for more space

---

Laboratory Report Continued

REFERENCE- MCL Case Number 12-022185                                Page 2 of 2

RESULTS AND CONCLUSIONS

Evidence Submission #001
    Marihuana, Amount: 5.1 Grams

Evidence Submission #002
    Marihuana, Amount: 28.5 Grams

Case Analyst:                                    Technical Reviewer:

Teresia Hickmon                                  Erik Frazure, D-ABC
Teresia Hickmon, F-ABC                           Forensic Scientist
Forensic Scientist

CC:

iResults DA - 17th Judicial District

                                                Yours very truly,

                                                John D. Watson
ROBERT P. CHAMBERLIN                             John D. Watson
CIRCUIT COURT JUDGE                              JDW:am

Cause No. CR2013-206RCD

IT IS THEREFORE ORDERED that the above styled and numbered cause is hereby continued for plea until

May 1st , 2014 at 9:00 A.M. and is continued for trial until May 19th , 2014 at 9:00 A.M

at the DeSoto County Courthouse in Hernando , Mississippi. The Defendant is required to be

            IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without

prejudice. CR 2013-0206 RCD

    SO ORDERED this the 4th day of June, 2014

Robert P. Chamberlin
Circuit Court Judge                             EF

This report represents the analytical results of the examinations performed on the items of evidence in this case. It should be noted that
this report does not represent all documentary items contained in the master file. Should additional material be required for court
purposes, please contact the laboratory as soon as possible.

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City                    State    Zip

Your Home Phone: (901) 493-3543   Your Work P

Your Employer: Self   **IN THE CIRCUIT COURT OF** DeSoto **COUNTY, MISSISSIPPI**

Your Work Address: Susan M Brewer **FOR THE** 17th **JUDICIAL DISTRICT**

**ATTORNEY FOR THE STATE**

Name of Lawyer: ___   2535 Highway 51 South

Address of Lawyer: ___   Hernando   miss   38632
City          State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

```
Reference: 03M2000007
Msg ID   : 03M2000007
Msg Key  : OH
Date/Time: 20121026000113
Ent Agy  :
Requester:
User     :
ORI      : MSNCIC000
Source   : NCIC
Dest     : 33116
Control  : MRI2071189
Summary  : QH: C, OFFC SUGGS 50856 NARC INVEST, COWANS, WILLIE E, M, B

TXT: 7L0100H5,MRI2071189
MS0170005
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/COWANS,WILLIE E SEX/M RAC/B DOB/19511031 SOC/587220459
   PUR/C
NAME                         FBI NO.      INQUIRY DATE
COWANS,WILLIE                560426JA0    2012/10/26

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M    B   1947/01/07  511    155    BRO  BLK  N

BIRTH PLACE
MISSISSIPPI

FINGERPRINT CLASS       PATTERN CLASS
PM DI PM PM PO          UC UC UC UC UC UC UC UC UC UC
PM PO PO PI DI          UC UC UC UC UC UC UC UC UC UC
                        UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
COWANS,WILLIE EARL

OTHER
BIRTH DATES SOCIAL SECURITY
1951/10/31  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
            ,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

IDENTIFICATION DATA UPDATED 2012/05/06

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
MISSISSIPPI    - STATE ID/MS05315417
FBI            - FBI/560426JA0

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MRI 2071190 33116 0001 AT 00:01:13 10/26/12
```

May 1st ___, 2014 at 9:00 A.M. and is continued for trial until May 19th ___, 2014 at 9:00 A.M.

at the DeSoto ___ County Courthouse in Hernando ___, Mississippi. The Defendant is required to be

present in court on the plea date as well as the trial date i

From The Book

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City          State    Zip

Your Home Phone: ( 901 ) 493-3543    Your Work ( )

Your Employer: Self          IN THE CIRCUIT COURT OF    DeSoto    COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer  FOR THE    17th    JUDICIAL DISTRICT

Name of Lawyer:          ATTORNEY FOR THE STATE          2535 Highway 51 South

Address of Lawyer:          Hernando    MS    38632
City          State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

Willie E. Cowans
Vs.
State of Mississippi Sheriff Department

I am filling a complaint:

Sc# 2013-0206RD● Violation of my wrights
c# 2013-0206RD●
c# 2013-0206RD● ■ ✗          ROBERT P. CHAMBERLIN
● False arrest          CIRCUIT COURT JUDGE
c# 2013-0206RD● False accuse of charges
c# 2013-0206RD● Slander my name
c# 2013-0206RD● A false warrant on me ■ ✗

I want a peace bondon the State of Mississippi and the police
Department. I feel that the State of Mississippi may have the police
to stop me and plant drugs on me for revenge. I lost time off work;
I want my name taking out of the computer for simple possession
of marijuana, I want my bell money back, and I also want my
lawyer fee back and I want punity damage.

Willie E. Cowans
Willie E. Cowans
October 25, 2012

STATE OF MISSISSIPPI
SEVENTEENTH CIRCUIT COURT DISTRICT    Not-Gilty
DESOTO COUNTY
MARCH 2013 GRAND JURY SESSION    CR 2013-0206RCD

AGREED:

Susan M. Brewer          John D Watson
ATTORNEY FOR THE STATE          ATTORNEY FOR THE DEFENDANT

MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City   State   Zip

Your Home Phone: (901) 493-3543   Your Work [ ]

Your Employer: SELF   IN THE CIRCUIT COURT OF DeSoto COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer FOR THE 17th JUDICIAL DISTRICT
ATTORNEY FOR THE STATE
2535 Highway 51 South

Name of Lawyer: __

Address of Lawyer:   Hernando   MS   38632
City   State   Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

---

### IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.   CAUSE NUMBER CR 2013-206RCD

WILLIE EARL COWANS

### PRETRIAL SCHEDULING ORDER

Comes now the above-named Defendant who was brought before the Court Administrator being represented by counsel, KEVIN CAVENDER and acknowledges service of the indictment in this cause.

IT IS ORDERED BY THE COURT that the Defendant's:

☒ Bond has been set by court other than Circuit Court.

☐ Bond is set in the amount of $ 75,000 ~ OCT-26-2012  Tol ~$3000

☐ Bond is set in the amount of $ 1500 MAR-5-2013 and is to be made as a cash or 10% Clerk's bond

☐ Bond has not been set or Defendant is unbondable

Defendant is to remain in custody of DeSoto County Sheriff until appropriate bond is posted.

IT IS FURTHER ORDERED this case is set for trial on December 9, 2013. Discovery shall be requested in writing on or before October 4, 2013 and shall be completed thirty (30) days from the written request. All motions are to be filed, noticed by the movant and heard on or before thirty (30) days prior to trial date. If plea negotiations are entered into, a written request for a plea offer shall be filed by the Defendant and any final agreement must be reduced to writing and signed by the State and Defense Attorney. Said plea must be entered on or before December 4, 2013, at such time and place as determined by the Court. Failure of the Defendant to enter his negotiated plea on or before the date set forth above without permission of the Court may cancel any plea agreement entered into and any plea after said plead day may be considered an open plea. The Defendant is required to be present in court on the plea date as well as the trial date if the case is not concluded before then. **A bench warrant will be issued if the defendant fails to appear.**

SO ORDERED, this the 25 day of SEPTEMBER, 2013.

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City                State                Zip

Your Home Phone: (901) 493-3543    Your Work P _____

Your Employer: SEIF        **IN THE CIRCUIT COURT OF** DeSoto **COUNTY, MISSISSIPPI**

Your Work Address: Susan M Brewer **FOR THE** 17th **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer: _____    2535 Highway 51 South

Address of Lawyer: _____    Hernando m'ss 38632
City                State                Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

**STATE OF MISSISSIPPI**
**SEVENTEENTH CIRCUIT COURT DISTRICT**
**DESOTO COUNTY**
**MARCH 2013 GRAND JURY SESSION**    CR 2013-0206 RCD

## WARRANT
## STATE OF MISSISSIPPI

ROBERT P. CHAMBERLIN        **County of Desoto**
CIRCUIT COURT JUDGE        **Justice Court of DeSoto County**

Use Warrant not stamp        Warrant No: CD-041295

To Any Lawful Officer:

This is to command you to forthwith to take the body of:

## WILLIE EARL COWANS

Race/Sex  M / B        DOB:  10/31/1951
6604 CENTER HILL
OLIVE BRANCH, MS 38654
Soc. Sec. No.:  587220459        OLN:  587220459

and have said person before the undersigned, a JUSTICE COURT OF DESOTO COUNTY Judge of said county to answer to the STATE OF MISSISSIPPI on a charge of:

**POSSESSION CONTROLLED SUBSTANCE**

Section 41-29-139(c)(1) MISSISSIPPI ANNOTATED CODE 1972        Bond Amount
$ 15,000.00

Witness my hand this the 26 Day of Oct 2012

JUSTICE COURT OF DESOTO COUNTY
JUDGE

Certificate of Service
Warrant served this 26 Day of October 2012 Time 0230
Name of Officer Serving Warrant Luke Shepherd #5113

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of DeSoto County thereof, duly elected, empaneled, sworn and charged to inquire in and for the County and State aforesaid, at the Grand Jury Session aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present:

That **WILLIE EARL COWANS**, Late of the County and State aforesaid, on or about the 25TH day of **October**, in the year of our Lord, **2012**, in the County and State aforesaid, and within the jurisdiction of this Court, did wilfully, unlawfully and feloniously, knowingly and intentionally possess a controlled substance, to-wit: Marihuana, more than thirty (30) grams but less than two hundred fifty (250) grams, in direct violation of Section 41-29-139, Mississippi Code 1972 Annotated, as amended, contrary to the form of the statute in such cases provided, and against the peace and dignity of the State of Mississippi.
(nmt 3 years &/or $3,000.00)

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
          City      State    Zip

Your Home Phone: (901) 493-3543   Your Work

Your Employer: SEIF     **IN THE CIRCUIT COURT OF** _DeSoto_ **COUNTY, MISSISSIPPI**

Your Work Address: _Susan M. Brewer_ **FOR THE** _17th_ **JUDICIAL DISTRICT**
     **ATTORNEY FOR THE STATE**  2535 Highway 51 South

Name of Lawyer: _____         Hernando   MS 38632
Address of Lawyer: _____        City    State   Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

---

### IN THE CIRCUIT COURT OF DESOTO COUNTY

STATE OF MISSISSIPPI

   VS.             CAUSE NUMBER CR2013-0206RCD

WILLIE EARL COWANS

         **CAPIAS**          ROBERT P. CHAMBERLIN
                            CIRCUIT COURT JUDGE

TO The Sheriff of said County:

     You are hereby commanded to take WILLIE EARL COWANS

a/k/a

if to be found in your County, and safely keep him/her, so that

you have his/her body before this Court, then and there to

answer on an indictment found against him/her on the  5th day of

   March , 2013, for:

Charge 1:  POSSESSION OF MARIHUANA
Charge 2:
Charge 3:
Charge 4:
Charge 5:
Charge 6:

     Given under my hand and seal of said Court, and issued this

the  5th of   March , 2013.

                Dale K. Thompson
                Circuit Court Clerk

                By: _____
                Deputy Circuit Court Clerk

I have this day executed the within writ by
serving _____
a true and correct copy thereof, together with
a correct copy of the indictment.
This is the ____ day of _____ 20 ___
Bill Rasco Sheriff
By _____
Deputy Sheriff

A-1

**MEMORANDUM OF COMPLAINT**

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City    State    Zip

Your Home Phone: (901) 493-3543   Your Work [

Your Employer: SCIF

Your Work Address: Susan M. Brewer

Name of Lawyer:

Address of Lawyer:

IN THE CIRCUIT COURT OF DeSoto COUNTY, MISSISSIPPI

ATTORNEY FOR THE STATE   FOR THE 17th JUDICIAL DISTRICT

2535 Highway 51 South

Hernando m'ss 38632
City    State    Zip

State exactly what the lawyer has done, or failed to do, which you believe is unethical. DESCRIBE YOUR COMPLAINT IN DETAIL. Use the back of this page or attach other pages for more space

---

IN THE CIRCUIT COURT OF DESOTO COUNTY

STATE OF MISSISSIPPI

    VS.

WILLIE EARL COWANS

CAUSE NUMBER CR2014-0353GCD

TO JUDGE CHATHAM

**CAPIAS**

TO The Sheriff of said County:

     You are hereby commanded to take **WILLIE EARL COWANS**

a/k/a

if to be found in your County, and safely keep him/her, so that

you have his/her body before this Court, then and there to

answer on an indictment found against him/her on the 26th day of

    June , 2014, for:

Charge 1: POSSESSION OF MARIHUANA
Charge 2:
Charge 3:
Charge 4:
Charge 5:
Charge 6:

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

    Given under my hand and seal of said Court, and issued this

the 26th of     June , 2014.

Dale K. Thompson
Circuit Court Clerk

By:
Deputy Circuit Court

I have this day executed the within writ by
serving _____
A true and correct copy thereof, together with
A correct copy of the indictment.
This is the ____ day of _____ 20 ___.
Bill Rasco Sheriff
By _____
Deputy Sheriff

R/S B M
DOB 10/31/1951
SS# 587221459

# MEMORANDUM OF COMPLAINT

Exhibit 3

Your Name: Willie Earl Cowans (CR-2014-065-Gcd)

Your Home Address: 6604 Center Hill Rd. Olive Branch MS 38654
City State Zip

Your Home Phone: (901) 493-3543  Your Work P...

Your Employer: SEIF  **IN THE CIRCUIT COURT OF** DeSoto  COUNTY, MISSISSIPPI

Your Work Address: Susan M. Brewer  **FOR THE** 17th  **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer:

Address of Lawyer: 2535 Highway 51 South  Hernando  miss 38632
City State Zip

---

**STATE OF MISSISSIPPI**
**SEVENTEENTH CIRCUIT COURT DISTRICT**  NoT GilTy
**DESOTO COUNTY**
**JUNE 2014 GRAND JURY SESSION**  CR 2014-0353

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and
lawful citizens of DeSoto County thereof, duly elected, empaneled, sworn and charged to
inquire in and for the County and State aforesaid, at the Grand Jury Session aforesaid, in the
name and by the authority of the State of Mississippi, upon their oaths present:

That **WILLIE EARL COWANS,** Late of the County and State aforesaid, on or about the
28<sup>RD</sup> day of May, in the year of our Lord, **2013,** in the County and State aforesaid, and within
the jurisdiction of this Court, did wilfully, unlawfully and feloniously, knowingly and
intentionally possess a controlled substance, to-wit: Marihuana, more than thirty (30) grams
but less than two hundred fifty (250) grams, in direct violation of Section 41-29-139,
Mississippi Code 1972 Annotated, as amended, contrary to the form of the statute in such
cases provided, and against the peace and dignity of the State of Mississippi.
(nmt 3 years &/or $3,000.00)

**A TRUE BILL**

Susan M. Greerer  Fred Kidd
District Attorney  Foreman of Grand Jury

Filed 26ᵗ day of June, 2014;  Clale A. Thompson  Clerk

Recorded 26ᵗ day of June, 2014.
Clale A. Thompson  Clerk, BY: HP Blader  D.C.

Race/Sex:  Black/Male
DOB:  10/31/1951

YouAr Don Vilated my FiRST memory 9/Richt

NAACP
4805 Mt. Hope Drive
Baltimore MD 21215

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE
CHATHAM

TO  JUDGE

Cause No. CR2013-206RCD  CAUSE NUMBER CR2014-0353GCD

our Home Address: 101 _____ City _____ State ___ Zip ___

901 517-2865

our Home Phone: (901) 493-3543  Your Work P_____ )

ur Employer: SELF

**IN THE CIRCUIT COURT OF** _DeSoto_ **COUNTY, MISSISSIPPI**

ur Work Address: _Susan M. Brewer_ **FOR THE** _17th_ **JUDICIAL DISTRICT**

**ATTORNEY FOR THE STATE**

me of Lawyer: _____  2535 Highway 51 south

ddress of Lawyer: _____  Hernando  MISS  38632
City ___ State ___ Zip

ate exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN ETAIL.** Use the back of this page or attach other pages for more space

**IN THE CIRCUIT COURT OF** _DeSoto_ **COUNTY, MISSISSIPPI**

**FOR THE** ___17th___ **JUDICIAL DISTRICT**

STATE OF MISSISSIPPI

VS.                                   CAUSE NO. CR _2013-206-RCD_

_Willie Earl Cowans_       Defendant

## ORDER TO CONTINUE

This cause came on to be heard upon the motion for continuance of the above styled and numbered cause.

The request for continuance is made by the (**MARK ONE**):     The motion for continuance is (**MARK ONE**):

_✓_  State of Mississippi                    _____  Opposed by party opposite
_✓_  Defendant ***                           _____  Unopposed ***
                                             _✓_  Agreed to by the parties ***

The reason for the requested continuance is as follows (**MUST BE COMPLETED IN DETAIL**):
Defendant needs more time to investigate
due to newly disclosed information.

The statutory 270 day rule as well as the constitutional speedy trial time frames shall (**MARK ONE**):
_____  Continue to run
_✓_  Is tolled until the next trial setting ***

IT IS THEREFORE ORDERED that the above styled and numbered cause is hereby continued for plea until
_June 4th_, 2014 at 9:00 A.M. and is continued for trial until _June 16th_, 2014 at 9:00 A.M.
at the _DeSoto_ County Courthouse in _Hernando_, Mississippi. The Defendant is required to be
present in court on the plea date as well as the trial date if the case is not concluded before then. **A bench warrant will
be issued if the defendant fails to appear.**

SO ORDERED this the _1st_ day of _MAY_, 2014

_____
ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

*** IF THE DEFENDANT IS CURRENTLY INCARCERATED, HIS SIGNATURE ON THIS ORDER IS
REQUIRED AND CONFIRMS HIS AGREEMENT WITH THE REQUESTED CONTINUANCE AND
TOLLING OF RIGHT TO A SPEEDY TRIAL.

_____
DEFENDANT

AGREED:

_Susan M. Guerieri_                    _John D. Watson_
ATTORNEY FOR THE STATE                 ATTORNEY FOR THE DEFENDANT

UNITED STATES POSTAL SERVICE

02 DEC 2014 PM 6:1

- Sender: Please print your name, address, and ZIP+4® in this box•

Willie E Coulous
6604 center Hill Rd
Olive Branch Miss 38654

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Willie Earl Coulous
6604 CENTER HILL Rd
Olive BRANCH MISS ZIP 38654

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CiRcuiT couR Judge
RobERT P. chambERliN
1MTh sub DistRicT
3535 Highway 51 south
HERNado miss 38632
Judge RobERT PchambERliN
sictuRe only

CASE CV 2014-065-G-Gd

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X V. FiMbERZy    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
V. FiMbERZy    12-2-14

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7014 1820 0001 3003 2396

PS Form 3811, July 2013    Domestic Return Receipt

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

Willie Earl Coulous

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CiRcuiT couRT
Judge RobeRT P onomeRliN
17Th 3u DistRicT 3535
HighWay 51 south HERNado
miss ZIP38632  Judge
RobeRT Pchambeliin onlX
SignatuRe

CASE CV 2014-065-G-Gd

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JOHNSON    1-30-2015

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7014 1820 0001 7703 181

Willie Earl Coulous

Willis Earl Cowans
6660f CenTeR Hill Rd
Olive Branch Miss 38654
                              zip
Case-CV-2014-065-G.d.d

12 — 1 — 2014

Case NumBeR CV-2014-065-6.d.d

To The
        CiRcuiT couRT

RoBeRT P. Chamberlin
17TH Jud. D.STRicT
3535 Highway 51 South
HeRNado miss 38632

Judge RoBeRT P.ChamBeRlin

Siguture only Judge RoBeRT P Chamberlin

I sent These DocumenT 12-1-2014 US POSTAL FiRST Class mail

It was Received By IntenDeD

---

**USPS CERTIFIED MAIL / Domestic Return Receipt (PS Form 3811, July 2013)**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CiRcuiT couRT
   RoBeRT P Chamberlin
   17TH Jud DiSTRicT
   3535 Highway 51 South
   HeRNado miss 38632
   Judge RoBeRT P.Chamberlin
   siGTuRe only

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) _____   C. Date of Delivery 12-1-14
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Priority Mail Express™
   ☒ Certified Mail®   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7014 1820 0001 3003 2396

PS Form 3811, July 2013          Domestic Return Receipt

CASE & NUMBER CN2013-0236RCO

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE



**MOTION TO DISMISSING CAUSE WITHOUT PREJUDICE**

CASE CR2014-0353GCD

Willie E. Cowans
Attorney at Law
6604 Center Hill Road
Olive Branch, MS 38654

2-2-2015

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ | $.75 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $11.75 |

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, July 2014          See Reverse for Instructions

Olive Branch
Olive Branch, Mississippi
38654-9998
2737862254-0096
(662)985-5966        01:34:48 PM

02/02/2015    Sales Receipt
Product          Sale Unit      Final
Description       Qty  Price     Price
00 ---- HERNANDO MS 38632-2132      $5.75
Zone-1
Priority Mail 1-Day By Weight
13.90 oz.
Expected Delivery: Tue 02/03/15
Includes $50 insurance

Return Rcpt (Green Card)         $2.70
00 Certified                     $3.30
USPS Certified Mail #:
70142870000165406676
Issue Postage:                  $11.75
---------
Total:                          $11.75

Paid by:
Cash                            $12.00
Change Due:                     -$0.25

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

HIGH WAY 51 SOUTH
Hernado miss 38632
Judge Gerald W. Chatham SR
sistute only the last Time I
made the first the 306-cx District
for only them

2. Article Number
(Transfer from service label) 7014 2120 0002 5472-7089

PS Form 3811, July 2013          Domestic Return Receipt

3. Service Type
☐ Certified Mail®
☐ Registered
☐ Insured Mail
4. Restricted Delivery? (Extra Fee)   ☐ Yes

☐ Return Receipt for Merchandise
☐ Collect on Delivery

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

TO    JUDGE CHATHAM

CAUSE NUMBER CR2014-0353GCD

IN THE CIRCUIT COURT OF DeSoto COUNTY, MISSISSIPPI

FOR THE 17th JUDICIAL DISTRICT

2525 HIGHWAY 51 South
Hernando MISS 38632

ATTORNEY FOR THE STATE

Name of Lawyer:



Only this Judge Chatham Case CR-2014-353-G Cd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CiRCUiT COURT
JudGe GeRald w Chatham SR
17Th Jud DisTRicT 2535
Right way 51 South
HeRNaNdo miss 38632
JudGe GeRald w Chatham SR
SiCTURe ONly The laST TimeI
made The DoCT The JudGe Didmot
ResceRe Them

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
V. Embrey C. Date of Delivery 1/26/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0002 5473 7089

PS Form 3811, July 2013 Domestic Return Receipt

1-26-2015 Willie Eual Cowans

# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch Ms 38654
City     State     Zip

Your Home Phone: ( 901 ) 493-3543    Your Work P

Your Employer: SEIF      **IN THE CIRCUIT COURT OF** _____ DeSoto _____ **COUNTY, MISSISSIPPI**

Your Work Address: Susan M. Brewer **FOR THE** _____ 17th _____ **JUDICIAL DISTRICT**
**ATTORNEY FOR THE STATE**

Name of Lawyer: _____ 2535 Highway 51 south

Address of Lawyer: _____ Hernando m'ss 38632
City     State     Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

```
Reference: 03M2000007
Msg ID   : 03M2000007
Msg Key  : QH
Date/Time: 20121026000113
Ent Agy  :
Requester:
User     :
ORI      : MSNCIC000
Source;  : NCIC
Dest     : 33116
Control  : MRI2071189
Summary  : QH: C, OFFC SUGGS 50856 NARC INVEST, COWANS, WILLIE E, M, B

TXT: 7L0100H5,MRI2071189
MS0170005
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/COWANS,WILLIE E SEX/M RAC/B DOB/19511031 SOC/587220459
PUR/C
NAME                         FBI NO.        INQUIRY DATE
COWANS,WILLIE                560426JA0      2012/10/26

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
 M   B   1947/01/07   511    155   BRO  BLK   N

BIRTH PLACE
MISSISSIPPI

FINGERPRINT CLASS       PATTERN CLASS
PM DI PM PM PO          UC UC UC UC UC UC UC UC UC UC
PM PO PO PI DI          UC UC UC UC UC UC UC UC UC UC
                        UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
COWANS,WILLIE EARL

OTHER
BIRTH DATES  SOCIAL SECURITY
1951/10/31   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
             ,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

IDENTIFICATION DATA UPDATED 2012/05/06

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
MISSISSIPPI    - STATE ID/MS05315417
FBI            - FBI/560426JA0

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MRI 2071190 33116 0001 AT 00:01:13 10/26/12
```

May 18 , 2014 at 9:00 A.M. and is continued for trial until May 19 , 2014 at 9:00 A.M.

at the DeSoto County Courthouse in Hernando , Mississippi. The Defendant is required to be

present in court on the plea date as well as the trial date i

from The Back

# MEMORANDUM OF COMPLAINT

Your Name: Willie E Cowans

Your Home Address: 6604 Center Hill Rd Olive Branch MS
City _____ State _____ Zip 38654

Your Home Phone: ( 901 ) 493-3543   Your Work Phone: ( _____ )

Your Employer: _____

Your Work Address: _____
City _____ State _____ Zip

Name of Lawyer: Federal Supreme Court House

Address of Lawyer: Washington DC   United States Postal Service
City _____ State _____ Zip

27378603400946   Case № CR 2013-0206 Rcd

**State exactly what the lawyer has done, or failed to do, which you believe is unethical. DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space.

To go along with this ~~Conspiracy~~ I am ~~asking that a~~ ~~Judge~~ If the Federal Supreme Court decides to go along with this Conspiracy I am asking that a Peace bond be put on the federal supreme court in Washington D.C. I have recieved a Certified green card showing that you all recience the documents that I sent out on November, 26 2012 on the ~~9:55 to 10:00~~ 3rd day in the Month of December 2012. My Lawyer also has a Copy of this Certified green Card. On September 27, 2012 I attended Desoto County Justice court I was advised to bring any documentation, witness or any evidence to be Presented at this trial. So the trial I brought over 200 true documents and the Judge asked me how much money in fines did I owe and the Clerk Pronounced that I owed (1300) thirteen hundred dollars Worth. The Judge said "Mr. Cowans you don't look like you can Pay that much". He then Proceeded to say "Well, we are going to send you to a work program to work these fines off." They Sent me to a Southaven dog Pound and I worked three (3) and a half weeks (9) nine hours a day. The Judge said "You look like an honest Man we are going to pay you (100) one hundred dollars a day until all of these fines are Paid." I brought a letter 200 true documents that I Presented Along with the Were not going to accept the documents that they thought like they have been doing in the Previous cases dated from 1983 all the Way up to 2012. So I sent then the Same documents that I have now by Certified mail ~~so~~ therefore they cannot say they did not recieve the documents because ~~they are~~ my attorney and I Both have a copy of the Certified green Card

---

**NOTE:** You may have limited time (statute of limitations) to file a legal malpractice lawsuit. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal action and seek independent advice and counsel concerning your legal matters.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

Willie Earl Cowans   DATE: 9-9-2013

Willie E. Coward.
6604 center Hill Rd
olive Branch m.ss
38654

Willie E Coward
6-28-20

7609-1680-0000-1533-8508

Chef Justice Full name
William H. Rehaquist
Federal supreme court
I First street
NE Washington D.C
20543-0001

IN THE COUNTY COURT OF DESOTO COUNTY
MISSISSIPPI CIVIL DIVISION

March 16, 2006

WILLIE E. COWAN                                    PLAINTIFF

VS.                                               CAUSE NO. 05-11-1798

ANNIE JAMISON                                      DEFENDANTS

### ORDER TO TRANSFER CASE TO ORIGINAL JUDGE

**THIS MOTION** came on to be heard by the undersigned Chancellor and the Court being well advised in the premises finds as follows to wit:

Defendants filed a partition of land about 22 June 2004 W. E. Davis Clerk a deed of Irene to Emmitt C. Gibbs dated Feb. 29, 1952 recorded in warranty deed book 39 page 32 conveying sixty (60) acres of property being described as the north 60 acres of the west, one hundred twenty (120) acres of the south, two hundred (200) acres of the west half of section 33 Township I south range 5 West DeSoto County state of Mississippi. This cause no. 01-5-656-B is filed in the same way James Woods filed in the Chancery Court of DeSoto County State of Mississippi, about December 11, 1984 when I was served with a summons on said date of Dec. 11, 1984. My complaints are so stated below.

1. How did the case get moved to Honorable Perry L. Lynchard Jr., when he was the Judge in cause # 01-5-656-B.

2. If Honorable Judge Melvin McClure Jr. does not want to handle the case I want said case to be transferred to the Supreme Court in Jackson MS.

3. I feel that due to the fact that this case was transferred to Perry L. Lynchard Jr. without the court's approval I am continually dealing with a conspiracy and my civil rights have been violated. What happen to the motion that I filed January 31, 2006 ?

4. How did Judge Percy L. Lynchard get to be named the Grantor of the Records Index Inquiry dated 6/25/04, when the original Records Index Inquiry show Emmitt Gibbs was listed as the Grantor on 3/11/80 when I did not sign any documents allowing the changes to take place.

5. Judge Percy L. Lynchard name is listed on Annie Jamison cause # 01-5-656-B, and his signature is on the hearing to dismiss my case which was assigned to Judge Melvin McClure Jr..

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that an Order be entered to **NOT TRANSFER** this matter to be heard by the Honorable Percy L. Lynchard, Jr. **ORDERED AND ADJUDGED,** this the _____ day of _____ 2006

Humbly Submitted                    Willie E. Cowan

                                    Willie E Cowan

*Laitllu Eorl Cousone C.R 2013-026 Rcd*

*900 Am*

## IN THE CHANCERY COURT OF DESOTO COUNTY, MISSISSIPPI

JAMISON *( Cowan )* *J. Sims D.C.*

VS.

CAUSE NO. 05-11-1798

COWAN *( Jamison )* *J. Sims D.C.*

### ASSIGNMENT

On November 3, 2005, the above case was assigned by the Random Chancery*
computer program to:

JUDGE MELVIN MCCLURE, JR.

*Karen VanSickle*

*662-562-0495*

DESOTO COUNTY Chancery Clerks Office    26549 ———— Nov. 3   20 05

RECEIVED FROM   Willie Cowan

Eighty-two + no/100 —————————————— **DOLLARS**

| | | |
|---|---|---|
| CHILD SUPPORT | $_____ | ☒ CASH    ☐ CHECK    ☐ OTHER |
| ALIMONY | $_____ | |
| RECORDING FEE | $_____ | 05-11-1798 |
| COPY | $_____ | |
| OTHER | $_____ | W. E. DAVIS |
| COURT COST | $ 82.⁰⁰ | Chancery Court Clerk   BY: S. Patrice |

Part one
# MEMORANDUM OF COMPLAINT

Your Name: Willie Earl Cowans

Your Home Address: 6604 Center Hill Rd. Olive Branch Ms 38654
City _____ State _____ Zip

Your Home Phone: (901) 493-3543 Your Work F~ ~~~~ )

Your Employer: SELF                IN THE CIRCUIT COURT OF _____ DeSoto _____ COUNTY, MISSISSIPPI

Your Work Address: _____  FOR THE ___ 17th ___ JUDICIAL DISTRICT

Name of Lawyer: Susan M. Brewer

Address of Lawyer: _____ 2535 Highway 51 South
                    ATTORNEY FOR THE STATE            Hernando    miss    38632
                                                       City       State    Zip

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical.  **DESCRIBE YOUR COMPLAINT IN**
**DETAIL.** Use the back of this page or attach other pages for more space.

STATE OF MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY
DRIVER SERVICES BUREAU
P.O. BOX 958
JACKSON, MS  39205

RECEIPT NO. 407808004037

DRIVER LICENSE NO.: 587220459               DATE OF BIRTH    AGE  SEX  RACE
                                            10/31/1951       56    M    B

RECEIVED FROM: COWANS, WILLIE E             EYES  HAIR  WEIGHT  HEIGHT
               6604 CENTERHILL RD                        0      0 00
               OLIVE BRANCH MS 38654

TRANSACTION/RECEIPT CODE:

11 REINSTATEMENT FEE           25.00        CASH:               0.00

                                            CHECK:             25.00

                                            CHECK NUMBER: 1262624566

SUSPENDED                                   AMT RECEIVED:      25.00

            RECEIPT TOTAL      25.00

A friend and I were coming from the store. We were getting something to eat. We noticed there were two police cars facing opposite one another with their headlights and spotlights on bright. The driver and I were just talking and laughing. The driver said," Who is this coming up on us this fast driving like a fool." The driver said," the police is behind us." The police turned the blue lights on the driver. The driver pulled over and we sat there for about five minutes. The driver thought they were calling the tag number in. The officer stepped out of the car and shinned the lights in the drivers face. They asked the driver for proof of insurance and driver's license. After that, the police asked for the driver to step out of the car. Then the officer proceeded to shine the flashlight in my face. The officer's remark was, "Look who we have here." He then rushed around the passenger side and started to snatch me out of the car before I could get out of my seat belt. The officer grabbed me by the seat of my pants and pushed me to the back of the drivers' car. The officer told me to spread my legs and sked did I have drugs or weapons on me. He began to search me in front of the driver who was with me and the other police officer. He found no drugs or weapons on me or in my possession. He took all of my change and dollar bills out of my pocket. He then put handcuffs on me to tight. He put me in his squad car. He told the driver, whom I was with, "We have been profiling Willie Cowans ever since 2006." He told the driver all of Desoto County police and narcotics know where I stay and what house I live in. I asked the police what I am being charged with. He stated, "Whatever I write in the report." I told him I am supposed to be in court with Judge Robert P. Chamberlin in the morning. He asked me what I was going to court for, a civil suit? He said if I got anything to do with it you are not going to make it. So I want a peace bond on the police officer and the sheriff's department.

State exactly what the **lawyer** has done, or failed to do, which you believe is unethical. **DESCRIBE YOUR COMPLAINT IN DETAIL.** Use the back of this page or attach other pages for more space

**STATE OF MISSISSIPPI**
**SEVENTEENTH CIRCUIT COURT DISTRICT**
**DESOTO COUNTY**
**MARCH 2013 GRAND JURY SESSION**    CR 2013 - 0206 RCD

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to: ChEF JUSTICE
FbII home
William H RchaquisT
FedeRal SupReme CouRT
1 FIRST STREET
N.E. WashingTon D.C
20543 0001

2. Article Number
(Transfer from service label)
7009 1680 0000 1533 8508

PS Form 3811    Domestic Return Receipt    102595-02-M-1540

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
1/12/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

1-4-2011 on in
in all these true document in —
William H Rehaquist federal Supreme Court
House in Washington D.C thru the
united state postal service 273786025
certified section on delivery the 1-4-2011
I Bemover a year ago the federal supreme
have never recieve it on killing a
Complintrost on the united state postal se
for failure to delivery my certify mail
for failure to delivery of this Complint also
Alibol on the Back of this document the So

It can sho    Proof certified mail Receipt is
With a flauws acknowed also Alibie on the Back the Dorn 46 Page true seizure to William H Rehaq
46 page document Was sent these the united state postal seizure to a
federal supreme court House in Washington D.C Now I Believe I am dilling Willi
a complintrost With all these alibiel in the courts House in the stats on I
here is a fill true Document these Constpirost Complint Please investiga

If this papel they sent my true Part its a flaws     this Date 6-28-2011
alibi on the Back of the constrict 700-1680-0000-1533-8508 Willi Earl CowLus
If you all Make them Prusolure the 46 Page Doc this
Malbey Will Be Easey to resolve



## County of DeSoto
### Dale K. Thompson, Circuit Court Clerk

2535 Highway 51 South
Hernando, MS  38632
662-469-8365

November 26, 2013

Willie Earl Cowans
6604 Center Hill Road
Olive Branch, MS  38654

   RE: Willie E. Cowans vs. State of Mississippi Sheriff Department

Mr. Cowans:

  We are in receipt of your complaint that you sent to the Clerk's Office for filing. Before same can be filed, you will need to pay a $160.00 filing fee and prepare a Civil Cover Sheet.  For your reference I am enclosing a Civil Cover Sheet for you to complete.

  Also enclosed, please find all documents that you sent to us for filing.

      Sincerely,

      Dale K. Thompson

      Dale K. Thompson
      DeSoto County Circuit Clerk

Enclosure:  **IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI**

**WILLIE E. COWANS**          **PLAINTIFF**

**VS.**          CAUSE NO.: CV2014-65GCD

**MISSISSIPPI SHERIFF'S DEPARTMENT**

**DESOTO COUNTY**

JOEY TREADWAY, COLLECTOR
365 LOSHER ST STE 110
HERNANDO MS  38632-2144

**REAL ESTATE TAX RECEIPT**
**FOR THE TAX YEAR 2013**

TAXES PAYABLE NOW
DELINQUENT FEBRUARY 1, 2014

THE HOLDER OF THIS RECEIPT IS
REQUESTED TO EXAMINE IT THOROUGHLY AND
SHOULD THERE BE A MISTAKE, RETURN IT
IMMEDIATELY TO THIS OFFICE FOR
CORRECTION OR THIS OFFICE IS NOT
RESPONSIBLE

COWAN WILLIE
6604 CENTER HILL RD
OLIVE BRANCH MS 386540000

| Parcel Number: | Receipt Nbr: | Land Owner Name: |
|---|---|---|
| 105833000    0001100 | 268-00 | COWAN WILLIE |

Legal Description:     Sec-Twn-Rng: 33-01 - 05 Acres:   3.00    Forestry Acres:   .00
33-1-5  PT W1/2

Deed Book: 475 Deed Page: 342

| District: | | Land Value: | Building Value: | Total Value: | Milage Rate: | Gross Tax: |
|---|---|---|---|---|---|---|
| 1000 | True: | 30000 | 30346 | 60346 | | |
| DIST 1/COUNTY | Assessed: | 3000 | 3035 | 6035 | .10070 | 607.72 |
| | | | | Homestead Credit Amount: | | 246.00 |

| Tax Entities: | Mills: | Percent: | Tax: | Drainage/Special Taxes: | Tax Amount: |
|---|---|---|---|---|---|
| COUNTY TAX: | .046830 | 46.51 | 282.62 | | |
| COUNTY SCHOOLS TAX: | .053870 | 53.49 | 325.11 | | |
| | | | | Interest .....: | 21.70 |
| | | | | Publ. Cost ...: | |
| | | | | Gross Tax Amount: | 607.72 |
| | | | | LESS Credit ....: | 246.00 |
| | | | | PLUS SPL. TAX...: | .00 |
| | | | | Forestry Tax....: | .00 |
| | | | | ========== | |
| | | | | NET TAX AMOUNT: | 361.72 |
| TOTAL : | .100700 | 100.00 | 607.72 | Penalties/Int. .: | 21.70 |

Amount Due based on date of: 07/07/2014

Total Amount   :        383.42

| DATE | Taxes | Special | Interest | Fees | Total | Paid By | Clerk | Control # | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2014 | 361.72 | | 21.70 | | 383.42 | COWAN WILLIE | AEC | 16216 | |

Total Amount Collected:        383.42
TAXES PAID IN FULL

a Systems Management, Inc. 2012

Print By: SHEPHERD, LUKE
Print Date: 10/26/12 14:00
Record# 5665 Master Names: COWANS, WILLIE EARL

Case No: CR 2013-0206 Rcd



I Willie Earl Coleans was driving down 309 highway Goodman road, when I saw Officer Briggs was backed into the turn of the way from his home with his headlights on bright and his spot light on bright. I Willie Earl Coleans passed by him and I drove about one fourth of a mile (1/4) when he pulled me over and told me to step out of my vehicle. Officer Briggs then told me to go stand infront of his vehicle. Once I did so he started searching my truck without my permission. I had my glove box locked with some important paperwork. Officer Briggs then prized the glove box open and he began to throw out all of my important paperwork. He then put his hand cuffs on me. And put me in the back of his car. He then went to the back of his up and took out some scale and placed it on the hood of his car. He then proceeded back to the trunk and came out with a bag. Officer Briggs went to the driver side of my vehicle and placed the bag that he took out the trunk of his car on the driver side of my truck. Officer Briggs pulled out a camera and took a picture. I told Officer Briggs not to put the drugs in my vehicle. He responded and said "I am the police, I will do what I want to." Then he called some one whom he called James, (I didnot catch the last name.). James camed to the squad car (Officer Briggs car) and took a picture of me in the car, he took a picture of my truck tags then Officer Briggs drove me to the narcotics office. The narcotics officer there asked me for my social security number. I responded saying my social security number is on my I.d. card. He replyed and said no its not this is the number that the state has appointed you. Then Officer Briggs says I have Willie's social security number in my car out there with the rest of the paperwork I have on my computer in my car. Officer Briggs says, "when the state of Mississippi and the Desoto County sheriff department, I Desoto county Narcotics and the judge that handles this case are all going to make sure that your feet will never hit the ground again or file anymore complaints on anyone else. I'm not. 12/11.

☐ HERNANDO OFFICE:
365 LOSHER STREET SUITE 210
HERNANDO, MS 38632
PHONE: (662) 469-8014
FAX: (662) 469-8231
Bad Check Unit: (662) 469-8230



☐ BATESVILLE OFFICE:
101 EUREKA STREET
BATESVILLE, MS 38606
PHONE: (662) 563-6636
FAX: (662) 563-6652

## STATE OF MISSISSIPPI

**DISTRICT ATTORNEY**
**17TH CIRCUIT COURT DISTRICT**

**JOHN W. CHAMPION**
**DISTRICT ATTORNEY**

March 27, 2015

Hon. Stacy Spriggs
107 Stateline Road Suite #3
Southaven, MS 38671

RE: State v. Willie Earl Cowans               Cause Number CR 2014-353GCD

Dear Stacey:

In lieu of formal discovery, I have enclosed herewith a copy of my file. I assume that Mr. Cowans still wants a jury trial on May 4, 2015.

Sincerely,

*Susan M. Guerieri*

Susan M. Guerieri

Sentencing Date:

5/26/15 @ 9:00 am

5-11-2015

Willie Earl Cowans

SERVING THE COUNTIES OF: DeSoto, Tate, Panola, Yalobusha and Tallahatchie

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                        **CAUSE NUMBER CR 2014-353GCD**

**WILLIE COWANS**

### PRETRIAL SCHEDULING ORDER

Comes now the above-named Defendant who was brought before the Court Administrator

☒ Being represented by counsel, **STACEY SPRIGGS (ADVISORY CAPACITY ONLY)**

☐ Was ordered to report back regarding counsel on _____

The Defendant acknowledges service of the indictment in this cause.

**IT IS ORDERED BY THE COURT** that the Defendant's:

☒ Bond has been set by court other than Circuit Court.

☐ Bond is set in the amount of $_____

☐ Bond is set in the amount of $_____ and is to be made as a cash or 10% Clerk's bond

☐ Bond has not been set or Defendant is unbondable

Defendant is to remain in custody of DeSoto County Sheriff until appropriate bond is posted.

**IT IS FURTHER ORDERED** this case is set for trial on **May 4, 2015**. Discovery shall be requested in writing on or before **March 6, 2015** and shall be completed thirty (30) days from the written request. All motions are to be filed, noticed by the movant and heard on or before thirty (30) days prior to trial date. If plea negotiations are entered into, a written request for a plea offer shall be filed by the Defendant and any final agreement must be reduced to writing and signed by the State and Defense Attorney. Said plea must be entered on or before **April 9, 2015**, at such time and place as determined by the Court. Failure of the Defendant to enter his negotiated plea on or before the date set forth above without permission of the Court may cancel any plea agreement entered into and any plea after said plead day may be considered an open plea.

**SO ORDERED**, this the 12th day of FEBRUARY, 2015.

_____
**CIRCUIT COURT JUDGE**

Sentencing Date:

5/26/15 @ 9:00 am

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                          CAUSE NUMBER CR <u>2013-206RCD</u>

<u>WILLIE EARL COWANS</u>

## PRETRIAL SCHEDULING ORDER

Comes now the above-named Defendant who was brought before the Court Administrator being represented by counsel, **KEVIN CAVENDER** and acknowledges service of the indictment in this cause.

**IT IS ORDERED BY THE COURT** that the Defendant's:

☒ Bond has been set by court other than Circuit Court.

☐ Bond is set in the amount of $ 1500 ~ 26-oct-2012 To $3000
                                    → 5-march- 2013

☐ Bond is set in the amount of $ 1500 and is to be made as a cash or 10% Clerk's bond

☐ Bond has not been set or Defendant is unbondable

Defendant is to remain in custody of DeSoto County Sheriff until appropriate bond is posted.

**IT IS FURTHER ORDERED** this case is set for trial on **December 9, 2013**. Discovery shall be requested in writing on or before **October 4, 2013** and shall be completed thirty (30) days from the written request. All motions are to be filed, noticed by the movant and heard on or before thirty (30) days prior to trial date. If plea negotiations are entered into, a written request for a plea offer shall be filed by the Defendant and any final agreement must be reduced to writing and signed by the State and Defense Attorney. Said plea must be entered on or before **December 4, 2013**, at such time and place as determined by the Court. Failure of the Defendant to enter his negotiated plea on or before the date set forth above without permission of the Court may cancel any plea agreement entered into and any plea after said plead day may be considered an open plea. The Defendant is required to be present in court on the plea date as well as the trial date if the case is not concluded before then. **A bench warrant will be issued if the defendant fails to appear.**

**SO ORDERED**, this the 25 day of SEPTEMBER, 2013.

**ROBERT P. CHAMBERLIN**
**CIRCUIT COURT JUDGE**

✻ ✻ ✻

**IN THE CIRCUIT COURT OF** _____DeSoto_____ **COUNTY, MISSISSIPPI**

**FOR THE** _____17th_____ **JUDICIAL DISTRICT**

**STATE OF MISSISSIPPI**

**VS.**

Willie Cowans

**CAUSE NO. CR** 2013-390-RCD

Defendant-Plea Coses CR-2013-0206 RCd

**ORDER TO CONTINUE**

This cause came on to be heard upon the motion for continuance of the above styled and numbered cause.

The request for continuance is made by the **(MARK ONE)**:

✓ **State of Mississippi**

✓ **Defendant ***

The motion for continuance is **(MARK ONE)**:

_____ **Opposed by party opposite**

_____ **Unopposed ***

✓ **Agreed to by the parties ***

The reason for the requested continuance is as follows (**MUST BE COMPLETED IN DETAIL**):

Defendant needs additional time I Willie E. Cowans letting Ever one That The Continue case-CR 2013-390-RCd The PleA is CR-2013-0206-RCd I file my cases Num. Plea CR 2013-0206-RCd an in cont. Coses CR-2013-309-RCd I Willie E. Cowans Given A money oRdy $160 in plea CR 2013-0206 Rcd and continue case CR-2013-390-RCd ✻ ✻ ✻

The statutory 270 day rule as well as the constitutional speedy trial time frames shall **(MARK ONE)**:

_____ **Continue to run**

✓ **Is tolled until the next trial setting ***

**IT IS THEREFORE ORDERED** that the above styled and numbered cause is hereby continued for plea until

May 1st , 2014 at 9:00 A.M. and is continued for trial until May 19th , 2014 at 9:00 A.M.

at the DeSoto County Courthouse in Hernando , Mississippi. The Defendant is required to be

present in court on the plea date as well as the trial date if the case is not concluded before then. **A bench warrant will**

**be issued if the defendant fails to appear.**

**SO ORDERED** this the 12th day of February , 20 14 .

Robert P. Chamberlin
Circuit Court Judge

**CIRCUIT COURT JUDGE**

**\*\*\* IF THE DEFENDANT IS CURRENTLY INCARCERATED, HIS SIGNATURE ON THIS ORDER IS REQUIRED AND CONFIRMS HIS AGREEMENT WITH THE REQUESTED CONTINUANCE AND TOLLING OF RIGHT TO A SPEEDY TRIAL.**

DEFENDANT 14-702913 #160

**AGREED:**

Susan M. Brewer

**ATTORNEY FOR THE STATE**

John Watson

**ATTORNEY FOR THE DEFENDANT**



# DeSoto County Justice Court

| | | |
|---|---|---|
| **COURT CLERK**<br>SHIRLEY BESHEARS | 8525 Highway 51 North<br>Southaven, Mississippi 38671<br>www.desotocountyms.gov | **PHONE** (662) 393-5810<br>**FAX** (662) 393-5859 |

**CONSTABLES**

| | |
|---|---|
| Liz Medlin | District 1 |
| Chris Plumlee | District 2 |
| Brandon Hylander | District 3 |
| Bobby Holloway | District 4 |
| Lee Hodge | District 5 |

**JUDGES**

| | |
|---|---|
| Ken Adams | District 1 |
| Larry Vaughn | District 2 |
| Billy Lantrip | District 3 |
| Brad Russell | District 4 |
| Karen Sanders Carter | District 5 |

July 24, 2012

Willie Cowan
6604 Centerhill Road
Olive Branch, MS 38654

Re: Case 9247946
Poss-Paraphernali

State of Mississippi
Vs.
Willie Cowan

To Willie Cowan:

This letter is to advise you that a Court Date of <u>September 27, 2012</u> @ 09:00 am has been set for the above-mentioned case(s). Please make arrangements to be in court at this time. You will need to bring any documentation, witness or any evidence to be presented at this trial.

Please call our office if you have any questions.

Sincerely,

Vickie Tillman
Deputy Clerk

Shirley Beshears
Justice Court Clerk

**To whom it may concern,**

    I Willie Cowans, social security number: 587-22-20459; address: 6604 Center Hill RD. Olive Branch, MS 38654. I am sending my attorney, Kevin Cavender and the State of Mississippi a copy of some           true documents in my defense of the conspiracy case number **2013-206RCD**. I am sending you all these document be for the time that I am able to produce them has expired, which is **December 4$^{th}$ 2013**. The other original documents that my lawyer is supposed to make copies of were supposed to be returned on the **5$^{th}$ November 2013**. One of his secretaries in his office called me and told me that the date for meeting that I was supposed to attend with Mr. Cavender was changed to **Thursday November the 13$^{th}$ 2013**. If the state in this case **2013-206RCD** wants to see the rest of the 500 page documents I advise them to file a motion of discover before **December 4$^{th}$ 2013**. I would like to receive proof whether or not my attorney has released the original documents and whether or not the state has received them. If the 500 documents that my attorney and I have produced in this conspiracy case have been tampered with I would like it to be a mistrial. If the state decides to go to trial with this case I'm asking three times of what I asked in the first conspiracy. If they decided to go to trial I want to be allowed enough time to contact and summon the names and lawyers in this case. If the state refuses this request then I believe that I am seriously dealing with a high profile conspiracy case. Once the state reads the 500 hundred original documents it will prove that I am dealing with a high profile conspiracy case. I want a peace bond put on everyone in this case **2013-206RCD** and as well as the other case number. I would also like a peace bond put on my attorney Kevin Cavender if he becomes a part of this high profile conspiracy.

                                           **Willie Earl Cowans**

                                         11-11-2013

                                         Willie Earl Cowan

STATE OF MISSISSIPPI
SEVENTEENTH CIRCUIT COURT DISTRICT    *NoT- GilTY*
DESOTO COUNTY
MARCH 2013 GRAND JURY SESSION    CR *2013 - 0206 RCD*

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                    CR2013-206RCD

WILLIE EARL COWANS

### ORDER DISMISSING CAUSE WITHOUT PREJUDICE

THIS CAUSE came on for hearing upon the Jmotion of the State, ore tenus, to dismiss this cause without prejudice. And the court, being fully advised in the premises, is of the opinion and so finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that this cause be and hereby is dismissed without prejudice.

SO ORDERED this the 4th day of June, 2014

_____
Robert P. Chamberlin
Circuit Court Judge

*Susan M. Guerieri*
Susan M. Guerieri, ADA

## FILED
DESOTO COUNTY, MISSISSIPPI

JUN 04 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 34838

STATE OF MISSISSIPPI
SEVENTEENTH CIRCUIT COURT DISTRICT     No7-011/7
DESOTO COUNTY
MARCH 2013 GRAND JURY SESSION     CR 2013 - 0206 RCD

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

### John D. Watson
**Attorney at Law**
P.O. Box 1366
8619 Highway 51 North
Southaven, MS 38671

Telephone
(662)393-9260
Fax (662)393-9414

Licensed in:
Mississippi

June 30, 2014

Mr. Willie E. Cowans
6604 Centerhill Road
Olive Branch, Ms 38654

Re:     State of Mississippi v. WILLIE EARL COWANS
        Cause No. CR2013-206RCD

Dear Mr. Cowans:

        Please find enclosed a copy of the ORDER DISMISSING CAUSE WITHOUT
PREJUDICE in the above referenced case.

        Thank you.

        Yours very truly,

John D. Watson
JDW:am

# IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

WILLIE E. COWANS                                    **PLAINTIFF**

VS.                                                 CAUSE NO: CV2014-6SGCD

MISSISSIPPI SHERIFF'S DEPARTMENT

<u>Individual Acknowledgment</u>

**STATE OF MISSISSIPPI**
**COUNTY OF DESOTO**

      Personally appeared before me, the undersigned authority in and for the said county and

state, on the ___5th___ day of ___March___ 20_14_, within my jurisdiction, the

within named ___Willie Earl Cowans___ who acknowledged that

(he) (she) (they) executed the above and foregoing instrument.


___Megan Taylor___
(NOTARY PUBLIC)

My commission expires:

___10-24-14___



**FILED**
DESOTO COUNTY, MISSISSIPPI

**DEC 29 2014**

DALE K. THOMPSON, CIRCUIT CLERK
BOOK _2014_ ENTRY _42066_

STATE OF MISS., DESOTO COUNTY
**CERTIFIED A TRUE COPY**

**DEC 30 2014**

DALE K. THOMPSON, CIRCUIT CLERK
BY ___V. Griffin___ D.C.

ATTACHED TO AND FORMING A PART OF DOCUMENT ___County of Desoto___

___Circuit Court Clerk___ DATED ___3-5-14___



STATE OF MISSISSIPPI
MEGAN TAYLOR
ID No
83122
NOTARY PUBLIC
Comm Expires
October 24, 2014
DESOTO COUNTY



_Ms. Dale K. Thompson_
DESOTO COUNTY CIRCUIT CLERK
2535 Highway 51 South
Hernando, Mississippi 38632

**Willie E. Cowans**
**Attorney at Law**
**6604 Center Hill Road**
**Olive Branch, MS 38654**

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

_Willie Earl Cowans_
1-29-2015

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE



*Ms. Dale K. Thompson*
DESOTO COUNTY CIRCUIT CLERK
2535 Highway 51 South
Hernando, Mississippi 38632

MEMPHIS
TN 380
31 DEC '14
PM 2 L



$00
US PO.

**Willie E. Cowans**
**Attorney at Law**
**6604 Center Hill Road**
**Olive Branch, MS 38654**

*Willie Earl Cowans 1-29-2015*

38654837204

*Only 2015 Judge Chatham Case C.R-2014-353-GCd*

---

STATE OF MISS, DESOTO COUNTY
CERTIFIED A TRUE COPY
DEC 30 2014
DALE K. THOMPSON, CIRCUIT CLERK
BY _____ D.C.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *CIRCUIT COURT*
*Judge Gerald W Chatham SR*
*17th Jud District 2535*
*Hight way 51 South*
*Hernado miss 38632*
*Judge Gerald W Chatham SR*
*sicture only the last time I*
*mail the Doct the Judge didnot*
*Receive them*

2. Article Number
(Transfer from service label) *7014 2120 0002 5473 7089*

PS Form 3811, July 2013     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

F I L E D
DESOTO COUNTY, MISSISSIPPI
DEC 29 2014
DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42064

UNITED STATES POSTAL SERVICE

TN 380

28 JAN '15

PM 51

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Willie E Cowans
6604 Center Hill Rd
Olive Branch Miss 38654
A.Tat law

Judge Gerald w. Chatham Sigeture only - 1-8-2015

Only big - Judge Chatham Case CR-2014-353-G Cd

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CIRCUIT COURT
Judge Gerald w Chatham Sr
17th Jud District 2535
Hight Way 51 South
Hernando Miss 38632
Judge Gerald w. Chatham Sr
Sigture only the last time I make the Doct The Judge Did not Receve them

2. Article Number
(Transfer from service label)     7014 2120 0002 5473 7089

PS Form 3811, July 2013        Domestic Return Receipt     1-26-2015 Willie Erd Cow

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
V. EMREY                          1/28/15
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)    ☐ Yes

7014 2120 0002 5473 7089

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

38654-9998

Postage    $
Certified Fee    $3.30
Return Receipt Fee
(Endorsement Required)    $2.70
Restricted Delivery Fee
(Endorsement Required)    $0.00
Total Postage & Fees    $ $11.95

0254
Jan 28 2015 Postmark
USPS
01/26/2015

---

Olive Branch
Olive Branch Mississippi
38654-9998
273786254 -0098
(662)895-5966

01/26/2015  ***  Sales Receipt  02:31:05 PM

Product       Sale  Unit   Final
Description    Qty  Price  Price

@@ --- HERNANDO MS 38632-2132          $5.95
Zone-1
Priority Mail 1-Day By Weight
1 lb. 3.10 oz.
Expected Delivery: Tue 01/27/15
Includes $50 Insurance

Return Rcpt (Green Card)      $2.70
@@ Certified                  $3.30
USPS Certified Mail #:        =======
70142120000254737089         $11.95

Issue Postage:                $11.95

Total:                        $11.95

Paid by:
Cash                          $20.00
Change Due:                   -$8.05

**************************************
@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
**************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices
**************************************
*** Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.
**************************************
Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
**************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**************************************

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

To The Herranods
CIRCUIT COURT
HeRNaNdo miSS 34632-
a535 Hw 51 SouTh

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X WANdi SHayu
W.E.Cr-2013-0206-Rcd

B. Received by (Printed Name)   C. Date of Delivery
WANdi SHayu 11/21/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7013 1710 0000 0145 7841

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: HeRNaNdo

Rduj T CoRT
a535 Hw 51 SouTh
HeRNaNdo miSS
38632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X WANdiSHayu
W.E.Cr-2013-0a6 Rcd.

B. Received by (Printed Name)   C. Date of Delivery
WANdiSHaye

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7013 1710 0000 0145 7759

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dale K Thompson

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X WANdi SHayu
W.E.Cr-2013-0206-Rcd

B. Received by (Printed Name)   C. Date of Delivery
WANdiSHaye   3/21/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Direct Query - Intranet - "Extensive" Search                                                    Page 1 of 1

*CV-2014-65Gcd*



**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry
Item Number:

*V Embery*
*Rec - 12-2-2014*

→ 70141820000130032396 - 12-1-2014
→ 70141820000177431985 - 12-5-2014          *Rec - 12-9-2014*

The item(s) you queried are summarized below. If you would like to request a delivery record check the box in the
"Select" column to the right of the item (if available). Learn more about Restore.          *Band Johnson*

| Detail | Item | Origin | Destination | Firm | Recipient | Event/Image Info | Date | Time | Select | Restore |
|--------|------|--------|-------------|------|-----------|------------------|------|------|--------|---------|
| Archived | ▓▓▓▓ | | 38632 | | | DELIVERED | ▓▓▓▓ | | ☐ | ▓▓▓▓ |

```
         Olive Branch
  Olive Branch, Mississippi
         386549998
      2737860254 -0096
12/01/2014  (6.2)95-5966   11:34:15 AM
─────────────────────────────
         Sales Receipt
Product          Sale  Unit    Final
Description       Qty  Price   Price

HERNANDO MS 38632-2132 Zone-1    $3.76
First-Class Mail Parcel
10.70 oz.
 Expected Delivery: Tue 12/02/14
 Return Rcpt (Green Card)        $2.70
 @@ Certified                    $3.30
 USPS Certified Mail #:
 70141820000130032396
                                ========
Issue Postage:                   $9.76

Total:                           $9.76

Paid by:
Cash                            $10.00
Change Due:                     -$0.24

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for p...... .. .. t Post
Offices.
*********************************
```

```
         01
    Olive Br..     sippi
             9.
      2737860254 -0097
12/08/2014  (662)895-5966   02:13:42 PM
─────────────────────────────
         Sales Receipt
Product          Sale  Unit    Final
Description       Qty  Price   Price

HERNANDO MS 38632-2132 Zone-1    $3.22
First-Class Mail Parcel
7.40 oz.
 Expected Delivery: Tue 12/09/14
 Return Rcpt (Green Card)        $2.70
 @@ Certified                    $3.30
 USPS Certified Mail #
 70141820000177431985
                                ========
Issue Postage:                   $9.22

Total:                           $9.22

Paid by:
Cash                            $20.25
Change Due:                    -$11.03

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
BRIGHTEN SOMEONE'S MAILB.   Greeting cards
available .. .... .. select Post
Offices.
*********************************
```

Request Type and Item Number:

...rch ◉       **Extensive Search** ○

*Version 1.0*

Inquire on multiple items.

Product Tracking System Home P...

*Ray Roberts (662) 895-5966*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|--|--|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

OLIVE BRANCH MS 38654 9998
DEC - 1 2014
12/01/2014

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

HERNANDO MS 38632

| | |
|--|--|
| Postage | $ |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  $9.22 |

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

OLIVE BRANCH MS 38654 0254
DEC 8 2014  12/08/2014

FILED — CASE NUMBER — CV 2014-065-GG d

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CirCuiT CourT
RoBerT P. chamberLin
17th Jub DisTriCT
2535 Highway 51 South
HerNado miss 38632
Judge RobeRT Pchamberlin
sicTure only

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  N. FIMBER

B. Received by (Printed Name)   C. Date of Delivery
N. FIMBER   12-2-14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☒ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 1820 0001-3003 2396

PS Form 3811, July 2013   Domestic Return Receipt

ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

oRbie EarL Cowons

---

UNITED STATES POSTAL SERVICE   First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

02 DEC 2014 PM 6

- Sender: Please print your name, address, and ZIP+4® in this box•

Willie E Cowens
6604 center Hill Rd
Olive BRanch Miss 38654

---

Case CV 2014-065-Gdd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:  CiRCuiT courT
Judge RobeRT P ChamerLin
17th Jw DisTriCT 2535
Highway 51 Soffh HerNado
miss zip38632 Judge
RobeRT PchamberLin on/X
signaTore

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  DaviD JoHnson

B. Received by (Printed Name)   C. Date of Delivery
DaviD Johnson   12-4-14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☒ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 1820 0001 7743 1985

Willie Earl Cowons
1-29-2015

---

UNITED STATES POSTAL SERVICE   First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Willie Earl Cowens
6604 center HilL Rd
Olive BRanch miss zip 38654

CR-2013-0206-Rcd

**DeSoto County Justice Court**
8525 Hwy. 51-N.
Southaven, MS 38671
pay by phone 662-469-8026
pay online www.desotocotix.com

_____
Affiant

_____
Defendant

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: JUST BUSTED

new Paper magine

PO Box 9628 Chattanooga

Tenn. 37412

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1090 0001 4202 0037

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

CR-2013-0206-Rcd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DeStoR County

Justice Court

8525 Highway

51 North Southaven

38671

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Silva Webster   5-30-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1090 0001 4202 0044

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

To The Hernond
HeRnando miss 34632-
6535 Hw 51 SoUTh

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X DAndi Shorp □ Agent □ Addressee
B. Received by (Printed Name) DiAndi Shorpe 11/21/13 C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

N E C CR-2013-0206-Rcd

3. Service Type
☑ Certified Mail □ Express Mail
□ Registered □ Return Receipt for Merchandise
□ Insured Mail □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 0145 7841

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CiRcuiT CourT
HeRnando miss
2335 Hw 51 SouTh
36632

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X DiAndi Sharp □ Agent □ Addressee
B. Received by (Printed Name) DiAndi Sharpe 11/21/13 C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

N E C CR 2013-026 R Cd

3. Service Type
☑ Certified Mail □ Express Mail
□ Registered □ Return Receipt for Merchandise
□ Insured Mail □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 0145 7759

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dale K Thompson

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X DiAndi Sharp □ Agent □ Addressee
B. Received by (Printed Name) DiAndi Sharpe C. Date of Delivery 5/21/14

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

N E C CR-2013-0206-Rcd

3. Service Type
☑ Certified Mail □ Express Mail
□ Registered □ Return Receipt for Merchandise
□ Insured Mail □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number
(Transfer from service label)
7013 1710 0000 0145 7759

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

WILLIE E. COWANS                                              **PLAINTIFF**

VS.                                **CAUSE NO.: CV2014-65GCD**

**MISSISSIPPI SHERIFF'S DEPARTMENT**

## ORDER OF DISMISSAL

THIS CAUSE has come on for hearing sua sponte by the undersigned for the above jurisdiction and the Court finds as follows, to-wit:

1) Honorable Robert P. Chamberlin dismissed the above cause without prejudice on or about June 4, 2014.

2) The Plaintiff has caused certain papers to be filed since the Dismissal Order was entered, which this Court treats as a motion to reconsider.

3) Having reviewed the papers (Motion to Reconsider), the Court finds said motion not well taken and does hereby overrule the same.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Reconsider is hereby denied, and the case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 23 day of December, 2014.

GERALD W. CHATHAM, SR.,
CIRCUIT COURT JUDGE

STATE OF MISS., DESOTO COUNTY
CERTIFIED A TRUE COPY

DEC 30 2014

DALE K. THOMPSON, CIRCUIT CLERK
BY V. _____ D.C.

**F I L E D**
DESOTO COUNTY, MISSISSIPPI

DEC 29 2014

DALE K. THOMPSON, CIRCUIT CLERK
BOOK 2014 ENTRY 42066

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: To the Hernando
CIRCUIT COURT
HerNando miss 34632
2535 Hw 51 South

PS Form 3811, February 2004    Domestic Return Receipt

2. Article Number
(Transfer from service label)

7013 1710 0000 0145 7841

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Shaw   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
David Shaw   11/26/13
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

NECCR-2013-0206-Rcd

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Hernando
circuit court
2535 Hw 51 South
Hernando miss
38632

PS Form 3811, February 2004    Domestic Return Receipt

2. Article Number
(Transfer from service label)

7013 1710 0000 0145 7759

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Shaw   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
David Shaw   11/26/13
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

NECCR-2013-02-06-Rcd

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dale K Thompson

PS Form 3811, February 2004

2. Article Number
(Transfer from service label)

7013 1710 0000 0145 7855

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Shaw   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
David Shaw Pd   5/21/14
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NECCR-2013-0206-Rcd

102595-02-M-1540

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|

County #    Judicial District    Court ID [CH, CI, CO]

Local Docket ID

Month    Date    Year    This area to be completed by clerk    Case Number if filed prior to 1/1/94

| In the | Court of | County — | Judicial District |
|---|---|---|---|

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual**    Collins    Willie    E

Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

[X] Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ____

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ____

**Address of Plaintiff**    6604 Center Hill Rd, Olive Branch, MS 38654

**Attorney (Name & Address)**    Willie E. Collins (Self)    MS Bar No. ____

[X] Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: *Willie E. Collins*

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual**

Last Name    First Name    Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ____

**Business**    North Central Electrical Company

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ____

**Attorney (Name & Address) - If Known**    MS Bar No. ____

## Damages Sought:
Compensatory $ 10,000,000    Punitive $ 3,000,000    Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

*(handwritten left margin: But asking court settlement)*

*(handwritten: Out of Court Settlement)*

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [X] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [X] Other Stolen property

DESCRIPTION OF VEHICLE:

Year:        1992
Make:        Ford
Model:       Ranger
Tag #:       DB9 894
Tag State:   Mississippi
Color:       Black
V.I.N:       1FTCR10XXNTA67281


DESCRIPTION OF DRUG EVIDENCE:


Ex 1 -       One clear heat-sealed plastic bag containing one plastic bag
             containing a green leafy substance, alleged marijuana, located by
             Deputy James Suggs and released to Agent Layson on the scene
             of the traffic stop.  Agent Layson photographed and collected the
             exhibit before transporting it to the DeSoto County Sheriff's
             Department and processing it into evidence, where it will remain
             until hand delivered to the State Crime Lab in Batesville, Mississippi.
             The clear heat-sealed plastic bag is initialed "LS" and dated
             10/25/12 on each end.  TPW 34.5 grams.

Ex 2 -       One clear heat-sealed plastic bag containing one plastic bag
             containing a green leafy substance, alleged marijuana, located by
             Deputy James Suggs and released to Agent Layson on the scene
             of the traffic stop.  Agent Layson photographed and collected the
             exhibit before transporting it to the DeSoto County Sheriff's
             Department and processing it into evidence, where it will remain
             until hand delivered to the State Crime Lab in Batesville, Mississippi.
             The clear heat-sealed plastic bag is initialed "LS" and dated
             10/25/12 on each end.  TPW 9.5 grams.


SEIZED ITEMS:        N/A

                                                    #5313
                            Agent Luke Shepherd
                            DeSoto County Sheriff's Department
                            Special Investigations Division



*DeSoto County Sheriff's Department*
*Special Investigation Division*
*Investigative Report*

REPORT TITLE:            Willie Earl Cowans

DATE OF COMPLAINT:       October 25, 2012

CASE NUMBER:             2012-50856

REPORT REFERENCE:        Felony Possession of a Controlled Substance

SYNOPSIS:     At approximately 2315 hours on October 25, 2012 Agent
              Layson received notification from dispatch requesting SID to
              make the scene at a traffic stop at Hwy. 302 and Interstate
              Blvd, in the city of Olive Branch, Mississippi. Upon arrival
              Deputy Suggs said that he had stopped a black 1992 Ford
              Ranger for several traffic violations. After speaking with the
              driver, Willie Earl Cowans, Deputy Suggs could smell a
              strong odor of marijuana. Inside Cowans right sock Deputy
              Suggs found two clear plastic baggies containing
              marijuana. Falkner was transported to DeSoto County
              Sheriff's Department.

WITNESSES:

Agent Luke Shepherd       -     DeSoto County Sheriff's Department
Agent Michael Layson      -     DeSoto County Sheriff's Department
Deputy James Suggs        -     DeSoto County Sheriff's Department

PRIOR CRIMINAL HISTORY:         See attached NCIC report

```
Reference: 03M2000007
Msg ID   : 03M2000007
Msg Key  : QH
Date/Time: 20121026000113
Ent Agy  :
Requester:
User     :
ORI      : MSNCIC000
Source   : NCIC
Dest     : 33116
Control  : MRI2071189
Summary  : QH: C, OFFC SUGGS 50856 NARC INVEST, COWANS, WILLIE E, M, B
```

TXT: 7L0100H5,MRI2071189
MS0170005
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/COWANS,WILLIE E SEX/M RAC/B DOB/19511031 SOC/587220459
  PUR/C
NAME                              FBI NO.          INQUIRY DATE
COWANS,WILLIE                     560426JA0        2012/10/26

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   B    1947/01/07   511    155    BRO  BLK  N

BIRTH PLACE
MISSISSIPPI

FINGERPRINT CLASS       PATTERN CLASS
PM DI PM PM PO          UC UC UC UC UC UC UC UC UC UC
PM PO PO PI DI          UC UC UC UC UC UC UC UC UC UC
                        UC UC UC UC UC UC UC UC UC UC

ALIAS NAMES
COWANS,WILLIE EARL

OTHER
BIRTH DATES SOCIAL SECURITY
1951/10/31  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
            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 *Some one EST S.S# 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*

IDENTIFICATION DATA UPDATED 2012/05/06

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  MISSISSIPPI      - STATE ID/MS05315417
  FBI              - FBI/560426JA0

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

MRI 2071190 33116 0001 AT 00:01:13 10/26/12
```

*The State of miss Using Some one SS# 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 Date of Birth 1947-01-07 an charge me The x criminal History Record a charge me with False charge All you got to do is Reed*

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| County # | Judicial District | Court ID (CH, CI, CO) | | Local Docket ID |

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01 (Rev 2009)

**Month  Date  Year**  This area to be completed by clerk

Case Number if filed prior to 1/1/94

| In the | Court of | County  — | Judicial District |
|---|---|---|---|

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  Cowans  Willie  E
Last Name  First Name  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

- [X] Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
- [ ] Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
- [ ] Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A _____

Address of Plaintiff  10107 Center Hill Rd, Olive Branch, MS 38654

Attorney (Name & Address)  Willie C. Cowans (Self)  MS Bar No. _____
- [X] Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: *Willie E. Cowans*

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual _____
Last Name  First Name  Maiden Name, if applicable  M.I.  Jr/Sr/III/IV

- [ ] Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
- [ ] Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency _____

Business  North Central Electrical Company
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
- [ ] Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A _____

Attorney (Name & Address) - If Known _____  MS Bar No. _____

**Damages Sought:** Compensatory $ 10,000,000  Punitive $ 3,000,000  [ ] Check ( x ) if child support is contemplated as an issue in this suit.
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

*(handwritten left margin: Bw, asking court settlement)*

*(handwritten: Out of Court Settlement)*

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [X] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [X] Other  Stolen property |