# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**WILLIE E. COWANS**                                                    **PLAINTIFF**

vs.                                                             **CIVIL ACTION NO. 3:15-CV-077-MPM-JMV**

**STATE OF MISSISSIPPI, GLEN HALEY, NORTH
CENTRAL ELECTRIC POWER ASSOCIATION,
and DESOTO COUNTY SHERIFF'S DEPARTMENT**            **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and Recommendation [16] of the United States Magistrate Judge dated December 7, 2015, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that while objections thereto have been filed by Plaintiff, such objections are meritless. Plaintiff filed a 15-page [17] Motion to Object to Dismissal, which included nothing more than the same miscellaneous copies of a variety of documents that made up Plaintiff's previously filed [1] original complaint, [3] amended complaint, and [14] second amended complaint. The miscellaneous documents constituting [17] Plaintiff's Motion to Object to Dismissal remain just a reshuffled copy of the documents previously filed in this action and a duplicate action filed in this court (see, 3:15-cv-101-MPM-JMV)) lacking, as discussed in the Report and Recommendation, any assertion of a properly stated claim or basis for this court to exercise jurisdiction.

The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated

December 7, 2015, is hereby approved and adopted as the opinion of the court.

2. That the case is hereby **DISMISSED** for lack of subject matter jurisdiction and failure to adequately state a claim.

3. That this case is hereby **CLOSED.**

**THIS**, the 7th day of January, 2016.

                                      **/s/ MICHAEL P. MILLS**
                                      **UNITED STATES DISTRICT JUDGE**
                                      **NORTHERN DISTRICT OF MISSISSIPPI**